Eileen Raye Lawrence
c/o **578** Seville Drive, Hemet, California
Zip excepted,
non-domestic/without the United States
not within a federal zone

United States District Court for the District of Columbia
in Article III Jurisdiction

To the Chancellor holding the Chancery Court in the original inherent jurisdiction of exclusive
equity in the United States District Court for the District of Columbia:

At Chambers, In Rem Proceedings, in Exclusive Equity

| | |
|---|---|
| UNITED STATES OF AMERICA Ex Rel Eileen Raye Lawrence, and<br>Eileen Raye Lawrence a woman, owner/beneficiary of the EILEEN RAYE LAWRENCE *Cestui Que* Trust and co-surety for the DIANE RENEE ERDMANN *Cestui Que Trust/Estate*,<br><br>        Plaintiff,<br><br>vs.<br><br>John Doe, trustee for the EILEEN RAYE LAWRENCE *Cestui Que Trust/Estate,* and Ricardo Martinez, in his personal capacity, and Richard A. Jones, in his personal capacity, and Brian Werner, in his personal capacity, and Annette L. Hayes, in her personal capacity, and Andrew C. Friedman, in his personal capacity,<br><br>        Defendants. | No. 1:19-cv-01630-UNA<br><br>AMENDED COMPLAINT<br>in the nature of a<br>BILL IN EQUITY<br>As an ORIGINAL suit<br><br>Exhibits:<br>1) Affidavit of Status;<br>2) Release Without Consideration & Revocation of Powers of Attorney;<br>3) Letter Rogatory of 12/29/18<br>4) Mandatory Judicial Notice with discharge documents attached.<br>5) Bond under UCC-3;<br>6) Bond as recorded with the trial court;<br>7) Trial court docket showing the bond;<br>8) Affidavit in Support;<br>9) Claim for Return of Property to President Trump. |

<u>JURISDICTION INVOKED</u>

RECEIVED

JUN 1 3 2019

Clerk, U.S. District and
Bankruptcy Courts

1      This suit is correct for Equity jurisdiction as it concerns the Equity matters of Substitution, Subrogation and Exoneration, and matters of trusts, express, constructive, and resulting.  See Gibson Suits in Chancery §25, Second Edition.  See District Court of Appeal of Florida, Fourth District, SUNTRUST BANK, Appellant, v. RIVERSIDE NATIONAL BANK OF FLORIDA, et al., Appellee.  No. 4D00-2341, Decided: August 29, 2001:

> The doctrine of subrogation does not arise from statute or custom, but is peculiarly a creation of equity, grounded on the proposition of doing justice to the parties without regard to form.  It rests on the maxim that no one shall be enriched by another's loss, and may be invoked when and where justice demands its application. It has been greatly expanded in this country, may be employed to relieve from fraud or mistake, but is not allowed if it works any injustice to the rights of others.

2      Plaintiff requests this Court of Equity to enforce equitable rights being wholly ignored by statutory courts which will not hear these matters, or arbitrarily deny them.

3      Plaintiff releases, discharges and indemnifies the Chancellor of this court of any obligation, if any, to impose in substance a military process of law and all liabilities of the Trading With the Enemy Act (1917) as amended by the Emergency Banking Relief Act.

## PARTIES

4      Plaintiff UNITED STATES OF AMERICA is a party hereto because of a contract between the United States of America and Plaintiff Eileen Raye Lawrence, which the defendants have impaired in violation of the Constitution for the United States of America.

5      Plaintiff Eileen Raye of the family Lawrence (hereinafter "Eileen Raye,") as a matter of public record, is a natural Woman, not an artificial entity, and therefore, cannot be classified as a "person" as defined in government statutes.

6      Eileen Raye is a pre-March 9, 1933, Private American with unalienable God-given rights, not a "U.S. citizen, U.S. person, U.S. taxpayer, or resident" as those terms are defined in codes. See Exhibits 1, Affidavit of Status, and 2 Release Without Consideration & Revocation of Powers of Attorney, attached hereto and made a part of this complaint by reference.

7      Eileen Raye's ancestry on the land known as the continental United States, composed of the states united, goes back to 1644, with ancestors who fought in the War of Independence as

well as the Civil War.  There is no way Plaintiff and her daughter, who is mentioned herein, can be mistaken for "U.S. citizens."

8      Eileen Raye is a real party in interest [Federal Rules of Procedure Rule 17], owner and heiress of the EILEEN RAYE LAWRENCE birth certificate and beneficiary of the EILEEN RAYE LAWRENCE *Cestui Que Trust/Estate*, and co-owner and co-heiress of the DIANE RENEE ERDMANN *Cestui Que Trust/Estate.*

9      Eileen Raye is listed as a "co-surety" on the docket sheet of Case No. 2:18-cr-00092-RAJ, U.S. District Court, Western District of Washington, which is being operated by the defendants.  Therefore, Plaintiff has a financially vested interest in the outcome of, and the law violations which are an integral part of the prosecution of Case No. 2:18-cr-00092-RAJ; as well as a lawful responsibility to report law violations under the misprision of felony laws.

10     Defendant John Doe is unknown, and cannot be known to plaintiff as his identity has not been revealed, nor does plaintiff know if he even exists, or has been appointed as trustee.

11     Other defendants are Ricardo Martinez and Richard A. Jones, both acting as judges in the U.S. District Court, Western District of Washington, located at 700 Stewart Street, Suite 13134, Seattle, Washington; and Brian Werner, Annette L. Hayes, and Andrew C. Friedman, all U.S. Attorneys, located at 700 Stewart Street, Suite 5220, Seattle, Washington.

12     Defendants have no immunity from suit because they have 1) exceeded the jurisdictional limitations of the court in which they are practicing law, and 2) violated US laws.

13     Judges who enforce statutes are operating in a ministerial capacity, and have no judicial immunity, and they must follow the statutes exactly to the letter, including who is subject to the statute, and when the defendant is not the "person" subject thereto, the judge has violated the statute:

> "When <u>enforcing mere statutes</u>, judges of <u>all</u> courts <u>do not act judicially</u> (and thus are <u>not protected</u> by "<u>qualified</u>" or "<u>limited immunity</u>," -  SEE: *Owen v. City*, 445 U.S. 662; *Bothke v. Terry*, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and <u>not a "discretionary capacity</u>..." *Thompson v. Smith*, 154 S.E. 579, 583; *Keller v. P.E.*, 261 US 428; *F.R.C. v. G.E.*, 281, U.S. 464.

> Immunity for judges does not extend to acts which are clearly outside of their jurisdiction.  *Bauers v. Heisel*, C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also *Muller v. Wachtel*, D.C.N.Y.

1972, 345 F.Supp. 160; *Rhodes v. Houston*, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).

14    When a legislative/administrative judge, enforcing statutes, exceeds the limited jurisdiction of his court, imposing fines and imprisonment for which he has no judicial authority, that act deprives the judge of any immunity whatsoever, subjecting him to the loss of his Oath and Bond, and therefore, the loss of his job. The mere threat of such a judge to fine or imprison anyone is an act in excess of the judge's limited jurisdiction.

15    The U.S. Attorney defendants know the statutes apply only to artificial entities, as evidenced by the fact the named defendants on the indictment are artificial entities.

16    Both the judges and the U.S. Attorneys know their Article I court does not have judicial authority to fine or imprison any living Man or Woman, therefore, they are acting outside their jurisdiction from the beginning.

## STATEMENT OF FACTS

17    Eileen Raye brings this complaint as owner and beneficiary of the EILEEN RAYE LAWRENCE *Cestui Que Trust/Estate*, and as co-owner and co-surety for the DIANE RENEE ERDMANN *Cestui Que Trust/Estate,* which are one and the same by right because Plaintiff's name is on the birth certificate of DIANE RENEE ERDMANN as one of the owners of said instrument, being the mother, and Plaintiff did not abandon her property.

18    Eileen Raye brings this complaint ex rel in behalf of the United States of America because the defendants are impairing a contract for which the United States is a party-beneficiary, which the defendants have impaired.

19    This amended complaint is necessitated because Eileen Raye has no proper administrator/ trustee for her legal estate/trust, thus, has no one to enforce the trust, which has led to the complaint against the other defendants because without a trustee to enforce the trust, the defendants were allowed to do whatever they wanted to do.

20    Defendant judges and U.S. Attorneys are trespassing on Eileen Raye's estate/property, committing torts against her legal estate, litigating property rights over her estate and property owned by her estate, as in de son tort, without the authority of the owner-beneficiary.

21    Eileen Raye is the heir to the legal estate of EILEEN RAYE LAWRENCE, which incorporates the legal estate of DIANE RENEE ERDMANN, Eileen Raye's heir and beneficiary. Eileen Raye is without notice of any other heir holding any equitable rights by nature to the same said estate, and plaintiff believes no such interest exists.

22    Eileen Raye has not abandoned her property interests in her daughter's estate, nor in her own estate.

23    Over the years, many people, including but not limited to judges, prosecutors and bankers, as an example, have accessed the decedent's estate (both that of Eileen Raye and her daughter) without authorization to do so, as in a de son tort.

24    Eileen Raye has no access to a proper administrator or trustee for the decedent's legal estate, to administer said estate/trust assets, which include those of her daughter's estate.

25    The defendant U.S. Attorneys Brian Werner, Annette L. Hayes, and Andrew C. Friedman brought criminal charges in an Article I legislative/administrative court against two artificial entities in Case No. 2:18-cr-00092-RAJ: DIANE RENEE ERDMANN and BERNARD ROSS HANSEN, both creations of government, i.e. cestui que trusts/estates, one of which, DIANE RENEE ERDMANN, is property belonging to plaintiff's estate, and her daughter, Diane Renee Erdmann is a beneficiary of Plaintiff's estate/trust.

26    Defendant U.S. Attorneys exceeded the jurisdiction of the Article I court by fraudulently arresting Eileen Raye's daughter Diane Renee Erdmann, a living woman, and Bernard Ross Hansen, a living man, neither of which are named on the indictment, and neither of which are subject to statutes which describe the "person" subject to the codes as artificial entities.

27    Then the U.S. Attorney defendants, with the full knowledge and in conspiracy with the defendant judges, unlawfully joined the artificial defendants with the living man and woman, in an attempt to feign a jurisdiction which the court does not have over living People.

28    Eileen Raye as co-surety acting on behalf of the DIANE RENEE ERDMANN birth certificate/Cestui Que Trust/Estate, discharged Case No. 2:18-cr-00092-RAJ pursuant to 40 Stat 415 [in para materia 12 USC 95a(2)] on 11/20/18, through the U.S. Treasury.

29    Eileen Raye's assignment of the reversionary interest in Case No. 2:18-cr-00092-RAJ to the U.S. Treasury is a contract, making the United States a contract party, and the beneficiary of Case No. 2:18-cr-00092-RAJ.

30      Having accepted on behalf of the United States, Eileen Raye is now the enforcer of a contract of which the beneficiary is the United States. This is no longer about the living Man or Woman, or the artificial entity named on the complaint; this is about the requirement that the defendants must honor the United States as the beneficiary, and honor United States law.

31      Eileen Raye then notified the judge and U.S. Attorney defendants of the discharge, demanding the case be dismissed pursuant to law. See Exhibit 3 letter rogatory to defendants and Exhibit 4 Mandatory Judicial Notice with Discharge documents explaining the federal laws of which the defendants are now in violation, and which the defendants totally ignored; both exhibits attached hereto and made part of this complaint by reference.

32      Eileen Raye bonded Case No. 2:18-cr-00092-RAJ in the amount of $300,000,000.00, which bond was accepted by the court, and then Eileen Raye demanded the case be dismissed, and again, the defendants refused to dismiss. See Exhibits 5, 6 and 7, attached hereto and included herein by reference.

33      Defendants have knowingly, willfully and intentionally failed to dismiss Case No. 2:18-cr-00092-RAJ in violation of federal law.

34      Eileen Raye has no access to a proper administrator or trustee for the decedent's legal estate, to administer said estate/trust assets, and to handle claims against said estate, therefore, the defendant judges and U.S. Attorneys have blatantly violated the law and ignored the discharge via the U.S. Treasury, which was performed via Eileen Raye's estate/trust, because Eileen Raye has no administrator to stand up and take authority over the financial matters of the trust/estate.

35      Therefore, Eileen Raye is legally disabled at this point and has no remedy in the United States District Court for the District of Washington in regard to the discharge of said case.

36      On March 10, 2019, Eileen Raye petitioned President Donald Trump for return of property pursuant to TITLE 50 / APPENDIX / TRADING WITH THE ENEMY ACT OF 1917, From Title 50—Appendix, ACT OCT. 6, 1917, CH. 106, 40 STAT. 411, §9. Claims to property transferred to custodian; notice of claim; filing; return of property; suits to recover; sale of claimed property in time of war or during national emergency, and 40 Stat 415, 12 USC 95a(2). See Exhibit 9, attached hereto and included herein by reference.

37     The time limit of 60 days has now passed, so this matter is ripe for a complaint to this court for the return of the trust/estate property.

## COMPLAINT

## Count I, Lack of a Proper Administrator/Trustee

38     Eileen Raye's decedent's *estate/cestui que* trust is without an administrator/trustee.

39     If plaintiff had a proper administrator/trustee, the other named defendants would not be able to ignore the discharge of Case No. 2:18-cr-00092-RAJ.

40     Equity Maxim:  No Trust shall fail for want of a trustee.

41     Equity Maxim:  Equity regards as done that which ought to be done.

42     Plaintiff is legally disabled because she does not have a signature from an administrator or trustee to settle adverse claims for and against the estate, and to provide maintenance to the heirs/beneficiaries.

43     Equity Maxim:  Equity comes to the aid of the legally disabled.

44     Since government agencies, bankers, judges and prosecutors have damaged plaintiff by de son tort, accessing the estate/trust res, selling bonds in the name of the estate, plaintiff is and has been damaged by persons who do not have the right to access the trust, and the same goes for her daughter's estate, which is part and parcel of plaintiff's estate.

45     Bonds have been sold in the name of the estate, and the name of her daughter's estate, by those who have unlawfully accessed plaintiff's estate/trust, including the defendant judges and U.S. Attorneys.  Those unlawful bonds must now come due to the estate, as they are all void.

46     Equity Maxim: Equity will not suffer a wrong to be without a remedy.

47     Plaintiff cannot identify the administrator/trustee of her estate/trust,  and is being damaged by unauthorized persons accessing and raiding the trust res, and is being denied maintenance and support from the trust as a result of not having a proper administrator, and, therefore, plaintiff is being forced to forfeit her beneficiary rights and is entitled to a remedy.

48     Equity Maxim:  Equity abhors a forfeiture.

49     Equity Maxim:   Equity regards the beneficiary as the true owner, and being the beneficiary of the EILEEN RAYE LAWRENCE *estate/cestui que trust* plaintiff is the true owner of the trust res.

50     Equity Maxim:  Equity delights to do justice and not by halves.

51   Justice demands a resolution of this matter.

52   Eileen Raye cannot be the administrator, nor the trustee of the *cestui que trust*, as plaintiff is beneficiary of said estate/trust, and therefore, cannot act as the administrator or trustee, nor does plaintiff have the clout to force the defendants to honor the law and discharge the criminal case.

53   Eileen Raye is seeking the proper administrator/trustee of the decedent's estate.

54   Eileen Raye, coming now as heir/beneficiary, being without a performing administrator, without a trustee, and where no trust can fail for want of a trustee, requires this Court's prerogative power to recognize Plaintiff's trust, and appoint a proper administrator/trustee for the benefit of the beneficiaries, one of which is plaintiff's daughter.

55   Eileen Raye has been financially and emotionally damaged as a result of not having a proper administrator/trustee.  Her bills have gone unpaid by the trust/estate whereas the U.S. Treasury is responsible to pay said bills as a condition of HJR-192, since the American People were made the surety for the U.S. government, and all sureties must be subrogated.

56   Eileen Raye's trust/estate has been raided by parties known and unknown, and the injuries are personal in nature, and a result of invasion of legally protected interests that are concrete and actual.

57   All of which can be remedied by the appointment of an administrator/trustee.

<u>Count II – Defendants Lack Subject Matter Jurisdiction</u>

58   USDC for the District of Washington is an Article I legislative/administrative court which lacks judicial authority to fine or imprison anyone.

59   Defendant U.S. Attorneys are exceeding the jurisdiction of the Article I court, and are knowingly, intentionally, and willfully participating in fraud on the court and on the people themselves, committing unlawful joinder, barratry, extortion, filing false claims.

60   Defendant judges are exceeding the jurisdiction of the Article I court, first by knowingly allowing the silent and fraudulent joinder of the Man and Woman to the artificial defendants, failing to give full disclosure of the nature and cause of the prosecution and the surety's role the living man is playing, and then by refusing to dismiss the case after it was discharged.

61   The U.S. Attorneys and Judges named herein, know the character of their court.

62     For a prosecutor to claim he doesn't know the character of the court in which he is practicing law and bringing charges, would be absurd.

63     Nor can the judge and prosecutor claim the defendant is convicted by the proper court, since they would not know in which court they are practicing law.  Therefore, the judge could not claim the defendant is lawfully convicted by a court of proper jurisdiction.

64     That the federal government is allowing this fraud and deception to continue unabated in the Article I courts is undeniable, however, the government created itself an insurance policy to prevent being charged with treason.

> 40 Stat 415 (12 USC 95a(2))
> § 95a. Regulation of transactions in foreign exchange of gold and silver; property transfers; vested interests, enforcement and penalties
> (2) Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder **shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder.**

65     40 Stat 415 is the government's insurance policy against being charged with treason for depriving the People of the common law and allowing people to be joined to artificial entities and convicted in courts that have no criminal jurisdiction, and no judicial authority, which is fraud and treason upon the People.

66     Once a court case has been discharged, the court, i.e., judge, loses all (pretended) jurisdiction, and has no discretion but to dismiss.  Judges who enforce statutes have no judicial discretion, and must follow the statues to the letter.  When the case is discharged, the law says it is to be dismissed.

67     By refusing to dismiss, the defendant judges are perpetuating fraud and treason upon the living Man and Woman/defendants in error, in violation of the very laws the defendants are sworn to uphold, and upon the plaintiff Eileen Raye who discharged the court case.

68     Defendants cannot show any higher right, title or interest in the property of Eileen Raye, known as DIANE RENEE ERDMANN, identified by a birth certificate which has been

authenticated and claimed by Eileen Raye.  See Exhibit 1, which contains a copy of the Authenticated Birth Certificate and Declaration of Ownership.

69      In this instant matter, Eileen Raye is being financially injured by the acts and actions of the defendants, who have invaded legally protected interests that are concrete and actual; they have raided Eileen Raye's trust/estate, are committing a de son tort against her property DIANE RENEE ERDMANN, received the benefit of the discharge, profited from the sale of bonds, and failed to dismiss the case.  This is a financial injury and a trespass on private property.

70      Additionally, this is causing emotional injury to plaintiff because her daughter, her only living descendent, is being threatened with imprisonment by a court that lacks subject matter jurisdiction and thumbs its nose at the law, which is emotionally damaging Eileen Raye, destroying the rule of law, and has caused Eileen Raye to totally distrust court officials.  Eileen Raye's daughter is confined, by defendants, to Western Washington, cannot travel to California to visit or move in with plaintiff, cannot assist in the care of plaintiff, who is an aging mother in need of assistance.  Defendants have interfered with a family relationship, and trespassed on trust property, without lawful authority to do so, and this is causing emotional stress, which causes physical damages to an already physically ailing woman.

<u>Count III – Violation of U.S. Laws</u>

71      The defendant judges Ricardo Martinez and Richard A. Jones, having failed to dismiss Case No. 2:18-cr-00092-RAJ after being notified of the discharge, are now in violation of federal law which they are sworn to uphold, such as 1) impeding a contract between Eileen Raye and the U.S. Treasury; 2) Lieber Code Art. 46 interference with the proper administration of government; 3) deprivation of rights under color of law; 4) insurrection; 5) rebellion; 6) refusing to substitute, subrogate and exonerate the defendants in Case No. 2:18-cr-00092-RAJ after being notified the case was discharged; 7) constructive treason; 8) committing involuntary servitude in violation of the 13th Article in amendment to the Constitution for the United States of America, and 9) RICO violations.

72      Eileen Raye's assignment of the reversionary interest in Case No. 2:18-cr-00092-RAJ to the U.S. Treasury is a contract, making the United States a contract party, and the beneficiary of Case No. 2:18-cr-00092-RAJ.  Under the Constitution for the United States of America, the trial

court cannot interfere with that contract, even if it is a form of trust or otherwise, so that makes Case No. 2:18-cr-00092-RAJ now illegal.

73      Subrogation and exoneration is a matter of Equity, but it is also recognized in law. There is no excuse for the defendant judges to refuse the right of subrogation to sureties.

74      Diane Renee Erdmann is Eileen Raye's daughter and a beneficiary of the EILEEN RAYE LAWRENCE trust/estate, that makes Eileen Raye a co-surety for DIANE RENEE ERDMANN *Cestui Que Trust*, the named defendant in Case No. 2:18-cr-00092-RAJ, therefore, Eileen Raye had every right to bring this matter before the trial court for dismissal. Eileen Raye is even listed on the docket report as a co-surety in the case. See Exhibit 7 docket report, attached hereto and made a part of this complaint by reference.

75      The defendant judges are required by law and equity to dismiss the case.

76      In *U.S. v. Kozminski*, 487 U.S. 931 (1988) the court ruled that it is not involuntary servitude if someone is "duly convicted" in a court of law. However, "duly convicted" means convicted in a court of competent jurisdiction, meaning a court of common law, an Article III court with a proper criminal jurisdiction, whereas all convictions and all pending convictions in an Article I court lacking a criminal jurisdiction are all VOID.

77      The fact the federal government allows the Article I courts to operate in the unlawful manner described herein, does not make the conviction lawful. All such convictions are VOID. The saving grace is the insurance policy, which if not honored, is useless to prevent the VOID convictions which it was intended to prevent.

78      Diane Renee Erdmann and Bernard Ross Hansen have been forced to turn over their passports and other property, and are not allowed to leave the territorial jurisdiction of the court, and that, in itself, is restriction of Liberty that rises to involuntary servitude by a court that has no judicial authority to make such rulings and to impose such restrictions.

79      U.S. DISTRICT COURT and the U.S. Attorney's Office are private, for-profit corporate entities having nothing to do with the *de jure* republic of the people. The Court is merely a for-profit corporation as opposed to a *de jure* court of the people. Both are for-profit corporations listed on Dun & Bradstreet and Manta, having EINs, DUNS numbers and CAGE Codes, and they are operating in commerce, for profit. The court receives an income stream from every conviction, which is a huge conflict of interest.

Complaint in the nature of a Bill in Equity, Case No. 1:19-cv-01630-UNA– Page 11

80    If a Man or Woman knows that they have the right, under U.S. law, to discharge the case, and they do so, and the Article I court dismisses the case, then no foul; but if the Article I court refuses to obey the law, now the court and the defendants named herein, are operating in insurrection and rebellion to U.S. law, in violation of their Oaths of Office.

81    Eileen Raye is damaged by the above actions in that she followed the law, she discharged the court debt pursuant to federal law using her own exemption from the EILEEN RAYE LAWRENCE *Cestui Que Trust/Estate*; the defendants violated the law, causing Eileen Raye to lose the monies from her *Cestui Que Trust/Estate* to accomplish the discharge, which is a financial loss to Eileen Raye, and a trespass upon her *Cestui Que Trust/Estate*.

82    Eileen Raye has been financially damaged by the defendants' trespass on her Estate/Trust, which is an actual damage by invasion of legally protected interests.

83    UNITED STATES OF AMERICA is damaged in that the defendants have breached the contract between the US Treasury and Eileen Raye, denying the UNITED STATES the benefit of the contract.  Further, UNITED STATES is damaged in that the federal government is now liable for treason because the defendants have refused to obey U.S. laws, and are operating in insurrection and rebellion, and in treason to the Constitution for the United States of America.

<u>Count IV – Violation of RICO laws</u>

84    The Racketeer Influenced and Corrupt Organizations Act is a United States federal law that provides for extended criminal penalties and a civil cause of action for acts performed as part of an ongoing criminal organization.

85    All of the above laws are being routinely violated by the defendants on behalf of their corporate organizations on a daily basis, using a pattern and practice of unlawful activity for profit and gain, which is RICO.

86    Defendants charged an artificial entity, DIANE RENEE ERDMANN, then unlawfully joined the Living Woman Diane Renee Erdmann to the fiction, in an attempt to convict the artificial entity and put the Living Woman in prison as a surety who has refused to pay or discharge the debt, all without disclosing any of this to Diane Renee Erdmann.

87    The problem herein is that the court case has been discharged, but the defendants have turned a blind eye to the discharge.

88     The Woman is not the defendant, but is never told she is silently presumed to be a volunteer surety for the defendant.  Nor was she told there was a debt to be paid.  The Woman goes to prison and the court gets a big, fat check every month by selling the judgment/converting it into bonds.

89     A perfect example of a RICO activity is an Article I court posing as having judicial authority it does not have, using deception and fear to force People into compliance with its unlawful orders, fining and imprisoning People in violation of, and in excess of its congressional authority, and doing so through the use of fraud and deceit, and doing it on a daily and hourly basis as a pattern and practice, and all for the profit of the court.

90     Defendant U.S. Attorneys and Judges know exactly what they are doing; they are knowingly, willingly and intentionally committing fraud on the court and fraud on the people.

<u>Count V – Violation of Oaths of Office</u>

91     The Oaths of Office of the defendants named herein are a contract between the Plaintiff Eileen Raye and the Defendants, which the Defendants have breached by violating the laws they are sworn to uphold, having exceeded the authority of their offices.

92     Eileen Raye has been damaged by the breach of contract.  Had defendants upheld the laws they are sworn to uphold, and the constitution for the United States of America, they would have discharged the debt and dismissed the charges.

93     Defendant judges and U.S. Attorneys must lawfully be removed from office and their bonds pulled because Eileen Raye has a claim against their Oaths of Office and all attachments thereto, being their bonds.

94     Defendants have a lawful duty to obey the law.  There is no excuse for defendants' refusal to do so.

95     Defendant judges and U.S. Attorneys made an offer to the public that they would uphold the constitutions for the State and the United States in consideration for the opportunity to serve the public and receive compensation from the public coffers for doing so.

96     The defendants knowingly, willingly and intentionally violated their Oaths of Office, and are no longer qualified to hold office.

97     Defendants' failure to obey the laws, and their breach of contract, has caused Eileen Raye much emotional pain and suffering regarding her daughter's future and welfare, regarding the

family unit, and regarding plaintiff's own future because plaintiff is elderly and has no one but an even older husband to assist her. This case has caused Eileen Raye much time, work, frustration and money futilely trying to get the defendants to obey the law. Eileen Raye has also lost all faith in the honesty of public officials, seeing them blatantly violate their Oaths while they violate the law.

98     Again, Eileen Raye's injuries are financial in nature, they are concrete and caused by defendants' invasion of legally protected interests of Eileen Raye's estate/trust, and by defendants' overt and callus violations of federal laws which were put in place to protect Eileen Raye and her estate/trust.

99     However, in the case of violation of Oath of Office, I do not believe damages must be proved. It is sufficient that the defendants have violated their Oath and failed to uphold the law.

100    Defendants have tarnished the name and reputation of the UNITED STATES.

Count VI – Conversion of Plaintiff's Bond

101    Plaintiff Eileen Raye bonded Court Case No. 2:18-cr-00092-RAJ for Three Hundred Million ($300,000,000.00) U.S. Dollars, which bond was accepted by the court and entered as item #72 on the docket. See Exhibit 5, UCC-3 re bond; Exhibit 6 Bond as recorded by the U.S. District Court, Western District of Washington, and Exhibit 7 copy of court docket showing receipt of bond. All exhibits are attached hereto and made a part of this case by reference.

102    Therefore, Plaintiff Eileen Raye owns Case No. 2:18-cr-00092-RAJ, and has demanded this case be dismissed, yet the defendant judges have failed to comply, willfully committing insurrection and rebellion to United States laws.

103    Defendants accepted the bond, converted it to their own use, failed to dismiss the case.

104    Plaintiff Eileen Raye has been robbed by the defendants, which is a financial injury.

105    Plaintiff Eileen Raye demands the $300,000,000.00 bond be liquidated and all proceeds returned to the Plaintiff.

Prayer for Process

106    Plaintiff prays that this Court will issue a subpoena to defendants to answer the issues as required by the rules of Equity.

Prayer for Relief

107    WHEREFORE, Plaintiff respectfully requests this Honorable Article III Court enter judgment as follows:

    1)    That plaintiff Eileen Raye be granted an in chambers hearing on these trust matters;

    2)    That a proper administrator/trustee be assigned to administer Eileen Raye's private estate/trust;

    3)    That a proper accounting of the estate/trust be made and reported to Eileen Raye;

    4)    That trust res which has been confiscated by agencies and agents who did not have authority to use said res, be recalled and replaced in the trust;

    5)    That the trust res remain with this Court to be administered by the assigned administrator/trustee;

    6)    That the court instruct the administrator/trustee to pay all bills, invoices and other debts submitted by the beneficiary;

    7)    That the administrator/trustee set up a special deposit private bank account for the life maintenance of the beneficiary, and automatically deposit a monthly allowance from the trust to the bank account in the amount of $3,000,000.00 per month, so that the trust funds will not be co-mingled;

    8)    That Eileen Raye be issued a court decree to obtain Private American identification and diplomatic passport, diplomatic car registration and plates;

    9)    That this Court order the dismissal of Case No. 2:18-cr-00092-RAJ in the U.S. District Court for Western Washington, since defendants have refused their lawful duty to do so;

    10)    That the defendants be removed from office and their bonds pulled for violation of their Oaths of Office;

    11)    That the funds from defendants' bonds be awarded to the Plaintiff Eileen Raye for the abuse and injuries caused by defendants in violation of their Oaths of Office;

    12)    That the $300,000,000.00 bond Eileen Raye provided to bond the trial court case No. 18CR-00092-RAJ, be liquidated and the funds returned to Plaintiff;

    13)    That the defendants be ordered to pay damages to Plaintiff in the amount of $1,000,000.00;

14)     That defendants be ordered to reimburse the filing fees to Plaintiff;

15)     That Plaintiff be granted any and all other general and equitable relief to which she is entitled.

I hereby make oath that to my knowledge the foregoing Complaint/Bill in Equity subscribed by me is true, correct and complete.

Executed this ___*10th*___ day of ___*June*___, 2019, the United States of America, without the United States.

By . . . *Eileen Raye Lawrence*

Eileen Raye Lawrence, non-negotiable autograph
Private American National of Washington;
agent without recourse, heir and beneficiary of
EILEEN RAYE LAWRENCE *Cestui Que Trust*