LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 2 4 2015 AT 10: 20 A M
BPA BOOK _____ 44 ____ PAGES TO8
*illegible signature*
DEPUTY CLERK

When Recorded return to:
Eileen Raye Lawrence
c/o P.O. Box 5043
Hemet, California  [92544]

**Exhibit 1**

**Affidavit of Status of Eileen Raye Lawrence**
Also known by married name Eileen Raye Dvornekovic: American Freeman,
Pre-1933 Private Citizen of the United States: American National

"Indeed, no more than (an affidavit) is necessary to make the prima facie case."
*United States v. Kis*, 658 F.2d, 526, 536 (7ᵗʰCir., 1981);
Certiorari Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982
*In judicio non creditor nisi juratis. (In a trial, credence is given only to those who are sworn.)*
*Maxim: "Equity regards ad done that which ought to have been done."*

Accordingly, I, **Eileen Raye Lawrence**, in esse and sui juris, being duly sworn, depose and declare that the following facts are true, correct and complete to the best of my knowledge and belief.

I, **Eileen Raye Lawrence**, also known by married name Eileen Raye Dvornekovic, do solemnly declare and affirm the following historical facts with regard to the status of *de jure* **Private American National citizenship** (said original federal citizenship, secured by Article I, § 2 ¶ 2 and Article IV, § 2 of the Constitution for the United States, having been broadened into national citizenship by Section 1 of the 14ᵗʰ Amendment to the Constitution of the United States of America as applicable) and the design of the Roman papacy, spearheaded by the military order of the **Society of Jesus**, to overthrow the liberties of Private National Citizens of the United States of America by imposing a State-created, statutory, *de facto* **Public "U.S. citizenship."** This *de facto* Public U.S. citizenship, being in substance a privileged Roman citizenship, would enable the constitutionally altered *de jure* civilian government of the United States (having been constitutionally altered from being a *de jure* "Federal" government to a *de jure* "National" government by the 14ᵗʰ Amendment, 1868) to be replaced with a Congressionally-created, statutory, *de facto* Emergency War Powers military government of the United States on March 9, 1933. This radical, socialist-communist coup d'état plotted by the infamous **Society of Jesus**, aided by the **Knights of Columbus** and carried out by its Scottish-Rite Masonic agent, President Franklin "Augustus Caesar" Roosevelt, would overthrow the civilian government exercising the constitutional, *de jure* **jurisdiction** of the United States (the "**United States**" being "the collective name of the states which are united by and under the constitution," *Hooven & Allison Co. v. Evatt*, 324 U.S. 652, 672), replacing it with a *de facto* military government exercising an extra-constitutional, alien and foreign, *de facto* **jurisdiction** of the United States (this "**United States**"being "the territory over which the sovereignty of the United States extends," *Hooven& Allison Co. v. Evatt*, supra, 671).

Further, by legally replacing constitutional *de jure* **Private American Citizenship** with *de facto* **Public "U.S. citizenship,"** thereby enabling the constitutional *de jure* **jurisdiction** of the "United States" to be legally replaced with a statutory *de facto* **jurisdiction** of the "United States," **the Jesuit Order** would fulfill its design of overthrowing the liberties of the United States as plotted during the Congress of Vienna (1814-1815) and the subsequent Secret Treaty of Verona (1822) because of which President James Monroe issued his blessed "Monroe Doctrine" (1823) — and for which he was given "the poison cup" on July 4, 1831. American inventor Samuel F. B. Morse warned of this diabolical Jesuit Conspiracy against America in his epic work, *Foreign Conspiracy Against the Liberties of the United States*, published in 1835.

Further, this overthrow of both *de jure* **Private American Citizenship** at Common Law and its counterpart, the *de jure* **jurisdiction** of the "United States" at Common Law, would enable the Jesuits from Georgetown University to use the *de facto* Emergency War Powers American Congress — now possessing the unlimited legislative powers of an English Parliament — to wield absolute legislative power over the *de jure* fifty sovereign states turned into *de facto* "conquered territories" ruled by the statutorily-created, *de facto* national Emergency War Powers **military government**. This unlimited, congressional power would enable the Jesuits, ruling their *de facto* military government of their *de facto*

Affidavit of Status – Page 1

~~COUNTY SUPERIOR COURT~~
FILED & RECORDED IN CLERK'S OFFICE
APR 24 2015 AT 10:20 A M
BPA BOOK ___44___ PAGES 769

DEPUTY CLERK

American Empire, **to control by statute** every facet of American life "from the cradle to the grave." This control would include the imposition of socialist-communism for the building of cartel capitalism and the destruction of the historic White Protestant and Baptist Middle Class Americans (as well as all others); the building of a huge military industrial complex while using their *de facto* **Public "U.S. citizens"** to work in the Jesuit Order's anti-laisser-faire, cartel-capitalist corporations; and to finance and fight the wars of the pope's American Empire. These international crusades, directed by the **Society of Jesus** within the geographical United States via its Council on Foreign Relations, would be fought for the benefit of the Roman papacy in restoring the Temporal/Political Power of the pope over the governments of all nations while subsequently militarizing those conquered nations.

Further, with the change of the *de jure* constitutional **jurisdiction** of the "United States" (with its Common Law **civilian due process** and procedure secured by the Fifth Amendment, the Seventh Amendment and section 1 of the Fourteenth Amendment) to a *de facto*, extra-constitutional, **Roman Civil Law jurisdiction** of the "United States" (established by an amended World War I statute (1933), a Presidential Proclamation (1933) and the subsequent abolition of Common Law rights and Common Law **civilian due process** by the Supreme Court (1938)), an alien and foreign **martial due process** would be adopted by the federal and state courts fitted for the new *de facto* **Public "U.S. citizens"** living in the states deemed *de facto* "conquered territories." Since these *de facto* Public "U.S. citizens" are in substance Roman citizens, and since these *de facto* "conquered territories" are in substance Roman provinces under military rule, it is only fitting that the **Roman/Public "U.S. citizens"** should be criminally and civilly subjected to a martial process imposed by their constitutionally-created civilian courts. This *de facto* martial process, if unchallenged by prima facie evidence proving the accused to be an American Private National Citizen of the United States of America and not a Roman Public "U.S. citizen," would confer, in substance, martial *in personam* jurisdiction. With this absolutist judicial jurisdiction limited only by decisions of the Supreme Court, the federal courts would be in substance **territorial courts** of the Conqueror. These Emergency War Powers Courts would enforce the sovereign will of the *de facto* Emergency War Powers Congress, while sitting in a special, **"executive equity"** in substance, a **martial equity**, operating upon a **legal fiction**. The legal fiction would be the presumption of fact that each individual Private American National Citizen of the United States of America was in contract with and enfranchised by the state of his natural birth, thereby altering his constitutional, *de jure* Private American National Citizenship conferred at birth into a statutory, *de facto* Public Federal "U.S. citizenship" upon the public filing of a unilateral contract, which change in status would enable and obligate the Emergency War Powers courts to dispose of his matter, federal or state, criminal or civil.

Further, that unilateral contract was the public filing of a **"Certificate of Live Birth"** deliberately patterned after the Roman Catholic **"Certificate of Baptism"** creating Vatican City-state citizenship. The American "Certificate of Live Birth" — **by operation of law** — would be the contract to alter *de jure* Private American National Citizenship to *de facto* Public "U.S. citizenship." With this **presumption of fact** of an existing contract held by every individual Public "U.S. citizen" (holding its Private American National Citizen of the United States as Property and Surety), every court legally sits in a special executive **Equity** (in which Law and Equity have been merged) enforcing the statutes of an Emergency War Powers Congress. This *de facto* status enables and obligates all federal and state courts to sit in executive Equity thereby fulfilling the grand design of the **Society of Jesus** in subverting the Common Law jurisdiction of the United States (as per Section 1, 13th Amendment, and Section 1, 14th Amendment) by rendering ineffective the constitutional status of *de jure* Private American National Citizens of the United States of America (Section 1, 14th Amendment).

Further, this evil design of the **Society of Jesus** against the Constitutional, Common Law liberties of the Private American National Citizens of the United States of America was set forth by one of the Order's Masonic Temporal Coadjutors. That man was **Sir Henry Sumner Maine**, Regis Professor of the Civil Law in the University of Cambridge, England. In his *Ancient Law: Its Connection with the Early History of Society, and its Relation to Modern Ideas* (1864), Maine sets forth his three-part plan that, after its imposition, overthrew limited American government born out of the Protestant Reformation (1517-1648) and the First American Great Awakening (1735-1750). That diabolical, "unholy trinity" was first the creation of a **Legal Fiction**, after which the imposition of judicial **Equity** after the overthrow of American Common Law, then opening the door to congressional/parliamentary, unlimited **Legislation**. (The philosophic parallel to this formula is "**Substance, Mode** and **Circumstance**.") The legal foundation and substance for this *de facto* overthrow of the limited, constitutional, *de jure* "jurisdiction of the United States" is the **Legal Fiction**. That **Legal Fiction**, evil though legally imposed by silent consent of each Private American National Citizen, was the public filing of a Certificate of Live Birth, the Baptismal Certificate of every federally-owned, Public "U.S. citizen." Hence, every Private American National Citizen became subordinate **Surety** for, and the held **Property** of, his alter ego and Gemini Twin, the Public "U.S. citizen." As of March 6, 1933, all Public "U.S. citizens" — with their Surety/Property, Private

SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 2 4 2019 AT 10:20:4 M
BPA BOOK 44 PAGES 110
DEPUTY CLERK

American National Citizens — were seized as **booty of war** by President Franklin Roosevelt's martial, emergency war powers Proclamation 2039 which practically overthrew the Sovereignty of the People of the United States of America, reducing them to being mere **property** of Rome's *de facto* military government sitting in Washington, D.C., to be treated as "rebels and belligerents" living in the fifty states deemed by the Conqueror/Commander in chief to be merely "occupied territories," the seized state governors ruling their *de facto* military governments in subordination to Washington, D.C.

Therefore, finding this situation of **statutorily-altered**, Private American National citizenship status intolerable being in contradiction with the maxims of **Holy Scripture** (Proverbs 11:15), and at variance and in conflict with the originally established courts of Common Law as well as the courts or exclusive/inherent Equity/Chancery governed solely by the Maxims of Equity, I, **Eileen Raye Lawrence** a/k/a Eileen Raye Dvornekovic, do solemnly declare and affirm:

1.    WHEREAS, the FRANCHISE, CORPORATE SOLE, and/or BIRTH CERTIFICATE, being in fact a unilateral contract under seal, was created and offered **legally though deceitfully**, its open-but-false purpose being to aid in the Census as a means of identification in the documentation of a natural birth, as well as for health reasons and purposes; its secret-but-true purpose being to rob "**We the People**," which includes every individual Private American National Citizen, first of our sovereignty as a People, then our constitutionally-created status, and ultimately our lives, fortunes and sacred honor;

2.    WHEREAS, the true purpose of the BIRTH CERTIFICATE, a unilateral contract under seal, is to be a covert commercial agreement and unconscionable, adhesion contract/quasi-contract between the state of the baby's natural birth and the mother of the baby, the baby then deemed property of the Federal, *de facto* military government of the United States (the BIRTH CERTIFICATES being recorded by the Department of Commerce then to serve as collateral securities for the unquestionable public debt as per Section 4 of the 14th Amendment);

3.    WHEREAS, the true nature of the DATE OF FILING on the BIRTH CERTIFICATE, a unilateral contract under seal, is to commence the **legal birth** of the quasi-corporate, artificial person/ **Public "U.S. citizen"** created by all necessary legal elements of a unilateral contract (it being in writing, signed, sealed and delivered for registration and filed with a public office of the baby's state of live birth);

4.    WHEREAS, the true nature of the DATE OF BIRTH of the baby named on the BIRTH CERTIFICATE is to commit the natural person/Private American National Citizen as **Surety** for, and **personal property** of, the state-created, artificial person/Public "U.S. citizen," both entities being legally wedded into one legal entity, the hybrid, federally-owned, **Public"U.S. citizen;"**

5.    WHEREAS, the BIRTH CERTIFICATE is a BUSINESS INSTRUMENT recorded with the County Recorder, a subsidiary of the Secretary of State (of the several states treated as "conquered territories"), also sent to the Bureau of Census, a division of the Department of Commerce in Washington, D.C., placing the NAME of the Public "U.S. citizen" into interstate and foreign world commerce as a statutory, legal "person" (as are corporations, partnerships, trusts, corporate soles, etc.), distinct and separate from the "natural born citizen," i.e., the **Private American National Citizen;**

6.    WHEREAS, the Secretary of State (of the several states) charters corporations and issues franchises, therefore, any **natural born citizen/Private American National Citizen** with a BIRTH CERTIFICATE is liable to the Franchise Tax Board of the State's Department of Revenue for income/excise/privilege taxes, as well as being liable to the Internal Revenue Service collecting the internal revenue for the "**Federal Corporation**" of the United States (28 USC 3002(15)(A) via excise/income/privilege taxes in payment of the interest on the national debt (proven by President Ronald Reagan's Grace Commission) which interest is owed to the Roman papacy's Federal Reserve Bank;

7.    WHEREAS, this BIRTH CERTIFICATE, functioning as a BUSINESS INSTRUMENT, has hoodwinked **Private American National Citizen Eileen Raye Lawrence**, allegedly named on said certificate, into an unknown and covert implied contract by operation of law, placing Affiant and fellow Private American

FILED & RECORDED IN CLERK'S OFFICE
APR 24 2015 AT 10:20 A M
BPA BOOK 44 PAGES 111

DEPUTY CLERK

National Citizens under an alien, foreign and yet "temporary," *de facto* military jurisdiction of the United States created at first by the **"Emergency Banking Relief Act,"** its initial paragraphs containing a congressionally-amended WWI statute known as the **"Trading With the Enemy Act"** codified as 12 USC 95a, and secondly by President Franklin D. Roosevelt's Emergency War Powers Proclamation 2040 decreed on March 9, 1933;

8.   WHEREAS, the above *de facto* jurisdiction of the United States includes the jurisdiction of the constitutionally-created, federal and state civilian courts (**IN FORM**) sitting in a martial concurrent equity/at law (**IN SUBSTANCE**), they no longer proceeding against the accused Private American National Citizen with the Mode of a Common Law **civilian due process**, but rather with the Mode of a Roman Civil Law **martial due process** that, if unchallenged by producing state-filed public records and other prima facie evidence, will confer a martial jurisdiction over the accused then forced to plead in a court imposing **martial due process** and procedure derived from a congressionally-amended, World War I statute as of March 9, 1933, the judges, federal and state, acting on behalf of the *de facto* military dictator/Commander in chief sitting in Washington, D.C.;

9.   WHEREAS, upon the public filing of the BIRTH CERTIFICATE with its attached Private American Citizen serving as **Surety** and **personal property**, another "**source**" was created that would generate "**income**" which could then be income/excise/privileged taxed, the natural person/baby/Private American National Citizen now wedded to his new artificial person / "U.S. citizen" as its **Property** and subordinate **Surety**, the new "**source**"(deemed a "rebel" and "belligerent" residing according to state statute in a state deemed an "occupied territory") being in commerce and subject to the **absolute legislative powers** of the "temporary" Emergency War Powers Congress (1933-present) to regulate without limit interstate and foreign commerce pursuant to Article I, Section 8, Clause 3, of the "United States Constitution" during this time of a "temporary" declared state of National Emergency now (2014) in its eighty-first year;

10.   WHEREAS Affiant, a Private American National Citizen, has ceased to be **Surety** for and the **personal property** of, Public "U.S. citizen" "EILEEN RAYE LAWRENCE" by means of a duly filed "**Release Without Consideration — *Nunc Pro Tunc Ab Initio*,**" and "**Rescission of Signatures of Suretyship — *Nunc Pro Tunc Ab Initio*,**" thereby returning to the former status of being a Private American National Citizen held for less than seventeen (17) days after Affiant's natural birth;

11.   WHEREAS Affiant in esse, has irrevocably separated herself from the state-created FRANCHISE, CORPORATE SOLE, "UNITED STATES CITIZEN," created by means of a publicly filed BIRTH CERTIFICATE attached hereto, and hereby revokes all powers, including, but not limited to, Powers of Attorney and/or Agency that Affiant may have granted to any third party, public and/or private. Therefore, Affiant is not a party to FDR's contract with all "U.S. citizens" by means of Proclamation 2040 confirmed and approved by Congress in its passage of the **"Emergency Banking Relief Act"** thereby amending the **"Trading With the Enemy Act."** Therefore, Affiant is not in commerce (as are corporations), never to enjoy any commercial privilege of limited liability as a matter of "United States citizenship" status (as do corporations being also Public "U.S. citizens"), having discharged all *de facto* Emergency War Powers Military Governments, federal and state, from any duty or obligation having arisen from Affiant being the **Property** of, **Surety** for and/or wedded to the state-created hybrid, the federally-owned, Public "U.S. citizen" in the service of Washington, D.C., for commerce and war;

12.   WHEREAS, I, **Eileen Raye Lawrence**, have returned to my former status of being an American Freeman and American National in Equity, i.e., a *de jure* Private National Citizen of the United States secured by Article I, § 2 ¶ 2 and Article IV, § 2 of the Constitution for the United States and therefore stand "*in personam*," "*in esse*" and "*sui juris*," possessing all God-given unalienable rights including those protected by the first eight amendments of the Bill of Rights, all Constitutional rights (federal and state) and all Common Law rights of a *de jure* Private Citizen of the United States/American National, no longer under the legal disability of being the **Property** of, **Surety** for and/or wedded to a *de facto*, state-created, Public "U.S. citizen" owned by the Federal *de facto* Military Government of the United States;

13.   WHEREAS, I, Eileen Raye Lawrence, am no longer the **Property** of, **Surety** for and/or wedded to a *de facto*

SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 24 2015 AT 10:20 A M
BPA BOOK ___44___ PAGES 112

DEPUTY CLERK

Public "U.S. citizen" (which is "*alieni juris*"), therefore no longer under the *de facto* jurisdictional power of statutorily-created, *de facto* Emergency War Powers Governments (federal and state) as those absolute legislative, absolute executive and absolute judicial powers are exercised towards a *de facto* Public "U.S. citizen" deemed a "rebel and belligerent" statutorily "residing" in a state deemed an "occupied territory," and therefore no longer under the paternal guardianship of *de facto* Emergency War Powers Governments (federal and state) as those absolute, paternal powers are exercised towards its "**infants, children and wards,**"*de facto* Public "U.S. citizens;"

WHEREAS, based upon the foregoing, I, **Eileen Raye Lawrence**, *in esse* and *sui juris*, do solemnly declare and affirm the following **positive averments**:

1.    I am one of the **Posterity** of "**We the People**" by whom and for whom the Constitution was ordained and established according to its Preamble, holding *de jure* Private American National Citizenship conferred upon my natural birth by Article I, § 2 ¶ 2 and Article IV, § 2 of the Constitution for the United States.

2.    My Christian name at Common Law is "**Eileen Raye**," my surname/family name is "**Lawrence**." I am known by no other name, publicly or privately.  (Exhibit 3)

3.    My full name "**Eileen Raye Lawrence**"is spelled in both upper and lowercase letters, without capitonyms (without using an all capital-lettered name), in accordance with proper rules of English grammar. (Exhibit 3)

4.    I was naturally born on November 5, 1946.  My natural and legal parents are Gordon Ogden Lawrence and Betty Jean Miller (Lawrence).  (Exhibit 1)

5.    I was naturally born on Seattle (city), on King county, on the geographical land mass known as Washington state. (Exhibit 1)

6.    On the day of my natural birth I became a *de jure* **Private National Citizen** of the geographic United States of America (composing the fifty states) pursuant to secured by Article I, § 2 ¶ 2 and Article IV, § 2 of the Constitution for the United States of America.

7.    On the day of my natural birth I became a *de jure* **Private National Citizen/Private Inhabitant** on the geographic State of Washington pursuant to Article I, § 2 ¶ 2 and Article IV, § 2 of the Constitution for the United States.

8.    On the day my "Certificate of Live Birth" was filed with the State of Washington, by operation of law I became the **Property** of, **Surety** for and wedded to "EILEEN RAYE LAWRENCE," a state-created, Washington corporate sole and statutory **Public "U.S. citizen"** of the *de facto* Emergency War Powers Military Government of the "United States," it governing the states as "conquered territories" and its state-created "U.S. citizens" as a conquered people.

9.    Said **Property** has been returned to the natural owner, said **Suretyship** has been terminated, the marriage has ended and my former status of **Private National Citizen** of the United States of America has been restored, pursuant to the maxims of the Law of Contract, the American Common Law, Equity Maxims, Equity Jurisprudence and the Uniform Commercial Code, by means of a duly filed and publicly recorded "**Release Without Consideration — Nunc Pro Tunc Ab Initio.**" (Exhibit 1)

10.    My *de jure* **Private National Citizenship** of the Republic of the United States of America is "paramount and dominant," and my *de jure* **Private Citizenship** of the Republic of Washington is "subordinate and derivative" of said Private National Citizenship of the United States. *Selective Draft Law Cases*, 245 U.S. 366, 389 (1918). **Private Citizens** of the United States were called "**American freemen**" by pre-14[th] Amendment presidents George Washington, Andrew Jackson, Zachary Taylor and Abraham Lincoln, as well as by post-14[th] Amendment Supreme Court Justice John Marshall Harlan evidenced by his dissents in *Maxwell v. Dow*, 176 U.S. 581, 607, 617 (1900) and *Downes v. Bidwell*, 182 U.S. 244, 381 (1901).

LAMAR COUNTY GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 2 4 2015 AT   10:20 M
BPA BOOK ____ 44   PAGES 713
DEPUTY CLERK

11.  I now **Specially** and **Privately Live** at my home on Hemet, on Riverside county, on California.  Therefore, I am a **Special** and **Private Inhabitant** holding **Private Citizenship** of the State of California pursuant to Article I, § 2 ¶ 2 and Article IV, § 2 of the Constitution for the United States.

12.  **My flags** are **the civilian flag** of the Republic of the United States of America (4 USC 1) and **the civilian flag** of the State of California (P.L. 560, No. 373).  Neither civilian flag, representing its nation under a republican form of government, displays gold fringe and/or gold cords with gold tassels as do military colors displayed by the Commanders-in-chief of the *de facto* Military Governments of both the United States of America and the State of California.

13.  **My law** is my family *AV1611 King James Bible* born out of **the risen Son of God's** Grand and Glorious Protestant Reformation having birthed the Modern Era.

14.  **My seal** is the Great Seal of the geographic State of California.

15.  Being a non-statutory, constitutionally-protected **Private National Citizen** of the Republic of the United States, and a non-statutory, constitutionally-protected **Private Citizen/Special** and **Private Inhabitant** on California, and therefore no longer the **Property** of, **Surety** for and/or wedded to Washington corporate sole / Public "U.S. citizen" "EILEEN RAYE LAWRENCE," I am not in commerce as a matter of personal status, as are statutory, state-created, **Surety-backed**, **Public "U.S. citizens"** of the United States, and therefore artificial person "EILEEN RAYE LAWRENCE," without a **Surety** and **personal property**, is a "**Non-Taxpayer**" described in *Economy Plumbing &Heating vs. United States*, 470 F. 2d, 585 at 589 (1972).

16.  I have rescinded every **Signature of Suretyship** — *Nunc Pro Tunc Ab Initio* — ever executed on behalf of corporate sole/"U.S. citizen""EILEEN RAYE LAWRENCE"(including any derivative of the NAME thereof) be it **public and/or private**, by means of a duly filed "**Rescission of Signatures of Suretyship** — *Nunc Pro Tunc Ab Initio*." (Exhibit 2)

17.  The Legal Title holder(s) and the Sole Beneficial title holder of all legal property of Private Business Trust "EILEEN RAYE LAWRENCE" are private in nature evidenced by a "**Notice of Private Trust Arrangement**" filed in the public record.  (Exhibit 4)

18.  I am the **Agent** for Private Business Trust "EILEEN RAYE LAWRENCE" in the acquisition of its legal property by nature evidenced by a "**Notice of Private Trust Agreement**" filed in the public record. (Exhibit 4)

19.  Private Business Trust "EILEEN RAYE LAWRENCE" is in domestic and world commerce, all income being equitable property by nature of a special and private Sole Beneficiary holding the status of a Private Citizen of the United States secured by Article I, § 2 ¶ 2 and Article IV, § 2 of the Constitution for the United States.  Therefore Private Business Trust "EILEEN RAYE LAWRENCE" has no "income," and therefore the trust is a Non-taxpayer. (Exhibit 5)

Further, I, **Eileen Raye Lawrence** *in esse* and *sui juris*, do solemnly declare and affirm the following **negative averments**:

1.  I am not **alieni juris**, holding the status of being the **Property** of, **Surety** for and/or wedded to an artificial, *de facto*, hybrid Public "U.S. citizen" created by state statute in the state of my natural birth for the benefit of the *de facto* Emergency War Powers Military Government created on March 9, 1933; hence, I am neither an infant and a child nor a rebel and a belligerent under the power of a paternal and martial Emergency War Powers Military Government, federal or state.

2.  My Christian name is not "EILEEN RAYE LAWRENCE" or any derivation thereof, nor "Eileen R. Lawrence," or any other form of this nom de guerre/name of war carried by all "U.S. citizens," which principle in

SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 2 4 2015 AT 10:20 A M
BPA BOOK ___44___ PAGES ___114___

DEPUTY CLERK

distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record.  (Exhibit 3)

3.   My Christian name is not spelled in solely upper case letters or with abbreviations, which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record.  (Exhibit 3)

4.   I am not "EILEEN RAYE LAWRENCE," "EILEEN R. LAWRENCE" or "Eileen R. Lawrence," which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record.  (Exhibit 3)

5.   I am neither the **Property** of, nor **Surety** for, nor wedded to artificial entity "EILEEN RAYE LAWRENCE," "EILEEN R. LAWRENCE" "Eileen R. Lawrence" or any other derivative of this *nom de guerre*/name of war carried by all "U.S. citizens," said NAME being the legal property by characteristic of the *de facto* Military Government of the United States of America.

6.   I am neither a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States nor am I **Surety** for and/or personal property of and/or wedded to a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States as a matter of **Status** and/or a matter of public and/or private contract. Therefore, I am not a state-created, federally-owned, statutory **Public "United States citizen"** (artificial person/"U.S. citizen") of the sovereign, *de facto* Military Government of the United States for income/excise/privilege tax purposes.

7.   My flags, national and state, are **not military colors** bordered with gold fringe and/or draped with gold cords with gold tassels.

8.   I am not a **rebel, belligerent** or **enemy** publicly residing within a **conquered territory** of the "United States" ("the territory over which the sovereignty of the United States exists," *Hooven*, supra, p. 671), its sovereign, *de facto*, Military Government having been created by FDR's presidential proclamation 2040 **approved and confirmed** by Congress' "Emergency Banking and Relief Act" (12 USC 95b), which also amended (via 12 USC 95a) the "Trading with the Enemy Act" (50 USC App. 5(b)), on March 9, 1933.

9.   I do not **publicly** reside according to state statute within a **conquered territory** or within a **federal military district** of the geographic Republic of the United States of America (composed of the fifty states).  My special, private and confidential mail location in Equity on the land of Riverside county is:

> Eileen Raye Lawrence, American Freeman
> Private Citizen of the United States: American National
> Private Citizen on the State of California
> c/o P.O. Box 5043
> on Hemet, on California
> Zip Code Excepted [*92544*]

10.   I do not **publically** reside according to statute within any of the **ten regions** of the geographic United States of America designated by **ZIP codes** of the **Federal Zone Improvement Project** begun in 1963, and take exception to whenever and wherever possible in the use of either a ZIP code or a Postal code, both being synonymous.

Further and finally:

I, **Eileen Raye Lawrence** a/k/a Eileen Raye Dvornekovic, am a constitutionally-acknowledged and protected, *de jure* **Private American National Citizen** of the United States of America, and therefore, I am a constitutionally-acknowledged and protected, *de jure* **Private Citizen**, **Specially** and **Privately Inhabiting** the land on California.

Affidavit of Status – Page 7

SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 2 4 2015   AT   10:20 A M
BPA BOOK ____ 44 ____ PAGES 715
DEPUTY CLERK

Therefore, I, **Eileen Raye Lawrence**, holding the constitutionally-protected private right to **a civilian due process of law** on both a federal and state level, as well as being unaffected by the wicked "Emergency Banking Relief Act" having imposed a **martial due process of law** (by way of the amended "Trading with the Enemy Act") on any substantively, artificial "**person within** the United States" deemed federal "booty of war," am **as foreign**, by nature and by characteristic, to the extra-constitutional, alien, *de facto* Emergency War Powers **Military Government** of the United States, and therefore I am **as foreign**, by nature and characteristic, to the extra-constitutional, alien, *de facto* Emergency War Powers **Military Government** of the State of California as well as the extra-constitutional, alien, *de facto* Emergency War Powers **Military Governments** of the other forty-nine (49) states, said extra-constitutional, alien, *de facto* Emergency War Powers **Military Governments** having been "temporarily" created by Congress (12 USC 95a) and by President Franklin D. Roosevelt (Presidential Proclamation 2040) on **March 9, 1933**, that most notable Jesuitical **coup d'état**, that great day of infamy and high treason against the **Sovereign American People of the United States of America**, they having ordained and established the grand and glorious Protestant Constitution of the United States, with its Baptist Calvinist-inspired Bill of Rights, for themselves and for their **Posterity** — of which I am a beneficially interested member.

This "**Affidavit of Status of Eileen Raye Lawrence: American Freeman; Private Citizen of the United States: American National,**" supersedes any previous filing with any public office of said Affidavit of Status.

Further Affiant Sayeth Not.

Affiant, by restricted visitation, solemnly affirms under the penalties of perjury under the Law of God and the Maxims of Equity that every statement given above is the whole truth to the best of my knowledge.

*Eileen Raye Lawrence*

Eileen Raye Lawrence, American Freeman
Private Citizen of the United States: American National
Private Citizen on California
Private Inhabitant on Riverside county
Agent for "EILEEN RAYE LAWRENCE"
All Rights Reserved Without Prejudice

State of California       ) s.s.       Verification
County of Riverside      )
                                        *See Attached*

On _____ before me, _____, notary public, personally appeared Eileen Raye Lawrence, who proved to me on the basis of satisfactory evidence to be the private person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s), acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of The State of California that the foregoing paragraph is true and correct

     Seal                                      WITNESS my hand and official seal.

                                               _____
                                               Signature of Notary

Affidavit of Status – Page 8

# California Jurat Loose Certificate

State of California

County of _Riverside_ } ss.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 2 4 2015 AT 10:20 A M
BPA BOOK ___44___ PAGES ___716___
DEPUTY CLERK

Subscribed and sworn to (or affirmed) before me this _4th_ day of _November_, 20 _14_

by _Eileen Raye Lawrence_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public Signature

Seal

BEN ALAN BROSTROM
COMM. # 1931764
NOTARY PUBLIC • CALIFORNIA
RIVERSIDE COUNTY
My Commission Expires
April 30, 2015

## Notes

Please provide information about the document that this form is attached to.
***This is _not_ required under California State notary public law.***

RE: Affidavit of Status of Eileen Raye Lawrence

When recorded return to:

Eileen Raye Lawrence-Dvornekovic
c/o temporary mailing location:
c/o U.S.P.O. Postmaster  98395
c/o P.O. Box 577
Wauna
Washington
non-domestic without the US

**Exhibit 2**

---

To:   The corporate offices and officers of STATE OF WASHINGTON and UNITED STATES

### LET ALL MEN TAKE <u>NOTICE</u> OF THESE PRESENTS:
### <u>RELEASE WITHOUT CONSIDERATION – RCW 11.95.010*</u>

### I.  CONTRACT PROVISION

I, Eileen Raye of the family Lawrence, and now more properly of the family Dvornekovic (hereinafter "Lawrence-Dvornekovic") appearing specially under restricted appearance, without any legal disabilities, fully capable of bearing a bond, a lawful woman on the Land, a stranger to the public trust, do hereby waive, *nunc pro tunc* to the Fifth day of the Eleventh month in the year One Thousand Nine Hundred Forty-Six AD, <u>the breach of contract</u> re Article VI, Clauses 2 and 3 of the United States Constitution* committed by the UNITED STATES, US, USA, WASHINGTON D.C., UNITED NATIONS, STATE OF WASHINGTON, EILEEN RAYE LAWRENCE (or LAWRENCE-DVORNEKOVIC), and any and all US vessels, any and all administrative agencies, legislative tribunals of limited jurisdiction, or anything of like character, consisting of Privileges or Immunities of the UNITED STATES citizenship, "14th AMENDMENT citizenship," UNITED NATIONS citizenship, STATE OF WASHINGTON citizenship, and any and all citizenships, residences, domiciles, postal service addresses, "ZIP codes," and the like under any public policy, consisting of the abandonment of property and property rights absolutely in the privileges or immunities granted by Article IV, Section 2 and protected by the 14th Amendment, Section 1, of the United States Constitution.* I do hereby expressly waive and reject any and all benefit privileges conferred by such citizenship(s), and there being no evidence to the contrary, the RECORD is made and is uncompromised.

I do <u>not</u> waive any other breach which has been committed or which may be committed by the UNITED STATES, UNITED NATIONS, US, USA, WASHINGTON DC, STATE OF WASHINGTON, EILEEN RAYE LAWRENCE-DVORNEKOVIC, and/or any other US vessels, sub-corporations, co-business partners, or the like.

### II.  REVOCATION OF POWERS OF ATTORNEY
### AND REVOCATION OF POWERS OF APPOINTMENT

I, Eileen Raye of the family Lawrence-Dvornekovic, the aggrieved party herein, living on the Soil of Washington (Republic) state, without a drop of water in sight, of lawful age, competent, and not under legal disability, hereby revoke, rescind, *nunc pro tunc*, make void, *ab initio*, all powers of attorney and all powers of appointment, in fact or otherwise, real or imagined, implied in law or otherwise, and signed either by me or anyone else, with or without my consent and knowledge, as they pertain to the social security account, birth registration, driver license, marriage license, and any and all other registrations, licenses and certificates issued in regard to the fictional *ens legis* EILEEN RAYE LAWRENCE-DVORNEKOVIC (a creation of government) by any and all governmental/quasi governmental entities.  This revocation is due to misrepresentation and fraud by said government agencies, to deprive me of my primary sovereign status, Rights and Immunities.  I hereby waive, cancel, repudiate and refuse to knowingly accept any compelled benefits or privileges attached to the above items.

I, Eileen Raye of the family Lawrence-Dvornekovic, the aggrieved party herein, living on the Soil of

Notice of Release Without Consideration – Page 1

Washington (Republic) state, without a drop of water in sight, of lawful age, competent, and not under legal disability, hereby revoke, rescind, *nunc pro tunc,* make void, *ab initio,* all **powers of attorney** and all **powers of appointment,** in fact or otherwise, real or imagined, implied in law or otherwise, and signed either by me or anyone else, with or without my consent and knowledge, as they pertain to any and all property, real, personal, private, corporeal or incorporeal, obtained in the past, present or future. I am the sole and absolute owner of all such property.

### III. EXPLICIT RESERVATION OF RIGHT WITHOUT PREJUDICE

I, Eileen Raye of the family Lawrence-Dvornekovic, reserve my right not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily, and intentionally. Such reservation of rights can be identified by the use of "explicit reservation of right without prejudice," or "without prejudice," or "all rights reserved," above my signature on a document. This reservation serves notice upon all administrative agencies of government, national, corporate, state and local, that I do not accept the liability associated with the *compelled benefit* of any undisclosed commercial contract or agreement, to include, but not limited to the use of worthless Federal Reserve Notes.

Let no word, action, or writing be construed to imply the granting of any power of attorney, waiver of Rights, or assignment of title. Affirmed under the penalty of perjury.

Executed and dated this _2nd_ day of _March_ , 2009

By: _Eileen Raye Lawrence-Dvornekovic_
Eileen Raye Lawrence-Dvornekovic, Releasor

This notice done and delivered pursuant to Washington State Statutes. Waiver was done pursuant to RCW 62A.1-107 and delivered pursuant to RCW 62A.1-201 (26b).*

State of Washington          )
                             ) ss.
Pierce county                )

On this day personally appeared before me Eileen Raye Lawrence, to me known to be the individual described in and who executed the within and foregoing instrument and acknowledged that he signed the same as his free and voluntary act and deed for the uses and purposes therein mentioned. Purpose of notary is for witnessing a sworn statement, and not for entering into a foreign jurisdiction/venue.

GIVEN under my hand and official seal this _2_ day of _March_ , 2009.

_D/k_

Notary Public, State of Washington
My Commission expires: _July 27  2011_

> Notary Public
> State of Washington
> DAVID SALAZAR
> My Appointment Expires Jul 27, 2011

*Courtesy risk disclosure: Use of a notary public, public forms and records, corporate codes, statutes, citations and case rulings or other private corporate regulations is a courtesy disclosure of the United States' and State of Washington's admissions to prevent injury to state and U.S.

Notice of Release Without Consideration – Page 2

## ASSEVERATION OF STATUS

### REGARDING PRIVILEGES AND IMMUNITIES GRANTED AND PROTECTED

STATE OF WASHINGTON and
other government agencies
c/o Thurston County Auditor's Office
Olympia, WA 98504


I, Eileen Raye, of the family Lawrence, also known as the family Dvornekovic, did file the attached NOTICE, CONTRACT PROVISION – RELEASE WITHOUT CONSIDERATION, to the United States Department of Commerce, by U.P.S. courier service, with acknowledgment of delivery No. 1ZX047960355363089.  Said RELEASE WITHOUT CONSIDERATION is prima facie evidence that the State's power, formerly attaching to me through the privileges and immunities granted and protected by the United States Constitution, has been released according to law; consequently, all officers of government have been released from obligation of oath to enforce said privileges and immunities in my behalf.  The RELEASE WITHOUT CONSIDERATION was executed pursuant to RCW 62A.1-107 and delivered pursuant to RCW 62A.1-201 26(b).  I am, therefore, not subject to your corporate, statutory jurisdiction and its mala prohibita codes.  I will answer only to the Laws of the Creator, found in my Law book, the Scriptures.

Dated this _10 th_ day of March, 2009, with nothing but dry land under foot and not a drop of water in sight.  Let no word, action, or writing be construed to imply the granting of any power of attorney, waiver of Rights, or assignment of title.


_Eileen Raye Lawrence – Dvornekovic_
Eileen Raye Lawrence – Dvornekovic
c/o temporary mailing location:
c/o U.S.P.O. Postmaster  98395
c/o P.O. Box 577
Wauna
Washington
non-domestic without the US


State of Washington        )
                           ) ss.
Pierce county              )

On this day personally appeared before me Eileen Raye Lawrence – Dvornekovic, to me known to be the individual described in and who executed the within and foregoing instrument and acknowledged that he signed the same as his free and voluntary act and deed for the uses and purposes therein mentioned.  Purpose of notary is for witnessing a sworn statement, and not for entering into a foreign jurisdiction/venue.

GIVEN under my hand and official seal this _10 th_ day of _March_ , 2009.


Notary Public, State of Washington
My Commission expires: 2/3/12

JENNIFER LEE LIND
NOTARY
2012
PUBLIC
STATE OF WASHINGTON

Legal # 6943

## Affidavit of Publication

STATE OF
WASHINGTON
County of Thurston
ss.

Legal #6943

**LEGAL NOTICE**
This Notice, Contract Provision, Release without Consideration (RCW 11.95.010) is filed with the Thurston County Auditor under #4063881 and #4063882, and is notice to governments, State and Federal.
We, Josip, of the family Dvornekovic, and Eileen Raye, of the family Lawrence-Dvornekovic, do hereby waive, nunc pro tunc to the dates of the birth dates of our ens legis entities of 3/23/42 and 11/5/46, respectively, the breach of contract re Article VI, Clauses 2 and 3 of the United States Constitution committed by the UNITED STATES, STATE OF WASHINGTON, and any and all US vessels, consisting of Privileges or Immunities of the UNITED STATES citizenship, "14th AMENDMENT citizenship," STATE OF WASHINGTON citizenship, and any and all citizenships, residences, domiciles, postal service addresses, "ZIP codes," and the like under any public policy, consisting of the abandonment of property and property rights absolutely in the privileges or immunities granted by Article IV, Section 2 and protected by the 14th Amendment, Section 1, of the United States Constitution. I do hereby expressly waive and reject any and all benefit privileges conferred by such citizenship(s), and there being no evidence to the contrary, the RECORD is made and is uncompromised. We do not waive any other breach which has been committed or which may be committed by the above-named entities.
Notice of Revocation of Powers of Attorney & Powers of Appointment.
We hereby revoke, rescind, nunc pro tunc, make void, ab initio, all powers of attorney and all powers of appointment, in fact or otherwise, real or imagined, implied in law or otherwise, and signed either by us or anyone else, with or without our consent and knowledge, as they pertain to the social security account, birth registration, driver license, marriage license, and any and all other registrations, licenses and certificates issued in regard to the fictional ens legis JOSIP DVORNEKOVIC and EILEEN RAYE LAWRENCE (aka DVORNEKOVIC) (a creation of government), and as they pertain to any and all property, real, personal, private, corporeal or incorporeal, obtained in the past, present or future. We are the sole and absolute owners of all such property, by any and all governmental/quasi governmental entities. This revocation is due to misrepresentation and fraud by said government agencies, to deprive me of my primary sovereign status, Rights and Immunities. I hereby waive, cancel, repudiate and refuse to knowingly accept any compelled benefits or privileges attached to the above items.
We reserve our rights not to be compelled to perform under any contract or commercial agreement that we did not enter knowingly, voluntarily, and intentionally. This reservation serves notice upon all administrative agencies of government, national, corporate, state and local, that we do not accept the liability associated with the compelled benefit of any undisclosed commercial contract or agreement, to include, but not limited to the use of worthless Federal Reserve Notes. Let no word, action, or writing be construed to imply the granting of any power of attorney, waiver of Rights, or assignment of title.
Dated 2/23/09 and 3/2/09, respectively
/s/ Josip Dvornekovic and
/s/ Eileen Raye Lawrence-Dvornekovic
c/o temporary mailing location:
c/o U.S.P.O. Postmaster 98395
c/o P.O. Box 577
Wauna
Washington
nondomestic without the US

Publish March 6, 2009

The Olympian has been appointed as a legal newspaper by order of the Superior Court of the State of Washington for Thurston County, dated July 10, 1941, in the county in which said newspaper is published in accordance with RCW 65.16.020 and RCW 63.16.040.

The undersigned being first duly sworn on oath deposed and says: That she is the Principal Clerk of The Olympian which is a legal newspaper printed and published in the city of Olympia, County, Washington: of general circulation in said City, and State;

that e of

Legal Notice
Dvornekovic and Eileen Raye Lawrence-
Dvornekovic

the attached is a printed copy, was published in said er:

| 6th | day of | March | 2009 |
| | day of | | 2009 |
| | day of | | 2009 |
| | day of | | 2009 |
| | day of | | 2009 |
| | day of | | 2009 |

said newspaper was generally circulated during all of and has been published for more than six months prior tes of the publication of this legal document, and that e was published in the newspaper proper and not in nt form.

nt of fee charged for this publication  $314.18 -- PREPAID

_Seug Nelson_
Principal Clerk

d and sworn to me this ____loth____ day of
2009

Notary Public
State of Washington
ERIKA R MANNING
My Appointment Expires Jul 15, 2011

Notary Public in and for the State of Washington
Residing at Olympia, Thurston County, Washington

Note – The above affidavit and fee is in compliance with RCW 63.16.030 and Sec. 3, Chapter 34, Laws of 1977.

The following persons were notified of the Release on or about 3/10/09, without any response or objection:

Sam Reed
Washington Secretary of State
PO Box 40220
OLYMPIA WA 98504-0220

Kim Wyman, Auditor
Thurston County Auditor's Office
2000 Lakeridge Drive SW
Olympia, WA 98502

Thurston County Recorder's Office
2000 Lakeridge Drive SW
Olympia, WA 98502

Rob McKenna
Washington Attorney General
PO Box 40100
Olympia, WA 98504-0100

All Deputies Attorney General
Washington Attorney General's Office
PO Box 40100
Olympia, WA 98504-0100

Governor Chris Gregoire
Office of the Governor
PO Box 40002
Olympia, WA 98504-0002

Brian Sonntag
Washington State Auditor
P.O. Box 40021
Olympia, WA 98504-0021

Paula J. Hammond, Secretary
Washington State Department of Transportation
PO Box 47300
Olympia WA 98504-7300

Chief John R. Batiste
Washington State Patrol
PO Box 42600
Olympia WA 98504-2600

Liz Luce, dba agency director
Department of Licensing
P.O. Box 9020
Olympia, WA 98507

Washington State Department of Revenue
Executive Office
PO Box 47450
Olympia, WA 98504-7450

Paul A. Pastor, Sheriff
Pierce County Sheriff's Dept.
30 Tacoma Avenue South
Tacoma, Washington 98402

Ken Madsen
dba Pierce County Assessor-Treasurer
2401 South 35th Street, Rm 142
Tacoma, WA 98409-7414

Pat McCarthy
dba Pierce County Auditor
2401 South 35th Street, Rm 200
Tacoma, WA 98409-7414

MATT SHAW
LARRY FREMONT
MARY L. VAN HAREN
and all successors and assigns
Pierce County Development
Engineering Section
2401 South 35th Street, Rm 175
Tacoma, WA 98409

Pat McCarthy
Pierce County Executive's Office
930 Tacoma Avenue South, Room 737
Tacoma, WA 98402-2100

Gerald Horne and all successors
Pierce County Prosecuting Attorney
930 Tacoma Avenue South,

Room 946
Tacoma WA 98402-2171

Eric Holder, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Robert S. Mueller III
Director of FBI
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

United States Marshal
U.S. Marshal Service
1170 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Internal Revenue Service
Criminal Investigation Division
1111 Constitution Avenue NW,
Rm 2501
Washington, DC 20224
Ref. No.: 240220092

U.S. Department of Transportation
Mary E. Peters, Secretary
1200 New Jersey Ave, SE
Washington, DC 20590

Office of the State Treasurer
Legislative Building
P.O. Box 40200
Olympia, WA 98504-0200

Department of Health
State of Washington
P.O. Box 9709
Olympia, WA 98507

Julie Shankland, Board Administrator,
Practice of Law Board
1325 Fourth Avenue, #600
Seattle, WA 98101

Eileen Raye Lawrence, Public Minister
Non-assumpsit/TDC:
c/o Temporary Mail Location:
c/o P.O. Box 5043
on Hemet, on California Zip code excepted
non-domestic / without the United States

**Exhibit 3**

December 29, 2018

To Respondents:

Ricardo Martinez, dba Chief District Judge
United States Courthouse
700 Stewart Street, Suite 13134
Seattle, Washington
non-domestic / without the United States

Judge Richard A. Jones
United States Courthouse
700 Stewart Street, Suite 13134
Seattle, Washington
non-domestic / without the United States

Brian Werner
Annette L. Hayes
Andrew C. Friedman
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington
non-domestic / without the United States

Private Letter Rogatory – not for public filing
From the Private sector to the Public Administrative/Commercial/For-Profit
Military War Powers Court
**Under the Hague Convention Title 18 §1781**

**NOTICE OF CRIMES COMMITTED
IN VIOLATION OF YOUR OATHS TO THE CONSTITUTIONS**

**ACTION REQUIRED**

Re:   Diane Renee Erdmann, Case No. CR18-00092-RAJ

Dear Friends:

    I come to you as one of the owners of the DIANE RENEE ERDMANN estate, as one of the
sureties for said fictional defendant.  As such, I have discharged this case through the Office of the
Secretary of Treasury pursuant to 12 USC 95a(2), therefore, as a surety in this matter, I am demanding that
the other Surety, Diane Renee Erdmann, be subrogated and exonerated pursuant to said law, which is
federal law which this court must uphold pursuant to your Oaths to the constitutions, which promise you
made to uphold the law.  If you fail to uphold the law, you will be in insurrection and rebellion, and guilty
of involuntary servitude, just for a start.  That is all I am going to say about the matter, but be advised, I
know how to bring the charges, if it is necessary, but I hope you will act as friends and obedient public
servants who will uphold and enforce the law.  I just want you to know there are consequences for public
officials who violate their Oaths, and I hope we do not need to go there.
    I have been encouraged by a federal judge from a higher court than yours, who verified that as soon
as a case has been discharged, the court loses ALL JURISDICTION.  Your only option is to dismiss this
case, because anything you do after receipt of this letter and the exhibits herein, is VOID.
    Enclosed with this Letter Rogatory is a Mandatory Judicial Notice.  I am not motioning that it be
heard because I know you will deny it because that is what courts routinely do.  I am only Notifying you of
your duty.  It is to notice you of the United States laws under which, if you do not obey, you could be
prosecuted.  I should inform you that several judges in Texas were arrested and "taken out" by the CIA for
violating their Oaths and exceeding their Article I authority.  The CIA had authority for this because anyone
who has taken an oath of office is now operating in a foreign jurisdiction, so those judges were arrested in a
"foreign jurisdiction."

Every public servant is a trustee, and breach of trust is a serious violation. As one of the owners, executors and beneficiaries of the DIANE RENEE ERDMANN estate and fictional entity, by reason of being one of the owners named on the birth certificate, having fully claimed ownership of said entity, by the power of appointment **I am privately assigning the above-named judges as trustees in the above referenced-case, to settle and close the matter, subrogate and exonerate the defendants, and order the return of their property.** YOU do not have the discretion to disregard U.S. law, specifically 12 USC 95a(2), by refusing to discharge the above-referenced court case. Nor do you have the discretion to disregard the assignment of Trustee. Judges and prosecutors have no immunity when they violate the law and their Oaths, and breach of trust by a trustee is a very serious matter.

I, Eileen Raye Lawrence, Co-Executor for the DIANE RENEE ERDMANN *Cestui Que Trust/Estate*, notice this Court by Letter Rogatory of the criminal activities the judges and U.S. attorneys have committed against my estate, and demand my Estate's name be cleared of the alleged criminal case for the reasons set forth below.

1  I have learned that this alleged Court that has scheduled or conducted a case/cause/claim against the fiction/estate DIANE RENEE ERDMANN, is not a constitutional court as per the Constitution for the united states of America, but rather a tribunal operated as a private corporation, as evidenced by its listing on Dun & Bradstreet.

2  This court is merely an Article I legislative court. An Article I legislative court is limited to rendering opinions and recommendations to congress and the legislative court has NO Article III judicial power to render judiciary judgments and commitment orders, which makes ALL criminal convictions VOID.

3  There are only two (2) criminal jurisdictions listed in the U.S. constitution: common law and admiralty jurisdiction. Equity jurisdiction is a civil jurisdiction and all three jurisdictions are set in Article III of the U.S. constitution, and the same is true in the states.

4  When congress creates an Article I legislative court, that court only has power, authority, jurisdiction of that Article I, and does not have the jurisdiction of Article III, and the same works for Article III constitutional courts, which only have jurisdiction of Article III. The importance of understanding this is that the only two criminal jurisdictions are set in Article III of the constitution, and **ONLY Article III constitutional courts have that criminal jurisdiction, authority, power to hear criminal cases.**

5  If a person was tried in an Article I legislative court, the judge usurped jurisdiction not given and violated the constitution, as legislative courts are without the Article III judicial power to render judgments and commitments, therefore, **judgment and commitment orders of a legislative court are void, and those persons convicted in these legislative courts are, in fact, unlawfully incarcerated.**

6  Admiralty jurisdiction requires that a maritime contract be involved, that the defendant be a party to the maritime contract, that the defendant has breached the maritime contract and that the court is investigating, and invoking admiralty jurisdiction and NOT common law or equity jurisdiction for the court to legally be moving in admiralty jurisdiction The Supreme Court decided in *American Insurance Co. v. Canter* that admiralty jurisdiction can be invoked only in Article III constitutional courts, of which there are none outside of Washington, D.C.

7  There are only two types of courts, legislative courts and constitutional courts and this distinction is called the "Character of the Court." Judges, prosecutors and defense attorneys know the difference between constitutional courts and legislative courts. For a prosecutor to make a claim they don't know the character of the court in which they are practicing law, would be absurd. Nor can the judge and prosecutor be able to claim the defendant is convicted by the proper court, since they would not know in which court they are practicing law. **Therefore, the court could not claim the defendant is lawfully convicted by a court of proper jurisdiction.**

8  The character of the court no longer becomes an issue as the court must invoke either common law jurisdiction or admiralty jurisdiction, and there is no common law on the federal level, there are no federal Article III courts in the states to invoke admiralty jurisdiction, and the **courts are not claiming any maritime contract, nor showing the defendant as a party to any maritime contract, nor showing the defendant breached any maritime contract, nor is the court invoking admiralty jurisdiction.**

9  Federal courts within the states are, in fact, knowingly, willingly and intentionally incarcerating citizens of the United States, Private American Nationals and foreign nationals unlawfully.

10  The judge and prosecuting attorney are mandatorily required under the 6th Amendment to make known the nature and cause of the action, however, no judge ever follows that mandatory requirement. Under no circumstances will a judge reveal this information, even when directly demanded to do so.

11  The Supreme Court has held: "The constitutional right to be informed of the nature and cause of the accusation entitles the defendant to insist that the indictment apprise him of the crime charged with such

reasonable certainty that he can make his defense and protect himself after judgment against another prosecution on the same charge." See *United States v. Cruikshank*, 92 U.S. 542, 544, 558 (1876); *United States v. Simmons*, 96 U.S. 360 (1878); *Bartell v. United States*, 227 U.S. 427 (1913); *Burton v. United States,* 202 U.S. 344 (1906).

12      This failure to inform the defendant deprives him of the knowledge of how to defend, as each jurisdiction has its own requirements, **which is a denial of due process, which automatically deprives the court of jurisdiction,** presuming the court had a lawful Article III jurisdiction, and it is also sedition against the Constitution for the untied states of America.

13      Pursuant to 28 USC 3002 (1) (A), the U.S. attorney is representing a corporation, without a contract, without a power of attorney, and without the client/plaintiff, a fictitious plaintiff, being in the courtroom, and bringing a maritime claim on the false presumption that a maritime contract exists between the United States and the defendant, on which the defendant allegedly defaulted, without the ability to present said contract to the court, in violation of the *Clearfield Doctrine.*

14      I have learned of the fraud that goes on behind the scenes of these alleged criminal cases, which are really civil claims in equity, and the steps taken to securitize these civil claims, without giving full disclosure to the people.  I am hereby letting the court know that in behalf of the fictional entity/named defendant of which I am part owner, I am opting the defendant out of any contract and do not allow any documents regarding said fictional entity or the *cestui que trust* to be securitized and sold to any investors.

15      The fraudulent process is as follows: All cases are civil, though often fraudulently called criminal. The courts are operating under trust law, assuming the Defendant is a decedent. After finding the alleged Defendant guilty, the court clerks sell the judgments to the Federal Courts. Since the Defendant is a decedent, the court officials consider themselves as a beneficiary.  That ends here and now, as I am one of the beneficiaries of the DIANE RENEE ERDMANN *Cestui Que Trust/Estate*, and now, through the power of appointment, I appoint the judges named above as the trustees of this court case, and demand that the trustees settle and close this matter immediately.

16      When a judge asks if a person understands, he/she is deceptively (without disclosure) asking if the Living Man will be liable for the bond. Diane Renee, the living woman, is not responsible for the bond of this case; the judge is now the Trustee/Fiduciary, as Diane is one of the beneficiaries of all proceeds.

17      The judgments are stamped with something to the effect of Pay To The Order Of__ on the back, and taken to the federal discount window. The judgment now becomes a note.

18      The notes are then pooled together and then become securities, which are yet pooled together and sold as bonds.

19      Said bonds are liens against the estate.

20      The Prosecuting Attorney's Office has a code number, NAICS (North American Identification Security Classification, which NAICS number enables the United States Attorney's Office to trade globally all securities.

21      All courts are registered with the DOD (Department of Defense), where they are registered with CCR (Contractor's Central Registration), under the DOD, wherein another department called DLIS (Defense Logistics Information Service) issues a cage code, which means a commercial and government entity, which corresponds with their bank account.

22      The Prosecutor's Office and Courts have a Duns number (Dun & Bradstreet).

23      All criminal cases not heard in an Article III court are actually civil, however, the courts, again, commit fraud by labeling the cases as criminal.  All cases which are pled out or have a guilty conviction, label the civil defendant (through unlawful conversion) as felons, when they are not. This is fraud upon the people at large, and certainly fraud upon the alleged Defendants.

24      The Bank Account is at Federal Reserve Bank of New York, in New York City.  The Depository Agreement is signed by the Clerk of Court.

25      All securities are then deposited with the DTC in New York.

26      An Escrow Agent is used as a go-between, between the Clerk's Office and the Federal Reserve Bank of New York.

27      The securities end up being listed through the Seventh Circuit (Chicago, IL), then sent to the DTCC, the clearinghouse which lists the securities for trading.

28      All of the lawyers involved are acting as private debt collectors according to the FDCPA (Title 15§1692). The BAR Association exempts them from having to be registered as such; however, they operate through call warrants, which are like a put, or a call.  Doing margin calls is where they convert a case through (similar to a Writ of Execution) use of the case number to buy equity securities.

29      Everything filed into court is securitized, without the knowledge of the defendant/Surety whose name is on the documents, and turned into negotiable instruments, and then turned into securities. These items are sold as commercial items, calling them distress debts (Unifund). The items are then pooled

together in what is now called a hedge fund, where they are sold globally.

30     Anytime there is risk management involved, it is for the securities. This is an underwriting company. When the hedge funds are going into the global market, they go through Luer Hermes, a bond holder and underwriting company and subdivision of Alliance SE, of Munich ,Germany (Pimco Bonds).

31     After nine months, all paper is converted to a securities status. This is defined in Title 15 §77(a) (b) (1) and considered to be an investment contract. The paper is endorsed to become a security, and the trust is then collapsed.

32     The courts have an account with the IMF (International Monetary Fund) under Interpol. The judges and prosecutors involved do not have an accessible Oath of Office, because they cover up the fact that the oath of office is between them and the IMF.

33     The judges and prosecutors are actually employees of the IMF and have expatriated out of the United States. They are now unregistered foreign agents under Title 22, which states all foreign agents must be registered.

34     The court judgments are deposited with the IMF. Since this case obviously involves my property (the *cestui que trust*), I have a drawing right to all proceeds. See UCC §3-305 and §3-306. The court judgments are monopolized according to Title 16, which is a violation of antitrust laws, and also unfair trade practices.

35     Indictments are True Bills, meaning they are negotiable instruments. The prosecutor failed to give the defendant a 1099 OID showing the defendant as the recipient of the funds, which is a fraud upon the defendant.

36     The unlawful funds, through fraud and deception, are deposited in the Federal Reserve Bank of New York and they have not paid the tax on this income. According to the IRC, this is a violation of §7201 of Title 26 (willful failure to file with the intent to evade the tax).

37     A copy of the Depository Resolution Agreement was not made available to the defendant from the Clerk of Court. The Clerk of Court makes deposits into the Federal Reserve Bank of New York via electronic funds transfers (EFTs).

38     The Clerk has a *Clerks Praxis* (Private Money Investment Account), which also has a government code. According to *Clerks Praxis*, the Clerk of the US District Court is the Registrar in Admiralty.

39     According to the IRS §6209 Decoding Manual and the ADP (Automated Data Processing Manual), all 1099's are Class 5 gift and estate taxes. As one of the owners of the *cestui que trust*, I am asking for a 1099 OID in this case, as I am not willing to gift you the proceeds. I am hereby asking for the proceeds in their entirety, including interest.

40     Neither I nor Diane Renee have ever pledged our rights or her body to any gifting program, including any court or court process. I own the birth certificate for DIANE RENEE ERDMANN, and this court and its judges are acting as executors de son tort, without my permission. I demand you cease and desist your fraud against my property.

41     Neither Diane Renee nor I am a charitable organization. I demand all funds from the case be sent to me, as one of the sureties and beneficiaries, within 30 days or I will file complaints to the IRS and SEC explaining the fraud and theft committed upon us.

42     I demand the name Diane Renee Erdmann and our *cestui que trust* name, DIANE RENEE ERDMANN, in any format and derivative thereof, be removed from any and all government databases indicating bad credit, commercial liens and/or the titles of criminal, felon and/or convicted felon be removed immediately and permanently nunc pro tunc.

43     I hereby request a copy of the **Depository Resolution Agreement** from the Clerk of Court, and a W-9 from the judges and prosecutors involved, if you wish to proceed with this case.

44     I hereby notice the Court that I am the executor of the DIANE RENEE ERDMANN *Cestui Que trust/estate*. According to Title 26 §303 & §7701, companies, corporations, associations and trusts are all descendants, meaning the defendant/all capital letter name is a legal estate, and falls into this class. Currently, I direct all of the affairs and financial affairs of the DIANE RENEE ERDMANN *Cestue Que Trust/Estate*.

45     I require this Court to provide me with a copy of the **taxable termination and the warrant from the Secretary of Treasury underwriting the taxable termination authorizing the liquidation of this estate** in regard to the debt obligation represented by USDC, Case No CR18-00092-RAJ. The ABSENCE of the UNDERWRITING WARRANT (security and insurance policy issued from the US Treasury) is the ADMISSION there exists NO CONTRACTUAL OBLIGATION nor BELLIGERENCY, i.e., Claim upon which the relief can be granted, thus NO CHARGES against the EXECUTOR or BENEFICIARY of the ESTATE (26 USC § 1041), thus NO PUBLIC DEBT OBLIGATION upon which the collection activities (i.e., distribution of assets in a prize court) stand WARRANTED.

46     In essence, the lack of the underwriting Warrant means the court is operating privately in violation

of Lieber Code Article 46 as the courts themself are governed by and under contract with the US Military (cf. FM 27-5).

47    If you put Diane Renee, the living woman/Surety, in jail, without my consent, without the taxable termination, you have entered into and exercised the benefit of a contract.  By using this money, you agree to the terms.  So where is the claim you are operating under?  If you were operating under a true claim, you would have the claim approved by the U.S. Treasury.  This Court has benefitted from my property and my daughter's time by getting paid for her time which you seized.  **Now this Court must state how the claim for relief is warranted.  If the Court cannot prove the claim, then it is an unwarranted claim and the judges and prosecutors are operating IN THEIR PRIVATE CAPACITY**, engaged in a conspiracy to defraud the United States of insurance fraud in a claim against the 14th Amendment in violation of the War Powers Act, Bank Conversion Act, War Risk Insurance Act, Trading With the Enemy Act, 1 USC 112 because I did my duty under 12 USC 95a(2) to discharge this case.

48    I have assigned the reversionary interest to the United States Treasury pursuant to 12 USC 95a(2), creating a contract between me and the United States whereupon all debts, including this alleged court debt, are fully discharged and acquitted, which REQUIRES this court to subrogate and exonerate the Surety (which includes me and my daughter), meaning dismiss this case immediately.  Failure of this court to do so is insurrection, rebellion, involuntary servitude and several other violations of your Oath.  See full explanation in the enclosed Mandatory Judicial Notice.

49    Under the Law of Nations Book 2, #192, I have the Right to protect myself and my daughter against these unlawful acts.  This Court is pirating from the United States Treasury since no warrant exists from Treasury.  If you have no warrant from treasury, then you are an unregistered foreign agent.  We do not wish to be trading with the Enemy, i.e., this Court.  I must report you to the authorities, the IRS, CID, SEC, because this Court is passing counterfeit securities, and trying to liquidate the cestui que trust/estate to effect an insurance payment  This is a misprision of felony 18 USC 4.

50    I demand this case/account be settled and closed and no further steps taken to securitize it.

51    As one of the Sureties, I demand that I and Diane Renee be subrogated and exonerated.

52    Additionally, this court has committed the same crimes against the co-defendant Bernard Ross Hansen, and should do the same for him.

53    I hereby ask the Court to notify local agents and agencies to put Diane and Ross on a do not disturb list so they do not have to go through this again.

54    I am confident that the Court and its officers want to follow the law, and perhaps were unaware of the processes of civil and criminal cases.

55    I expect no further harassment from rogue unregistered foreign agents.

I believe the above facts are indisputable, but you do have the right to dispute the facts, on a line by line basis, with evidence attached, sworn true, correct and complete.  Therefore, you have ten (10) days to rebut.  Send your rebuttal to the above mail location  Your failure to rebut the facts will comprise your admission all facts are true, and you are guilty as charged.  If you are not going to rebut the facts, then you best subrogate, exonerate and release the defendants within ten (10) days to avoid criminal charges.  Diane and Ross are not responsible for this Letter Rogatory, and if this court takes any action against Diane or Ross in retaliation for the contents of this Letter Rogatory, I will immediately file criminal charges against all of you.  I am trying to be your friend by warning you of the consequences for failure to subrogate, so be my friend and obey the law, because I wish you no harm.  Friend or not, when I see the laws violated, it is my duty under the misprision of felony law, to report said violations.

Mail checks to the above mail location.

All Rights Reserved,

*Eileen Raye*

Eileen Raye Lawrence, non-negotiable autograph
Public Minister for the private sector
Private American National

Enclosures:  Mandatory Judicial Notice
                 Documents which discharged the court case

1
2
3

**Exhibit 4**

4
5
6
7

UNITED STATES LEGISLATIVE ARTICLE I DISTRICT COURT

8

| | |
|---|---|
| UNITED STATES OF AMERICA, a corporation, | **Case No.  18CR-00095-RAJ** |
| Plaintiff, | MANDATORY JUDICIAL NOTICE |
| vs. | Exhibit A, Assignment of Reversionary Interest to Secretary of Treasury; |
| DIANE RENEE ERDMANN, *Cestui Que Vie trust*, | |
| Defendant. | |

9
10
11
12
13
14
15

<u>MANDATORY JUDICIAL NOTICE – IGNORE AT YOUR OWN PERIL</u>

16

COMES NOW, Eileen Raye Lawrence, a living, breathing, natural born American National, non-U.S. citizen, and Inhabitant on California, *sui juris*, by law one of the Sureties in the above case, to demand Mandatory Judicial Notice of the attached Assignment of Reversionary Interest to the United States Secretary of Treasury, and to the United States and International laws itemized herein pursuant to 's Rules of Evidence Rule 202.

17
18
19
20

**NOTICED**, in contrast to *discretionary* judicial notice, *mandatory* judicial notice leaves no room, whatsoever, for discretion on the part of this Honorable Court, to disregard this Notice, **pursuant to the presiding judge's oath and Constitutionally mandated duties thereunder.** <u>See</u>: *U.S. v. Lee,* 106 U.S. 196, 220 1 S. Ct. 240, 261, 27 L. Ed 171 (1882):

21
22
23
24

"No man in this country is so high that he is above the law.  **No officer of the law may set that law at defiance, with impunity.  All the officers of the government, from the highest to the lowest, are creatures of the law are bound to obey it."**

25
26
27

"It is the only supreme power in our system of government, and **every man who, by accepting office participates in its functions, is only the more strongly bound to submit**

28

1   **to that supremacy, and to observe the limitations which it imposes on the exercise of**
2   **the authority which it gives.”**

3   This Court must take **MANDATORY JUDICIAL NOTICE** of the Constitutions and the Laws of
4   the United States.  It is hereby mandated that all officers of this court in whatsoever capacity, including but
5   not limited to the judge, bailiffs, clerks, and opposing counsel, and other attorneys, shall abide by their oaths
6   of office at all times.  Failure to do so is breach of contract, breach of Oath to the Constitutions, and war
    against the Constitutions.

7   In *Downs v. Bidwell*, 182 U.S. 244 (1901), the Supreme Court of the United States ruled:

8   “It will be an evil day for American Liberty if the theory of a government outside supreme
9   law finds lodgement in our constitutional jurisprudence.  No higher duty rests upon this
    Court than to exert its full authority to prevent all violations of the principles of the
10  Constitution.”

11  Further, in *Boyd v. United*, 116 U.S. 616 at 635 (1885) Justice Bradley stated:

12  “It may be that it is the obnoxious thing in its mildest form; but illegitimate and
13  unconstitutional practices get their first footing in that way; namely, by silent approaches
    and slight deviations from legal modes of procedure.  This can only be obviated by adhering
14  to the rule that constitutional provisions for the security of persons and property should be
    liberally construed.  A close and literal construction deprives them of half their efficacy, and
15  leads to gradual depreciation of the right, as if it consisted more in sound than in substance.
    It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens, and
16  against any stealthy encroachments thereon.  Their motto should be Obsta Principiis.”

17  Still further, the Court declared in *Perry v. United States*, 294 U.S. 330, 358:

18  “I do not understand the government to contend that it is any less bound by the obligation
19  than a private individual would be . . .”

20  It is not the function of our government to keep the citizen from falling into error; it is the
21  function of the citizen to keep the government from falling into error.”

22  **TAKE MANDATORY JUDICIAL NOTICE THAT THE CHARGES ARE DISCHARGED**
23  **AND FULLY ACQUITTED PURSUANT TO THE LAWS OF THE UNITED STATES**, therefore, the
24  Surety/living woman must be subrogated and exonerated.  See Exhibit A, Assignment of Reversionary
25  Interest to Secretary of Treasury, attached hereto and incorporated herein by reference.

26  The following is United States Law of which this court must take MANDATORY Judicial Notice:
27  1.  To ensure that the surety is no longer considered an enemy under Trading With the Enemy Act
28  (TWEA), and to honor the pledge of DIANE RENEE ERDMANN to the public trust, I, the owner of the

Mandatory Judicial Notice – Page 2

fiction DIANE RENEE ERDMANN, did grant, convey and release the reversionary interest in the bonded birth certificate of the defendant to or for the account of the United States as a pledge to the Social Security account created for DIANE RENEE ERDMANN pursuant to subdivision of **Title 50 Appendix 5b, 12 USC 95 a (2),** with intent and purpose **for a full acquittance and discharge for all purposes of the obligation of the grantor/surety/subrogee;** and that said conveyance was done in good faith without recourse to the grantor relying on said subdivision during the administration of the conveyance.

2. For value received, I, the Surety, delivered, assigned and transferred as a special deposit unto the United States Treasury all the shares of preferred and common stock of the State of Washington birth certificate standing in the name of DIANE RENEE ERDMANN and the Social Security account in that name. This is accomplished through the power of appointment which attaches to me as the owner and beneficiary of the property, the usufruct, whereby I assigned the reversion back to the United States. I never intended to abandon my property.

3. I also delivered, assigned and transferred as a special deposit unto the United States Treasury the alleged debt assigned to the defendant in the above-titled case for complete acquittance and discharge of this instant matter.

4. To break it down for this Court, My acceptance and assignment of the reversion to the United States, is in compliance with the 14th Amendment public debt obligation which is a reciprocation of the indemnification from Statute 38 sec. 265 for the government's acquisition under Art. 1 sec. 8, clause 17, and in fulfillment of government's duty to national security under the Social Security Act in support of duties of Law of Nations for the extension of hospitality and restoration of public order and safety, which is social security, evidenced by the Registration of Birth . . . in operation of Art 1, sec 8, clause 10 to do national security under 137 of the Lieber Code, which is Vital Statistics, in acceptance of 12 USC 95a(2) safe harbor, Trading With the Enemy Act (TWEA), with a voluntary surrender of property and interests under 31 USC 3173 assignment, which is assigning an interest to the United States. My acceptance grants a reciprocal trust that I agree to the terms of the usufruct, and I agree that anybody administrating it is also usufruct, i.e., this Court. **Now I have a contract, which this court is prevented from impairing.**

5. Having thus assigned the reversionary interest to the United States Treasury pursuant to 12 USC 95a(2), the Beneficiary in this instant action is now the United States, and all debts, specifically the debt represented by this court case, is now an obligation of the United States pursuant to 18 USC 8.

6. That 40 Stat 415 (12 USC 95a(2)) assignment of reversion and the release of expectancy is the contract, and achieves full acquittance and discharge pursuant to that statute. I am enforcing the contract on behalf of the Beneficiary, which is the United States, and **if the judge fails to honor the law and the**

Mandatory Judicial Notice – Page 3

**contract, he is violating 15 USC 1 impediments of contract and Lieber Code Art. 46 interference with the proper administration of government. In other words, the judge becomes a terrorist at that point.** I will accept the judge's pension as his bond for being in insurrection and rebellion.

7. That I am relying upon this subscription which is guaranteed under US Constitution as obligations of contract may not be impaired and are protected pursuant to 18 USC §§ 241, 242 for "Courts, as a matter of policy, uphold subscriptions if any consideration can be found. In a situation where the recipient of the subscription has begun work or incurred liability in reliance upon it, such action constitutes a consideration."

8. That 40 Stat 415 (12 USC 95b) is ratification of acts by the President and Secretary of Treasury.

9. That any further attempt to collect on the debt by failure to discharge the debt and dismiss this case is insurrection and rebellion against the United States pursuant to 18 USC 2383, which defines insurrection and rebellion.

10. That **failure to discharge the defendant gives rise to an involuntary servitude action under 18 USC 241 and 1584, per *Kominsky v. U.S.* of 1988.**

11. That this NAME (DIANE RENEE ERDMANN) is fully acquitted and discharged from further obligation.

12. That this Court is required to provide a copy of the taxable termination and the warrant from the Secretary of Treasury underwriting the taxable termination authorizing the liquidation of my estate in regard to the debt obligation represented by U.S. DISTRICT COURT, Case No. CR18-0009-RAJ. The ABSENCE of the UNDERWRITING WARRANT (security and insurance policy issued from the US Treasury) is the ADMISSION there exists NO CONTRACTUAL OBLIGATION nor BELLIGERENCY, i.e., Claim upon which the relief can be granted, thus NO CHARGES against the EXECUTOR of the ESTATE (Me) (26 USC § 1041), thus NO PUBLIC DEBT OBLIGATION upon which the collection activities (i.e., distribution of assets in a prize court) stand WARRANTED.

13. In essence, the lack of the underwriting Warrant means the court is operating privately in violation of Lieber Code Article 46 as the courts themself are governed by and under contract with the US Military (cf. FM 27-5).

14. By putting the living woman/Surety, in jail, without my consent, without the taxable termination, you will have entered into and exercised the benefit of a contract. By using this money, you agree to the terms. So where is the claim you are operating under? If you were operating under a true claim, you would have the claim approved by the U.S. Treasury. This Court has benefitted from my property and my daughter's time by getting paid for her time which you seized. **Now this Court must state how the claim for relief is warranted. If the Court cannot prove the claim, then it is an unwarranted claim and the**

judges and prosecutors are operating **IN THEIR PRIVATE CAPACITY, engaged in a conspiracy to defraud the United States of insurance fraud in a claim against the 14th Amendment** in violation of the War Powers Act, Bank Conversion Act, War Risk Insurance Act, Trading With the Enemy Act, 1 USC 112 because I did my duty under 12 USC 95a(2). Under the Law of Nations Book 2, #192, I have the Right to protect myself and my daughter against these unlawful acts. This Court is pirating from the United States Treasury since no warrant exists from Treasury. If you have no warrant from treasury, then you are an unregistered foreign agent. I do not wish to be trading with the Enemy, i.e., this Court.

15. **Provide me with a certified true and correct copy of the taxable termination and warrant, or subrogate and exonerate me pursuant to 12 USC 95(a)(2), or** I must report you to the authorities, the IRS, CID, SEC, because this Court is passing counterfeit securities, and trying to get me in a state of liquidation to effect an insurance payment This is a misprision of felony 18 USC 4.

16. Pursuant to your Oath to the constitutions, it is your duty to enforce these laws, or you will be in insurrection, rebellion, and dereliction of duty, which must be reported to the Dept. of Justice under 18 USC § 4: misprision of felony, or one is considered a principal pursuant to 18 USC § 3.

17. Such willful action, while serving in official capacity, violates 18 USC §1918:

"Disloyalty and asserting the right to strike against the government." Whoever violates the provision of §7311 of Title 5 that an individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he— (1) advocates the overthrow of our constitutional form of government; (2) Is a member of an organization that he knows advocates the overthrow of our constitutional form of government; shall be fined under this title or imprisoned not more than one year and a day, or both. And also deprives claimants of "honest services.

18. 18 USC §1346. Definition of "scheme or artifice to defraud." "For the purposes of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible right of honest services.

19. I also rely on: 1) The *Law of Nations,* Book 1, sections 192 and 196, and Book 3, Article 15, paragraph 104-110 and 134-135; and 2) The United Nations Commission on Human Rights; and 3) The Geneva Convention IV, Article 5; and 4) 32 Stat 1803 Hague Treaty Series 403, Articles 43 and 55, and 5) 22 Stat 940 Treaty series 377 International Red Cross Convention 1864; and 6) Lieber Code general orders 100, Articles 32 and 38.

**FURTHER NOTICED**, pursuant to *United States v. Lanier* on certiorari No. 95-1717, is hereby given each member of the prosecution and to all officers of the Court. In addition, see: *Scheur v. Rhodes*, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974) in which the Supreme Court stated that,

1      **"when a state officer acts under a state law in a manner violative of the Federal**
2      **Constitution,** he comes into conflict with the superior authority of that Constitution, and
3      he is in that case **stripped of his official or representative character and is subjected in**
    **his person to the consequences of his individual conduct.** The State **has no power to**
4      **impart to him any immunity** from responsibility to the supreme authority of the United
    States."

5  See, also: *Cooper v. Aaron*, 358 U.S. 1, 78 S. Ct. 1401 (1958), in which the U.S. Supreme Court stated that
6      "no state legislator or executive or judicial officer can war against the Constitution without
7      violating his undertaking to support it".

8      See also *In Re Sawyer,* 124 U.S. 200 (188); *U.S. v. Will,* 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed.
9  2d 392, 406 (1980)*; Cohens v. Virginia,* 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).

10      Note: Any judge, prosecutor, attorney, bailiff, clerk, or any other officer of the court, who does not
11  comply with his oath to the Constitution of the United States wars against that Constitution and engages in
12  acts in violation of the supreme law of the land.  Such officers of the court are engaged in acts of treason.

13      **TAKE MANDATORY JUDICIAL NOTICE** that the Constitution for the united states of America
14  guarantees EVERYONE in a criminal case the Right to an Article III court, and only an Article III court can
15  fine or imprison a defendant.  This Article I legislative court has no such jurisdiction or authority to fine or
16  imprison anyone.  Therefore, this Court is at war with the Constitution, unless such is corrected immediately.

    U.S. Supreme Court, *Williams v. United States*, 289 U.S. 553 (1933):
17      **"Where a controversy is of such a character as to require the exercise of the judicial**
18      **power defined by Art. III, jurisdiction thereof can be conferred only on courts**
    **established in virtue of that Article, and Congress is without power to vest that judicial**
19      **power in any other judicial tribunal, or, of course, in an executive officer or**
    **administrative or executive board, since 'they are incapable of receiving it.'"** American
20      Ins. Co. v. Canter, 1 Pet. 511. P. 578.

21      "For reasons which are set out in the O'Donoghue opinion, the courts of the territories are
22      legislative courts, while the superior courts of the District of Columbia are constitutional
    courts."
23

24      "The view, therefore, that, when congressional consent has been given to the maintenance
    of suits against the United States, it ipso facto becomes a matter of indifference whether the
25      United States is a party plaintiff or defendant, because the judicial power as defined in Art.
    III immediately and automatically extends to such suits, must be rejected. It cannot be
26      reconciled with **the settled principle that, where a controversy is of such a character as**
    **to require the exercise of the judicial power defined by Art. III, jurisdiction thereof**
27      **can be conferred only on courts established in virtue of that article, and that Congress**
    **is without power to vest that judicial power in any other judicial tribunal, or, of**
28      **course, in an executive officer, or administrative or executive board, since, to repeat**

the language of Chief Justice Marshall in American Insurance Company v. Canter, supra, 'they are incapable of receiving it.'"

"The view under discussion -- that, Congress having consented that the United States may be sued, the judicial power defined in Art. III at once attaches to the court authorized to hear and determine the suits -- must then be rejected, for the further reason, or, perhaps, what comes to the same reason differently stated, that it cannot be reconciled with the limitation fundamentally implicit in the constitutional separation of the powers -- namely, **that a power definitely assigned by the Constitution to one department can neither be surrendered nor delegated by that department nor vested by statute in another department or agency.** Compare Springer v. Philippine Islands, 277 U. S. 189, 277 U. S. 201-202. And since Congress, whenever it thinks proper, undoubtedly may, without infringing the Constitution, confer upon an executive officer or administrative board, or an existing or specially constituted court, or retain for itself, the power to hear and determine controversies respecting claims against the United States, it follows indubitably that such power, in whatever guise or by whatever agency exercised, is no part of the judicial power vested in the constitutional courts by the third article. **That is to say, a power which may be devolved at the will of Congress upon any of the three departments plainly is not within the doctrine of the separation and independent exercise of governmental powers contemplated by the tripartite distribution of such powers.** Compare Kilbourn v. Thompson, 103 U. S. 168, 103 U. S. 190-191."

There are only four crimes listed in the Constitution for the united states of America. These are:

1. Counterfeiting of securities and current coins, (Art I, Sec 8)
2. Piracies and felonies committed on the high seas, (Art I, Sec 8)
3. Treason against the United States (Art III, Sec 3)
4. Offenses against the law of nations (Art I, Sec 8)

That's it! We gave NO power to Congress beyond these four to define a crime. In 1821, Chief Justice John Marshall, of the United States Supreme Court stated in an opinion, "Congress has a right to punish murder in a fort, or other place within its exclusive jurisdiction; but no general right to punish murder committed within any of the States." Further, he added, "It is clear, that Congress cannot punish felonies generally;" *Cohen v Virginia*, 4 Wheat (US) 264 (1821).

It has been established repeatedly that our Constitution is the supreme law of the land. Nowhere have we given Congress the power to determine any act by a citizen to be a crime. The document is full of 'thou shalt nots' directed at the government. The consensus of some of our Founding Fathers was that the powers given, limited as they are, were much too dangerous.

The Tenth Amendment restates the 'thou shalt nots'.. "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively or to the People." It is an absolute bar to the federates assuming any power we did not grant to them.

1   Federal courts outside of the District of Columbia are, in fact, legislative courts, not constitutional

2   courts.   Legislative courts are under the power of congress and are not judiciary courts, created and

3   established in virtue of the Judiciary Article of the united states constitution, thus, legislative courts are not

4   within the jurisdiction of hte Judiciary Department.

5   An investigation conducted by a U.S. government agency, which resulted in the arrest of several U.S.

6   Attorneys and other court individuals in Texas, concluded that the United States is Sovereign and cannot be

7   a party to a suit, which means the United States cannot be a defendant, but it also means the United States

8   cannot be a plaintiff or a petitioner in a suit.  The United States Supreme Court made that decision in the

9   Thomas S. Williams v. United States, 77 L.Ed. 1372-1385.  Crminal actons are suits.  If the United States

10  is a party to a suit in an action in an Article III constitutional court, then the judge must dismiss the action,

11  suit, immediately and proceed no further, as it is beyond the jurisdiction of the federal judge to allow the

    United States to be a party to a suit.  It is also in violation of the united States constitution.

12  There are only two criminal jurisdictions listed in the united States constitution, common law and

13  admiralty jurisdictions, equity jurisdiction is a civil jurisdiction, and all three jurisdictions ar set in Article

14  III of the united states constitution.  Article I legislative courts do not have a criminal jurisdiction, as only

    Article III constitutional courts have that criminal jurisdiction, authority, power to hear criminal cases.

15  The government agency investigation further concluded that if a person was tried in an Article I

16  legislative court, then the federal judge usurped jurisdiction not given and violated the constitution.

17  Legislative courts are without that Article III judicial power to render judgments and commitment orders,

18  therefore, judgments and commitment orders of a legislative court are VOID, and those persons convicted

    in these legislative courts are, in fact, unlawfully incarcerated.

19  Since there are no Article III constitutional courts outside of the District of Columbia, then it does

20  not appear the Federal Courts are invoking any constitutional criminal jurisdiction listed in the constitution

21  to hear criminal cases and render judgments and commitment orders against persons of any nationality,

22  therefore, ALL criminal convictions outside of the District of Columbia are VOID on their face, and all

23  persons convicted outside the District of Columbia are unlawfully incarcerated.  I remind you this

24  investigation resulted in the recent arrest of several U.S. Attorneys and other court personnel, so this is no

25  joke, and not to be dismissed lightly, because if it happened once, it can happen again, as this agency has

    made its determination, and they know the law on it.

26  The investigation further states that the federal courts outside the District of Columbia are, in fact,

27  knowingly, willfully and intentionally incarcerating persons, both citizens of the United States and Private

28  American Nationals, unlawfully.  Since this government agency knows these things, and has the power to

arrest "unregistered foreign agents," which is the status of all persons who have taken an Oath of office, consider this your warning and opportunity to correct and obey the law. I expect no less from you.

**TAKE MANDATORY JUDICIAL NOTICE** that the Judge is hereby released from the duty to treat the Surety/living woman as an enemy of the state pursuant to the Trading With the Enemy Act.

However, in an Article I "legislative court" the United States can be a party, but the court is limited to rendering opinions and recommendations to congress and the legislative court has no Article 3 judicial power to render Judiciary Judgments and commitment orders.

**TAKE MANDATORY JUDICIAL NOTICE** that the law requires a plaintiff to have standing, which means a plaintiff must be identifiable, to be able to prove his identity, to be able to take the stand and testify as to an injury he received as a direct or indirect result of the acts of the defendant, and in this instant matter, there is no such plaintiff, which means the prosecutor is bringing false charges, filing frivolous complaints (false claims) on behalf of his imaginary friend known as "UNITED STATES OF AMERICA" in an attempt to unjustly enrich themselves and the "UNITED STATES OF AMERICA" (whoever those individuals may be) in an attempt to deprive the defendant of her Rights, Liberty, and Property without due process of law and/or fair and just compensation, which leaves the prosecutor, in his personal capacity, open to charges of trespasses of filing false claims, barratry, extortion, malicious prosecution, unjust enrichment, fraud, theft, robbery, kidnapping, etc., in which I will be requiring compensation for the trespasses on behalf of my *Cestui que trust,* i.e., DIANE RENEE ERDMANN, as well as compensation for wasting our valuable time, money, and resources having to deal with this complaint for which no living man can take the stand and verify.

**TO RECAP:**

1) The UNITED STATES made an OFFER for peace and full indemnification under 12USC95a(2) and 12USC95b;

2) I ACCEPTED that offer of peace and indemnification;

3) in GOOD FAITH; and

4) as CONSIDERATION I thereby assigned the reversionary interest in the Estate DIANE RENEE ERDMANN to and for the account of the United States in fulfillment thereunder for full acquittance and discharge of all matters in the NAME. This account/trust/estate NAME, DIANE RENEE ERDMANN, and all variations thereof, and the associated SSN, are property of the United States. Complete Reversionary Interest was assigned to United States on November 20, 2018, per 12 USC 95a (2).

The Judges are indemnified under 12 USC 95a(2), "no person shall be held liable in any court for anything done or omitted in good faith for reliance on, enforcement of, pursuant to this section."

Furthermore, the judges are relieved from their duty to treat Diane Renee Erdmann, the living woman, as an enemy under TWEA.

<u>REMEDY REQUESTED</u>

1) Produce a copy of the taxable termination and the warrant from the Secretary of Treasury underwriting the taxable termination authorizing the liquidation of my estate in regard to the debt obligation represented by U.S. DISTRICT COURT , Case No. CR18-00095-RAJ to prove the claim was authorized and legitimate.

2) Pursuant to the above United States law and the contract I have with the United States Treasury, I require that my property, <u>the defendant</u>, be delivered to me immediately, as I am the holder in due course of the certificate of title to said goods, and as Surety I demand to be subrogated, exonerated and that my property be released to me IMMEDIATELY, and that this case be dismissed.

3) This case must be dismissed, first because the charges have been acquitted and discharged and second because this prosecution is in violation of Diane Renee's Constitutionally guaranteed right to an Article III constitutional Court, which is a violation of the Judge's and prosecutor's Oaths to the Constitutions, and failure to dismiss puts all judges and prosecutors in violation of their Oaths and in treason to the Constitutions, placing them as operating in their personal capacities, leaving them both without immunity. Should this case not be dismissed immediately, I shall be requiring a copy of the Oaths to the constitutions of the judges and the prosecutors.

DATED this __29th__ day of December, 2018.

Respectfully presented/All rights reserved.


By: ...  *Eileen Raye* _____
... Eileen Raye Lawrence, non-negotiable autograph
Private American National
Current owner of the DIANE RENEE ERDMANN birth certificate
and the *Cestui que trust/estate* attached thereto.
c/o Temporary Mail Location:
Non-assumpsit/TDC:
c/o P. O. Box 5043
on Hemet, on California  Zip excepted
non-domestic/ without the united States of America

Mandatory Judicial Notice – Page 10

1

Certification of Mailing

2

3   I certify to be true and correct  under penalty of perjury under the laws of the State of California that on this
date I placed a copy of this document in the United States mail, proper postage prepaid, directed to United
States Attorney's Office, 700 Stewart Street, Suite 5220, Seattle, Washington, .

4

5

6   Esther Page          , Date:  12/31/18   .  Hemet          ,  Calif          .

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mandatory Judicial Notice – Page 11

Exhibit A

BILL OF LADING

The undersigned Declarant, being over the age of 18 and competent to testify, and having firsthand knowledge of the facts stated herein, does hereby certified that on the date noted below, the undersigned caused to be served upon:

Steve Mnuchin, Secretary of Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW, Rm 2134
Washington, DC 20220
Registered Mail No. Registered Mail RE 813 281 294 US

| Gene L. Dodaro, Comptroller of the Currency
| OCC Headquarters
| 400 7th Street, SW
| Washington, D.C. Gene 20219
| Certified Mail No. 7016 0750 0000 8576 0583

hereinafter, "Recipients," the following itemized documents pertaining to Diane Renee of the family Erdmann:

1.   NOTICE OF ASSIGNMENT OF REVERSIONARY INTEREST IN DIANE RENEE ERDMANN TO THE US DEPARTMENT OF TREASURY BY SPECIAL DEPOSIT PURSUANT TO 12 USC 95a(2);

2.   DEMAND FOR FULL ACQUITTANCE AND DISCHARGE PURSUANT TO 40 Stat 415 (12 USC 95a(2))

3.   Authenticated Birth Certificate and Notice of Sole Title Holder;

4.   Debt Obligations for full acquittance and discharge
     1) USDC Case No. CR18-092-RAJ
     2) American Express in amount of $109,123.63, Acc ending in 75008
     3) American Express in amount of $5,575.33, Acc ending in 32001;

5.   reference copy of this Certificate of Service (signed original on file)

by the above-noted registered/certified mail numbers, by placing the same in a postage pre-paid envelope properly addressed to Recipients at the addresses indicated above, and depositing same in an official depository of the United States Postal Service corporation.  I declare under penalty of perjury under the laws of The United States of America that the foregoing is true, correct and complete.

*Eileen Raye*                                        Date   11/20/18

Eileen Raye, Public Minister, Non-negotiable autograph
c/o Temporary Mail Location
c/o United States Postmaster 92544
c/o P.O. Box 5043
on Hemet
on California
on North America



# USPS Tracking®

FAQs ❭ (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package **+**

**Tracking Number:** RE813281394US                                   Remove ✕

Your item was delivered at 3:55 am on November 30, 2018 in WASHINGTON, DC 20220.

## ✅ Delivered

November 30, 2018 at 3:55 am
Delivered
WASHINGTON, DC 20220

Feedback

**Tracking History**                                                                    ⌄

**Product Information**                                                                  ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

Eileen Raye Lawrence
Non-assumpsit/TDC:
c/o Temporary mail location:
P.O. Box 5043 [RFD 92544]
Hemet, California Zip excepted
united States of America / non-domestic

Nunc Pro Tunc October 17, 1972

Steve Mnuchin, Secretary of Treasury                    Gene L. Dodaro, Comptroller of the Currency
Department of the Treasury                              OCC Headquarters
1500 Pennsylvania Avenue NW, Rm 2134                    400 7th Street, SW
Washington, DC 20220                                    Washington, D.C. Gene 20219

Re:     NOTICE OF ASSIGNMENT OF REVERSIONARY INTEREST IN DIANE RENEE ERDMANN
        TRUST/ESTATE TO THE US DEPARTMENT OF TREASURY BY SPECIAL DEPOSIT
                          PURSUANT TO 12 USC 95a(2)

Re:     DEMAND FOR FULL ACQUITTANCE AND DISCHARGE PURSUANT TO 40 Stat 415 (12 USC 95a(2))

Dear Treasurer and Comptroller:

        Therefore, to ensure that my daughter is no longer considered an enemy, and to honor the pledge of DIANE
RENEE ERDMANN (birth name DIANE RENEE STARK) to the public trust, as one of the owners of the enclosed birth
certificate, I hereby grant, convey and release the reversionary interest in the attached copy of the bonded birth certificate
to or for the account of the United States as a pledge to the Social Security account created for DIANE RENEE
ERDMANN 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 pursuant to subdivision of **Title 50 Appendix 5b, 12 USC 95 a (2)**, with intent and purpose
**for a full acquittance and discharge for all purposes of the obligation of the grantor/surety/subrogee;** and that said
conveyance is done in good faith without recourse to the grantor relying on said subdivision during the administration of
the conveyance. This conveyance includes, but is not limited to the following items of collateral (Accepted for honor,
and Assigned for Settlement and Closure): Authenticated Certified record of Birth, State of Washington for DIANE
RENEE ERDMANN, dob October 17, 1972. For value received, the undersigned hereby delivers, assigns and transfers
as a special deposit unto the United States Treasury all the shares of preferred and common stock of the State of
Washington standing in the name of DIANE RENEE ERDMANN. Only copies are attached, originals are available upon
request. This is accomplished through the power of appointment which attaches to me as the owner of the property, the
usufruct, whereby I assign the reversion back to the United States. As the mother named on the birth certificate, I never
intended to abandon my property. I am now surrendering the usufruct, and I want my property back. You have three (3)
days to return my property.
        **YOUR RESPONSIBILITY:** Trustee is instructed to pay/discharge all financial obligations of DIANE
RENEE ERDMANN Account # 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, also known as the ERDMANN, DIANE RENEE ESTATE. Enclosed
herein are debt obligations which I am presenting to this office for full acquittance and discharge pursuant to 12 USC
95a(2), which are now obligations of the United States pursuant to 18 USC 8. This is US law, and I am not qualified to
enforce it. I realize the creditors will be in insurrection and rebellion if they fail to discharge the debts and release me
from all further obligation, but unless they are instructed to do so by your office, they will laugh, **so as the director of
the agency in charge of discharging the obligations, and pursuant to your Oath to the constitution, it is your duty
to enforce these laws, or you will be in insurrection and rebellion, and dereliction of duty.**
        Now, therefore, "There is established in the Department of the Treasury a bureau to be known as the 'Office of
the Comptroller of the Currency' which is charged with assuring the safety and soundness of, and compliance with laws
and regulations, fair access to financial services, and fair treatment of customers by, the institutions and other persons
subject to its jurisdiction." It is the Comptroller's duty to enforce 12 USC 95a(2) by seeing to it that I am given full
acquittance and discharge of all obligations, since I have made the special deposit of all my interests in the bonded birth
certificate, to the account of the United States and to Social Security account number 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.
        If you think you are not required to obey the laws of the United States, you now have an opportunity to provide
proof of claim of the following within ten (10) days:
        1) That 40 Stat 415 (12 USC 95a(2)) assignment of reversion and the release of expectancy does not achieve

full acquittance and discharge pursuant to that statute; and

    2) That 40 Stat 415 (12 USC 95b) is not ratification of acts by the President and Secretary of Treasury; and

    3) That any further attempt to collect on the debts by failure to discharge the debts is not insurrection and rebellion pursuant to 18 USC 2383, which defines insurrection and rebellion; and

    4) Leading to an involuntary servitude action under 18 USC 241 and 1584, per *Kominsky v. U.S.* of 1988; and

    5) That this NAME (DIANE RENEE ERDMANN) is not fully acquitted and discharged from further obligation; and

    6) Provide a copy of the taxable termination and the warrant from the Secretary of Treasury underwriting the taxable termination authorizing the liquidation of my estate in regard to the enclosed debt obligation.

    Failure of the addressees to discharge the enclosed debt and instruct the "creditors" to also discharge the debts, or in the alternative provide the above proofs of claim, will comprise your admission of your intentions to commit insurrection and rebellion to the laws of the United States.  Such willful action, while serving in official capacity, violates 18 USC §1918: "Disloyalty and asserting the right to strike against the government."  Whoever violates the provision of §7311 of title 5 that an individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he—

    (1) advocates the overthrow of our constitutional form of government; (2) is a member of an
    organization that he knows advocates the overthrow of our constitutional form of government; shall be
    fined under this title or imprisoned not more than one year and a day, or both. And also deprives
    claimants of "honest services:
    18 USC §1346. Definition of "scheme or artifice to defraud."  "For the purposes of this chapter, the term
"scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible right of honest services.

    I also rely on: 1) The *Law of Nations*, Book 3, Article 15, paragraph 104-110 and 134-135; 2) The United Nations Commission on Human Rights; 3) The Geneva Convention IV, Article 5; and 4) 12 USC 95a(2).  I now demand that my property be delivered to me immediately, as I am the holder in due course of the certificate of title to said goods.

    Send your Order of Discharge to:  1) US DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE, 700 Stewart Street, Suite 2310, Seattle, WA 98101 for Case No. CR18-092-RAJ; 2) American Express for accounts ending in 32001 balance $5,575.33 and 75008 balance $109,123.63, c/o Zwicker & Associates, 80 Minuteman Rd, Andover, MA  01810.

        Sincerely,


    By: ...  *Lawrence, Eileen Raye*               , agent without recourse
    ... Lawrence, Eileen Raye, non-negotiable autograph
      *sui juris*, non-U.S. citizen Private American
      Beneficial Owner and First Lien Holder of
      ERDMANN, DIANE RENEE ESTATE.


Encl.:    Certified copy of authenticated birth certificate & Notice of Sole Title Holder
        Copies of debt obligations

### CALEB A. TYSON
### CLERK SUPERIOR/JUVENILE COURT
### LAMAR COUNTY COURTHOUSE
### 326 THOMASTON STREET, BOX 7
### BARNESVILLE, GA 30204

Debra L. Holmes, Deputy
Tammy R. Bell, Deputy
William S. Hewitt, Deputy
Paula Reeves, Deputy
Kristen Kilchriss, Deputy
Christy Truluck, Assistant

Phone:  (770) 358-5145

Fax: (770) 358-5814

GEORGIA, LAMAR COUNTY

I hereby certify the within and foregoing to be a true, correct and complete copy of the original that appears of record in this office.

This ___24TH___ day of ___OCTOBER___, 20_18_

William S. Hewitt
Deputy Clerk, Lamar County Superior Court

SEAL

When Recorded return to:

Paralegal Services
c/o P.O. Box 5043
Hemet, California  [92544]

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 24 2018 AT    3:17 P  M
BPA BOOK _____ 91 _____ PAGES 453
_____
DEPUTY CLERK

---

Notice of:  Sole Title Holder / Deed of Acknowledgment and Acceptance, Without Consideration

Re:   Double Authenticated Birth Certificate/Certificated Security bearing the fictitious name "DIANE
       RENEE ERDMANN"

I, the undersigned, Eileen Raye of the house of Lawrence, formerly of the house of Stark by marriage, a private,
unincorporated, non-U.S. citizen American National, privately living on one of the Union member States,
outside the "Federal Zone" within a non-military occupied private estate not subject to the jurisdiction of the
"United States" (Supreme Court Rule 48 "former rules" to the exclusion of Rule 47 "State law"), declare the
following to be true, correct and complete, by my freewill act, volition and Deed, and execute this Deed of
my acknowledgment, receipt and acceptance without consideration for absolute estate in/for above referenced
account and All attachments and assets therefrom, and the above names, which are part of the Estate, *ab
initio October 17, 1972.* Deed is governed by Maxims of Equity:  *"Equity will not aid a volunteer; Equity
will not perfect an imperfect gift; Equity regards as done that which ought to have been done; the First in
Order of Time shall Prevail; Where there is equal equity the law must prevail."* This Deed bars any would-
be bona fide purchasers for value, and any and all would-be de son tort administrators, without notice under
the rules of Equity.  Declarant states the following:

1.   I am the mother of Diane Renee of the family Stark, the infant named on the attached birth certificate,
     and who is now known as Diane Renee of the family Erdmann by marriage.  I am one of the owners named
     on the attached birth certificate.  It was never my intention to abandon the child, and since I was never
     informed that I was doing so, the presumed abandonment is invalid.

2.   My daughter, Diane Renee, has been considered lost in the sea of illusion, her estate placed in trust,
     because she was presumed "dead" and abandoned.  We have awakened to the truth, so long hidden
     from man, and now I redeem my daughter's estate.  This freehold in fee simple has been held under
     an assumed lease for years.  Said fee has been held in *abeyance,* in expectation, remembrance, and
     contemplation in law, there being no person, in esse, in whom it can vest and abide:  though the law
     has considered it as always potentially existing, and ready to vest whenever a proper owner appears.

3.   It is hereby established, in fact, that Diane Renee of the family Stark (now Erdmann) is the proper
     owner of the estate in whom it can vest and abide to have and to hold in fee simple forever.  It has been
     decreed and covenanted that the Grantor is lawfully seized of said estate in fee simple; and Grantee
     is granted good, right and lawful authority and exclusive right of use of the estate and that said estate
     is free of all encumbrances, restrictions, easements, limitations and zoning ordinances of record.

4.   I, Eileen Raye of the family Lawrence, one of the parties/owners named on the attached deed
     acknowledge and accept the deed and my right as one of the proper owners and one of the grantees
     named thereon, in behalf of the heir/beneficiary – grantee in possession of the Birth Certificate estate

Notice of Sole Title Holder – Page 1

LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 24 2018 AT 3:17 P M
BPA BOOK _____ 91 _____ PAGES 454

DEPUTY CLERK

in whom it now vests and abides as the lawful and proper owner of the estate, vested with the immediate and exclusive right of use and enjoyment of the executed estate, all land, tenements and hereditaments thereof, to have and to hold in fee simple absolute forever, ab initio to date of birth.

5.  As of October 17, 1972, my daughter, Diane Renee, does live, breathe and constitute the fruit of the natural union of one living man and one living woman, and is now of the age of majority, having a will and testament in place, and I refute the presumption of death; and since the beginning Diane Renee has been in open and notorious possession of the live child named on the attached authenticated Birth Certificate, and its estate without intent to abandon.

6.  I, and her father, were never told nor intended that the entity was created and therefore the terms of the contract were undisclosed. The contract is not valid because the terms and the liens were not disclosed.

7.  The undersigned, as one of the Grantees, testify that Diane Renee is the true heir and beneficiary of the DIANE RENEE ERDMANN legal estate, attached herewith and made a part hereto. I am without notice of any other heir holding any equitable rights by nature to same said estate, and believe no such interest exists. The title has not been abandoned; legal and equitable title are now merged in the grantees.

8.  If anyone claims a higher title, let him speak now or forever hold his peace.

9.  As one of the Grantees to have and to hold, with intent and purpose, I do hereby convey, nunc pro tunc to October 17, 1972, as should have been done at that time, the reversionary interest in said birth certificate, on Special Deposit, to the Secretary of Treasury for the account of the United States, as Trustee, and for credit to the social security account of the name on said birth certificate in the spirit and intent of 12 USC 95a(2), and I appoint the United States as a beneficiary and Diane Renee as the other beneficiary.

Further Declarant saith naught.

I solemnly affirm the above statements under the Law of God and the Maxims of Equity to be true, correct and complete, nunc pro tunc to October 17, 1972. *Without Prejudice, Expressly Reserving All Liberties and All Rights. Without recourse.*

... *Eileen Raye Lawrence*
... Eileen Raye Lawrence, non-negotiable autograph
Grantee/Grantor/Beneficiary of the
STARK/ERDMANN, DIANE RENEE *cestui que trust/legal estate*
c/o Temporary Mail Location:
Non-assumpsit/TDC:
c/o P.O. Box 5043
Hemet, California [RFD 92544] Zip excepted
united States of America / non-domestic.

Notice of Sole Title Holder – Page 2

16012251-6   OCT 24 2018   SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
AT   3:17 P M
BPA BOOK   91   PAGES 455
DEPUTY CLERK

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Washington, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fourth day of January, 2016.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By

Assistant Authentication Officer,
Department of State

*invalid if Removed ...ry of State*

## UNITED STATES OF AMERICA

# The State of  Washington

## Secretary of State

*I, KIM WYMAN, Secretary of State of the State of Washington and custodian of its seal,*

*hereby certify that according to the records on file in my office,*

**CHRISTIE SPICE**

*is the State Registrar of Vital Records, for the state of Washington.*

LAMAR COUNTY, GA, SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 24 2018 AT 3:1TP M
BPA BOOK _____ 91 _____ PAGES 456
DEPUTY CLERK _____

*Date: November 30, 2015*
*Certificate: 201508686*

Given under my hand and the Seal of the State
of Washington at Olympia, the State Capital

Kim Wyman, Secretary of State



STATE OF WASHINGTON
DEPARTMENT OF HEALTH

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
OCT 24 2018 AT 3:17 P M
BPA BOOK 91 PAGES 457
DEPUTY CLERK

## CERTIFICATE OF LIVE BIRTH

CERTIFICATE NUMBER: 146-1972-036614

DATE ISSUED: 10/30/2015

GIVEN NAMES: DIANE RENEE***********************************************************
LAST NAME: STARK*****************************************************************

DATE OF BIRTH: OCTOBER 17, 1972**************************************************
PLACE OF BIRTH: KING COUNTY, WASHINGTON
TIME OF BIRTH: 08:24 P.M.
SEX: FEMALE

MOTHER'S MAIDEN NAME: EILEEN R LAWRENCE
PLACE OF BIRTH: WASHINGTON
AGE: 25 YEARS

FATHER'S NAME: DAVID K STARK
PLACE OF BIRTH: MONTANA
AGE: 30 YEARS

COUNTY FILE NUMBER: 11523
FILING DATE: 10/30/1972

FEE NUMBER: 4610272202

Accepted for honor on behalf of the United States Treasury, 38 Stat 745

Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

_April 12_____ 20 _18_

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BERNARD ROSS HANSEN,

   a/k/a Ross B. Hansen,

and

DIANE RENEE ERDMANN,

   a/k/a Diane Renee,

Defendants.

No. CR18-092 RAJ

**INDICTMENT**

_Accepted for honor on behalf of the United States, 38 Stat 265_

The Grand Jury charges that:

**INTRODUCTION**

   1.    At all times relevant to this Indictment, Northwest Territorial Mint (NWTM) was a business headquartered in the Western District of Washington, with offices in Federal Way and Auburn.

   2.    NWTM operated both a custom business that involved the manufacturing of medallions, coins, and other awards, and a bullion business that involved the selling, buying, exchanging, storing, and leasing of gold, silver, and other precious metals.

INDICTMENT/HANSEN, et al. - 1

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.      NWTM sold bullion in multiple ways.  It sold bullion to customers for later delivery ("standard bullion customers").  Standard bullion customers placed orders through the NWTM website or through telephone calls to NWTM sales representatives. Standard bullion customers were required to pay by wire transfer or by check.  Then, standard bullion customers were promised delivery at a future date, usually 8-10 weeks later.  Of the types of bullion sales, standard bullion customer sales brought in the most revenue to NWTM.

4.      NWTM sold smaller amounts of bullion, with shorter delivery times, and up-front payment terms, to certain customers.  These smaller bullion customers also purchased through the website, but these customers typically used credit cards for their purchases and were typically promised delivery within 14-21 days.  NWTM also sold bullion that was on-hand to walk-in customers at its office.  In addition to selling bullion, NWTM also purchased and exchanged bullion in order to use that bullion to fill orders.

5.      NWTM also offered secure storage to its bullion-storage customers, who stored bullion at NWTM locations for a yearly fee.  Additionally, NWTM had bullion-lease customers, who provided bullion to HANSEN and NWTM for short-term use in the business, in exchange for interest payments in the form of additional bullion.  Under both the bullion-storage and the bullion-lease program, NWTM was required to either liquidate customers' bullion or return the customers' property within 30 days of customers' requests.

6.      The NWTM bullion customers were located throughout the United States and the world.  All transactions involving NWTM's bullion purchase, sales, and exchange, as well as NWTM's bullion-storage and bullion-lease customers, were conducted in the Western District of Washington.

7.      Defendant BERNARD ROSS HANSEN ("HANSEN"), also known as "Ross Hansen," was the founder, the President, and the CEO of NWTM.  HANSEN founded NWTM in the 1980s, in Auburn, Washington.  In approximately 2009, HANSEN moved the NWTM business headquarters to Federal Way, Washington.

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   HANSEN eventually opened other NWTM offices and manufacturing facilities,

2   including locations in Nevada, Hawaii, and Texas.  HANSEN's duties included dictating

3   the pricing and delivery terms for bullion sales, determining how NWTM would spend

4   incoming money, and acquiring raw materials.  HANSEN controlled NWTM until

5   approximately April 11, 2016.

6         8.      Defendant DIANE RENEE ERDMANN ("ERDMANN") started working

7   for NWTM in approximately 2000.  ERDMANN was the vault manager in the

8   company's Federal Way office from approximately 2009 to April 11, 2016.  As vault

9   manager, ERDMANN's duties included allocating raw materials for bullion and

10  customer orders, as well as determining which NWTM customer orders were fulfilled

11  and in what order.  Together, HANSEN and ERDMANN controlled almost every aspect

12  of NWTM's bullion business until April 11, 2016, when they stopped working at

13  NWTM.

14        9.      In 2008, the Washington State Attorney General's Office filed a consumer

15  protection complaint against NWTM and HANSEN.  The complaint alleged that NWTM,

16  as controlled by HANSEN, misrepresented the time in which it would fill standard

17  bullion customer orders.  As a result of this complaint, HANSEN signed a Consent

18  Decree that required, among other things, that:

19              a.      HANSEN and NWTM must have a reasonable basis for making any
20  representations as to shipping time;

21              b.      HANSEN and NWTM explicitly represent the number of days in
22  which they would ship orders, or, if they did not make any representation, HANSEN and
    NWTM must ship within 30 days;
23
24              c.      HANSEN and NWTM must deliver within the represented shipping
    time, unless they timely notified the customer of any delay;
25
26              d.      In the event of a delay, HANSEN and NWTM then must deliver
    within an additional 30 days;
27
28              e.      HANSEN and NWTM must immediately refund a customer's
    money in the event an order was not timely delivered; and

INDICTMENT/HANSEN, et al. - 3

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

   f. HANSEN and NWTM must not make any misrepresentations in their business activities, including misrepresentations about delivery dates, delivery status, refunds, and the availability of goods.

  10. On April 1, 2016, HANSEN caused NWTM to file for bankruptcy in the Western District of Washington.  While the initial bankruptcy filing was voluntary, and HANSEN and ERDMANN initially retained control of NWTM, the Bankruptcy Court soon appointed a Trustee.  HANSEN and ERDMANN stopped working at NWTM as of April 11, 2016.

## COUNTS 1-10

### (Mail Fraud)

  11. The allegations in Paragraphs 1-10 are re-alleged and incorporated by reference as if set forth in full herein.

## THE SCHEME TO DEFRAUD

  12. Beginning no later than 2009, and continuing until June 2017, at Federal Way and at Auburn, within the Western District of Washington, and elsewhere, Defendants BERNARD ROSS HANSEN and DIANE RENEE ERDMANN, and others known and unknown, devised and intended to devise a scheme to defraud NWTM customers and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omissions of material facts, as further described below.

  13. Between 2009 and April 2016, despite the Consent Decree, HANSEN continued to make misrepresentations to NWTM standard bullion customers about shipping time and the availability of goods, and these customers continued to experience long delays in getting their orders.  Further, HANSEN wrongly used customers' money to expand NWTM.  In 2009, HANSEN used $2 million in NWTM funds to purchase Medallic Art Company, in Nevada.  In 2011, HANSEN used more than $3 million in NWTM funds to purchase Graco Awards, in Texas.  HANSEN and ERDMANN further used NWTM funds to pay their personal expenses.

INDICTMENT/HANSEN, et al. - 4

1        14.    By no later than 2012, NWTM lacked sufficient assets to fulfill standard

2   bullion customer orders as they came due and required new customer money to fulfill old

3   bullion orders.  To accomplish this, HANSEN and ERDMANN made numerous

4   misrepresentations and material omissions to NWTM customers.  HANSEN and

5   ERDMANN wrongfully used bullion and money that belonged to bullion-storage

6   customers to fulfill other bullion orders.  HANSEN and ERDMANN wrongfully used

7   bullion and money that belonged to bullion-lease customers, failed to account for these

8   customers' interest payments, and failed to replenish their bullion.  And HANSEN and

9   ERDMANN wrongfully obtained payments from standard bullion customers by

10  misrepresenting the time it would take to deliver standard bullion customer orders, by

11  misrepresenting the ability of NWTM to provide refunds, and by making other false

12  statements and material omissions about bullion sales, purchases, and exchanges.

13       15.    Although HANSEN and ERDMANN fulfilled some standard bullion

14  customer orders, these orders were fulfilled by using money from newer customers.

15  These orders were also fulfilled by using the bullion belonging to bullion-storage

16  customers, even though this bullion was supposed to be safely stored.  Finally, these

17  orders were also fulfilled by using the bullion leased to NWTM by bullion-lease

18  customers, and, even though this bullion was supposed to replenished and accumulating

19  interest, HANSEN and ERDMANN failed to replenish the bullion-lease customer

20  holdings and failed to account for accumulated interest.  In this manner, HANSEN and

21  ERDMANN used the mails to operate a fraud similar to the type commonly referred to as

22  a Ponzi scheme.

23                **MANNER AND MEANS OF THE SCHEME TO DEFRAUD**

24  **A.    Bullion customers**

25       16.    When standard bullion customers placed orders, BERNARD ROSS

26  HANSEN, DIANE RENEE ERDMANN, and others working at their direction made

27  material misrepresentations and material omissions to those customers in order to obtain

28  those customers' money, in order to keep those customers' money, and in order to avoid

INDICTMENT/HANSEN, et al. - 5

1 | detection. At the time standard bullion customers placed orders, HANSEN, ERDMANN,
2 | and their employees regularly misrepresented the expected delivery date. In 2015 and
3 | 2016, HANSEN directed NWTM employees to represent, both orally and in writing, a
4 | delivery date of 8-10 weeks after the receipt of good funds. For example:

5 | ■ In telephone interactions with standard bullion customers, NWTM employees
6 | stated that "these orders are running about 8-10 weeks for delivery";

7 | ■ In e-mails to standard bullion customers sent after orders were placed, but
8 | before payment was received, NWTM employees attached order
9 | acknowledgments that stated that the bullion orders would be delivered within
10 | "8-10 weeks of good funds"; and

11 | ■ In e-mails to standard bullion customers sent after NWTM received customer
12 | payment, employees listed a specific week that was usually ten weeks from the
13 | date the payment was received.

14 | NWTM employees further falsely represented to standard bullion customers, both prior to
15 | receiving payment and after receiving payment, that "it was our policy to ship orders
16 | promptly after you have properly paid us."

17 | 17. In connection with bullion orders, HANSEN and ERDMANN
18 | misrepresented to customers that their funds would be used to purchase precious metals
19 | to fulfill each customer's bullion order and that orders were "batched" with other similar
20 | customer orders. False and misleading statements included:

21 | ■ "Please find enclosed a copy of your invoice for your recent trade with
22 | Northwest Territorial Mint."

23 | ■ "We operate as a brokerage – we buy to fill orders."

24 | ■ "As you lock in a price and pay for your order we contract for the metals."

25 | ■ "We are continuing to ship all orders in the order of payment clearance as
26 | quickly as possible."

27 | However, when customers paid for their bullion orders by mailing checks and making
28 | wire transfers to NWTM's bank accounts, HANSEN commingled the customer money

INDICTMENT/HANSEN, et al. - 6

with all other funds.  HANSEN used standard bullion customers' money to fulfill orders for earlier customers, to fund NWTM business operations, to expand NWTM by purchasing other businesses, and to pay HANSEN and ERDMANN's personal expenses. HANSEN did not keep standard bullion customers' money separate and designate it for their purchases.

18.    By no later than 2015, HANSEN and ERDMANN were regularly failing to fulfill standard bullion customer orders within the represented shipping time of 8-10 weeks.  Instead, at the time of the originally represented delivery date, and at HANSEN and ERDMANN's direction, NWTM employees regularly sent e-mails to standard bullion customers that fraudulently explained why their orders would not be timely delivered.  The emails stated that "due to unprecedented demand" or "due to heightened demand" or "due to the unprecedented high volume of orders that we have in line for shipping" the customers' bullion orders were further delayed, and would be shipped within an additional 30 days.  Moreover, such emails were false and misleading because the same type of emails with the same "unprecedented" language were regularly sent by NWTM employees for several years.

19.    HANSEN and ERDMANN caused these 30-day delay emails to be sent to standard bullion customers in order to make it appear that NWTM was in compliance with the Consent Decree.  After a standard bullion customer received a 30-day delay email, HANSEN, ERDMANN, and NWTM employees referred to that standard bullion customer order as a "drop dead" order; i.e., that customer's order must be fulfilled within the additional 30 days.  During 2015, most of the standard bullion customer orders were delayed in this manner, and many of these orders were fulfilled beyond the additional 30 days or were never fulfilled.

20.    Also, in order to meet "drop dead" delivery dates, to avoid customer complaints, and to avoid detection, ERDMANN and others operating at her direction used bullion-storage, bullion-lease, and consigned bullion to fill orders, as described herein.  Further, ERDMANN, and others operating at her direction, intentionally fulfilled

INDICTMENT/HANSEN, et al. - 7

some standard bullion customer orders with the wrong type or brand of bullion.
ERDMANN directed NWTM employees to "mis-ship" or "substitute" a different type or
brand of bullion so that it would appear that NWTM had shipped an order in compliance
with the Consent Decree.

21.     Therefore, by no later than 2015, HANSEN and ERDMANN knew that the
10-week delivery time was a misrepresentation.  At the time new standard bullion
customer orders were placed, HANSEN and ERDMANN were filling months-old orders.
Indeed, in 2015, most bullion orders over $5000 (orders above this amount were typically
standard bullion customer orders) were taking longer than the represented time to be
fulfilled.  For example, more than half of the silver bullion orders over $5000 placed in
January 2015 were not fulfilled until August 2015 or later – a delivery time of at least six
months after the order was taken, and three-to-four months after promised.  For silver
orders over $5000 placed in April 2015, more than half were not fulfilled until September
2015 or later – a delivery time of at least four months after the order was taken, and one-
to-two months after promised.   For silver orders over $5000 placed in July 2015, more
than half were not fulfilled until December 2015 or later (and many were never fulfilled).
For silver orders over $5000 placed in November 2015, the vast majority were never
fulfilled.

22.     Instead of timely fulfilling standard bullion customer orders in the order
that they were placed, ERDMANN directed that smaller orders be filled first.  In 2014,
approximately 50% of all bullion purchase orders were shipped past 10 weeks.  However,
the delayed silver orders accounted for approximately 89% of the total value that NWTM
received for silver bullion orders.  The delayed gold orders accounted for approximately
76% of the total value of money NWTM received for gold bullion orders.  In 2015, again,
more than 50% of all bullion purchase orders (that were actually fulfilled) were shipped
past 10 weeks.  For 2015, these delayed orders accounted for an even larger percentage of
the value of the orders that were actually shipped – the delayed silver orders accounted
for 93% of the total money received for these silver bullion orders, and the delayed gold

INDICTMENT/HANSEN, et al. - 8

1  orders accounted for approximately 85% of the total money received for these gold
2  bullion orders.  In this manner, HANSEN and ERDMANN fulfilled orders to minimize
3  customer complaints and to avoid detection of the fraud scheme.  ERDMANN also
4  prioritized fulfilling orders where the customer had threatened to file a lawsuit or to
5  contact the authorities.  By delaying the larger orders, HANSEN and ERDMANN used
6  those customers' money to fulfill earlier customers' orders.

7       23.     HANSEN, ERDMANN, and others working at their direction, regularly
8  lied to customers to explain the various reasons for the delays for standard bullion
9  customer orders.  For example, HANSEN and ERDMANN instructed employees to
10 falsely tell customers that their orders were delayed because NWTM had to fulfill
11 government contracts and because the U.S. Mint was not producing certain products.

12      24.     NWTM also purchased bullion from customers and made exchanges of
13 different kinds of bullion with customers and HANSEN and ERDMANN misrepresented
14 to these customers that the proceeds of their sales and exchanges would be sent to the
15 customers.  When sales and exchange customers provided bullion to NWTM, HANSEN
16 and ERDMANN commingled the bullion, or sold the bullion and commingled the
17 proceeds of the sales.  Then, HANSEN and ERDMANN used the bullion, or proceeds
18 from the sale of the bullion, to fulfill orders for earlier customers or for company
19 expenses.  In some instances, they used the bullion, or proceeds from the sale of the
20 bullion, for their personal expenses.

21      25.     HANSEN and ERDMANN concealed their misuse of customer funds by,
22 among other things, manipulating NWTM's enterprise software.  HANSEN and
23 ERDMANN fraudulently inflated the amount of precious metals inventory in the
24 enterprise software to allow additional sales to be entered into the system.  Further, the
25 amounts of raw materials that were purchased were not accurately tracked in the
26 enterprise software system.  In this manner, they concealed that they were running the
27 business like a Ponzi scheme.  HANSEN demanded to other employees that both he and
28

INDICTMENT/HANSEN, et al. - 9

1 | ERDMANN be allowed to manipulate the software in this manner, and HANSEN told an

2 | employee that NWTM should have a system that HANSEN could "fudge."

3 |      26.     HANSEN and ERDMANN falsely represented to bullion delivery

4 | customers that NWTM would "buy back" bullion from customers at any time, and refund

5 | their money if NWTM did not fulfill their order within the time represented. However,

6 | when customers requested refunds, HANSEN and ERDMANN wrongfully delayed or

7 | avoided those refunds by waiting until additional funds were available, by preparing

8 | refunds checks and then delaying mailing them, and by promising NWTM customers

9 | additional bullion if they agreed not to request a refund.

10 |      27.     By no later than 2015, despite growing delivery times, and longer times to

11 | refund customer money, HANSEN continued to recruit more bullion customers to keep

12 | the scheme going. For example, in February 2016, despite NWTM's financial position,

13 | HANSEN prepared deceptive advertisements that offered free silver bullion to customers

14 | who made large bullion purchases. The vast majority of all bullion orders over $5000

15 | that were placed in February 2016 or later were never actually fulfilled.

16 |      28.     In total, over 3000 customers paid for orders, or made bullion sales or

17 | exchanges, that were either never fulfilled or never refunded. The total loss to these

18 | customers was more than $25,000,000.

19 | **B.**    **Bullion-storage customers**

20 |      29.     Individuals who hold bullion typically view bullion as a store of investment

21 | and need a secure place to store it. NWTM, at the direction of BERNARD ROSS

22 | HANSEN, offered to store bullion for a yearly fee, either by agreeing to store customer-

23 | owned bullion that was delivered to NWTM, or by agreeing to store standard bullion

24 | customers' orders, rather than delivering those orders. However, HANSEN and DIANE

25 | RENEE ERDMANN fraudulently managed the bullion-storage program at NWTM so

26 | that HANSEN and ERDMANN could use bullion-storage customer-owned bullion and

27 | bullion-storage customer money for their own purposes.

28 |

INDICTMENT/HANSEN, et al. - 10

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1        30.    HANSEN prepared and signed "Bullion Storage Agreements" that falsely

2 represented the NWTM storage program.  Specifically, the agreements made numerous

3 misrepresentations, including:

4       ■  "NWTM shall provide secure storage for [specific customer-owned] bullion;

5       ■  Upon termination with 30 days' notice, "NWTM will ship Your bullion to the

6           last known address on NWTM's records";

7       ■  "You may liquidate [convert into cash] stored bullion, in whole or in part, at

8           any time by calling NWTM during normal business hours … and payment

9           shall be made to You within thirty (30) days thereafter";

10       ■  Bullion-storage customers "may inspect Your stored bullion at any time during

11           NWTM's normal business hours upon reasonable notice of at least 2 business

12           days"; and

13       ■  "NWTM is required to maintain sufficient coverage at all times to cover all

14           stored bullion at full replacement value at any prevailing market rate."

15        31.    In fact, customer-owned bullion that was stored at NWTM was not kept

16 secure as represented; rather, it was used by HANSEN and ERDMANN to fulfill later

17 bullion orders.  ERDMANN regularly directed employees to use customer-owned bullion

18 to fill orders.  ERDMANN and other employees called this practice "borrowing" from

19 storage or "pulling" from storage.

20        32.    In some instances, when NWTM bullion customers placed an order and

21 requested that their bullion be stored, HANSEN and ERDMANN simply diverted those

22 customers' money, used it to fund the NWTM business operations, or for their personal

23 benefit, and failed to acquire bullion for those bullion-storage customers' orders.

24        33.    As a result of these practices, in many instances, the promises that NWTM

25 was actually storing precious metal for a bullion-storage customer were false.  Further,

26 the promises that bullion-storage customers could receive their metal, or convert their

27 metal into cash, with 30 days' notice were false; HANSEN and ERDMANN kept

28

INDICTMENT/HANSEN, et al. - 11

1    insufficient bullion or cash on hand to return bullion-storage customers' metal or to

2    convert their supposedly stored metal into cash.

3        34.    In order to conceal their fraudulent practices in the bullion-storage program,

4    HANSEN and ERDMANN deliberately refused to conduct physical inventories of

5    purported customer-owned metals, despite being asked to do so by multiple employees.

6    HANSEN and ERDMANN deliberately kept separate records for the bullion-storage

7    program, so that the program was outside of NWTM enterprise software.   HANSEN and

8    ERDMANN also failed to maintain insurance that would cover the theft of the

9    supposedly-stored bullion.

10       35.    Despite these fraudulent practices, HANSEN and ERDMANN regularly

11   sent false and misleading storage statements and invoices to bullion storage customers

12   through the mails and through interstate wires.  The storage statements falsely described

13   customers' purported storage holdings.  The storage invoices fraudulently charged

14   bullion storage customers for these purported storage holdings, and HANSEN and

15   ERDMANN fraudulently collected money based on those false invoices.

16       36.    In total, as of April 2016, more than 50 bullion-storage customers were

17   missing some or all of the bullion that they either had delivered to NWTM for storage or

18   had paid to be stored at NWTM.  As of April 2016, the total value of these missing

19   storage holdings was more than $4,900,000.

20   **C.    Pan American Silver Corporation**

21       37.    In addition to its general bullion-storage business, it was also part of the

22   business of NWTM, as directed by BERNARD ROSS HANSEN and DIANE RENEE

23   ERDMANN, to hold on consignment thousands of ounces of silver for the Pan American

24   Silver Corporation (PASC).  The Consignment/Security Agreement between NWTM and

25   PASC provided:

26       ■    "As needed by [PASC] to satisfy customer orders, [NWTM] shall strike the

27            Silver to make Coins and Bars";

28

INDICTMENT/HANSEN, et al. - 12

1     ■   "Prior to processing of the Silver into Products, [NWTM] shall not remove the
2         Silver from the packaging or containers provided by [PASC], and shall leave
3         intact all labels or other identifying marks on such packaging or containers
4         which identify the Silver as property of [PASC]";
5     ■   "The Silver and Products made therefrom (collectively the "Metal") shall be
6         conspicuously segregated from all other metal, coins, and other products
7         located at [NWTM's] Facility and shall be clearly and conspicuously marked
8         as property of [PASC]"; and
9     ■   "[NWTM] will sell Products to its customers at prices determined by [NWTM]
10        … [PASC] shall invoice [NWTM] twice each calendar month for Product
11        purchased by and delivered to [NWTM's] customers … [and NWTM] shall
12        pay the amount of such invoice …".

13        38.     In 2011, PASC delivered 75,000 ounces of silver to NWTM.  HANSEN
14  and ERDMANN subsequently used this silver in order to perpetrate the scheme described
15  in this Indictment, rather than to fulfill orders as required by the Consignment/Security
16  Agreement.  On or about September 30, 2015, PASC requested that NWTM return the
17  75,000 ounces of silver.  Rather than admit that NWTM had used the silver, HANSEN
18  told PASC that he would return the silver, and later stated that he would return silver to
19  PASC in installments from February 2016 to June 2016.

20        39.     Neither HANSEN, nor ERDMANN, nor anyone at NWTM made any
21  further deliveries of silver to PASC.  As of April 2016, there was no segregated PASC
22  silver at NWTM offices.  The value of the missing silver, as of April 2016, was more
23  than $1,000,000.

24  **D.    Bullion-lease customers**
25        40.   · BERNARD ROSS HANSEN also offered to "lease" bullion from certain
26  customers for use in the NWTM business, and, in exchange for use of the bullion,
27  HANSEN fraudulently offered to pay bullion-lease customers interest in the form of
28  additional precious metal.  However, HANSEN and DIANE RENEE ERDMANN

INDICTMENT/HANSEN, et al. - 13

1  fraudulently managed the bullion-lease program at NWTM so that HANSEN and

2  ERDMANN could use so-called leased bullion, but failed to account for interest and

3  failed to maintain adequate reserves of the leased bullion.

4     41.    HANSEN prepared and signed Bullion Lease Agreements that falsely

5  represented the bullion-lease program.  Specifically, the agreements made numerous

6  misrepresentations, including:

7     ■  NWTM "shall pay Lessor three-and-a-half percent interest (3.50%) simple

8        interest per annum in like-kind metal";

9     ■  On 30 days written notice, NWTM "shall ship Lessor's bullion to the last

10        known address"; and

11     ■  "Lessor may liquidate [convert into cash] his or her leased bullion, in whole or

12        in part, at any time by calling [NWTM] during business hours … [NWTM]

13        shall pay Lessor [NWTM's] prevailing buy price for that same product, and

14        payment shall be made to Lessor within thirty (30) days thereafter."

15     42.    Despite these statements that lease customers were earning interest,

16  HANSEN and ERDMANN failed to purchase and maintain the additional bullion that

17  they had promised to the bullion-lease customers as interest.  Despite the promises that

18  bullion-lease customers could receive their metal or convert their holdings into cash with

19  30 days' notice, HANSEN and ERDMANN kept insufficient bullion or cash on hand to

20  return bullion-lease customers' metal or to convert their supposed holdings into cash.

21     43.    HANSEN made numerous additional oral misrepresentations to bullion

22  lease customers in order to induce their participation in the lease program, including

23  misrepresenting to some of these customers that, although leased bullion would be used

24  in the NWTM business, it would be immediately replenished.  However, HANSEN and

25  ERDMANN used bullion lease customers' bullion and failed to replenish it.

26     44.    Despite these fraudulent practices, HANSEN and ERDMANN regularly

27  sent false and misleading lease statements to bullion-lease customers through the mails

28  and through interstate wires.  These lease statements falsely represented that bullion-lease

INDICTMENT/HANSEN, et al. - 14

1  customers were receiving additional metals in the form of interest and that the lease

2  customers could liquidate or take possession of their balance at any time.

3      45.    In total, as of April 2016, more than 20 bullion-lease customers were

4  missing some or all of their bullion holdings.  As of April 2016, the total value of these

5  missing lease holdings was more than $5,000,000.

6  **E.    HANSEN and ERDMANN used NWTM customer money and metals for**

7       **their own benefit.**

8      46.    Payments made to NWTM by bullion customers, as well as storage fees,

9  were commingled with other NWTM money and used for the personal benefit of

10  BERNARD ROSS HANSEN and DIANE RENEE ERDMANN.  Between 2012 and

11  2016, HANSEN took more than $1,000,000 of NWTM funds in owner's draws.  These

12  draws included taking cash from the vault for HANSEN and ERDMANN's personal use,

13  and directing the company to use NWTM funds to pay personal expenses.  Between 2012

14  and 2016, HANSEN and ERDMANN took an additional $120,000 in cash from NWTM

15  and deposited it into ERDMANN's checking account.  Finally, from 2012 to 2016,

16  HANSEN and ERDMANN used NWTM funds to pay over $400,000 in personal

17  expenses by making payments to ERDMANN's credit card.

18      47.    Additionally, HANSEN and ERDMANN used various customer-owned

19  metal that was supposed to be held for the benefit of NWTM customers for their personal

20  benefit.  Between March 2016 and June 2017, ERDMANN sold more than $700,000

21  worth of precious metals, including gold and silver bullion, and used the proceeds for the

22  benefit of herself and HANSEN.

23                  **EXECUTION OF THE SCHEME TO DEFRAUD**

24      48.    On or about the dates listed below, at Federal Way and at Auburn, within

25  the Western District of Washington, and elsewhere, Defendants BERNARD ROSS

26  HANSEN and DIANE RENEE ERDMANN for the purposes of executing the above-

27  described scheme to defraud and to obtain money and property, and attempting to do so,

28  did knowingly cause to be sent and delivered by the United States Postal Service and

INDICTMENT/HANSEN, et al. - 15

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

private and commercial interstate carriers according to the directions thereon, the items listed below, each of which deliveries constitutes a separate count of this Indictment, as more particularly described below:

| Count | Approximate Date | Items Sent |
|---|---|---|
| 1 | December 31, 2014 | Metal Storage Statement (gold and silver) sent by NWTM, addressed to N.H., New Rochelle, New York |
| 2 | December 31, 2014 | Metal Storage Statement (gold) sent by NWTM, addressed to J.P. and S.P., Renton, Washington |
| 3 | January 1, 2015 | Invoice for storage fees (silver) sent by NWTM, addressed to P.M., Tunkhannock, Pennsylvania |
| 4 | January 1, 2015 | Invoice for storage fees (gold and silver) sent by NWTM, addressed to K.M., Hillsboro, Oregon |
| 5 | January 18, 2015 | Personal check from D.F. made out to NWTM, for $50.00, representing payment for storage fee, sent by D.F., addressed to NWTM, Auburn, Washington |
| 6 | September 15, 2015 | Cashier's check from B.B. made out to NWTM, for $5964.00, representing payment for silver bullion order, sent by B.B., addressed to NWTM, Auburn, Washington |
| 7 | November 6, 2015 | Personal check from R.M. made out to NWTM, for $22,437.80, representing payment for gold bullion order, sent by R.M., addressed to NWTM, Auburn, Washington |
| 8 | February 29, 2016 | Personal check from J.C. made out to NWTM, for $3099.22, representing payment for silver bullion order, sent by J.C., addressed to NWTM, Auburn, Washington |
| 9 | February 29, 2016 | Metal Lease Statement sent by NWTM, addressed to W.H., University Place, Washington |

INDICTMENT/HANSEN, et al. - 16

| 10 | March 21, 2016 | Twenty (20) half-ounce gold Krugerrand coins, sent by B.M. in exchange for promised payment of $12,548.00, addressed to NWTM, Auburn, Washington |

All in violation of Title 18, United States Code, Sections 1341 and 2.

## COUNTS 11-20

### (Wire Fraud)

49.     The allegations in paragraphs 1-48 are re-alleged and incorporated by reference as if set forth full herein.

## THE SCHEME TO DEFRAUD

50.     Beginning no later than 2009, and continuing until June 2017, at Federal Way and at Auburn, within the Western District of Washington and elsewhere, Defendants BERNARD ROSS HANSEN and DIANE RENEE ERDMANN, and others known and unknown, devised and intended to devise a scheme to defraud NWTM customers and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omissions of material facts, as further described below.

51.     The essence of the scheme to defraud is the same as alleged in paragraphs 12-15 above.  HANSEN and ERDMANN further used interstate wires to operate a fraud similar to the type commonly referred to as a Ponzi scheme.

## MANNER AND MEANS OF THE SCHEME TO DEFRAUD

52.     The manner and means of the scheme to defraud are the same as described in paragraphs 16-47.

## EXECUTION OF THE SCHEME TO DEFRAUD

53.     On or about the dates listed below, at Federal Way and at Auburn, in the Western District of Washington, and elsewhere, Defendants BERNARD ROSS HANSEN and DIANE RENEE ERDMANN, for the purposes of executing the above-

INDICTMENT/HANSEN, et al. - 17

described scheme to defraud and to obtain money and property, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce, the signals and sounds described below, each of which constitutes a separate count of this Indictment, as more particularly described below:

| Count | Approximate Date | Wire Transmission |
|-------|------------------|-------------------|
| 11 | July 28, 2014 | E-mail from NWTM, in Federal Way, Washington to R.W. and D.W., in Honolulu, Hawaii, attaching Metal Storage Statement |
| 12 | September 11, 2015 | E-mail from NWTM, in Federal Way, Washington, to K.F., in Lafayette, Louisiana, regarding delivery of bullion order by December 4, 2015 |
| 13 | October 16, 2015 | E-Mail from NWTM, in Federal Way, Washington, to S.B., in Edmonton, Kentucky, regarding delivery of bullion order by November 16, 2015 |
| 14 | November 6, 2015 | Wire transfer from Wells Fargo bank account of D.J., in Bend, Oregon, in the amount of $226,362.00, to HomeStreet Bank account of NWTM, in Federal Way, Washington, in connection with purchase of gold coins |
| 15 | November 29, 2015 | E-mail from BERNARD ROSS HANSEN in Federal Way, Washington, to S.F., in Mill Valley, California, regarding exchange of gold bullion |
| 16 | January 22, 2016 | Wire from the HomeStreet Bank account of NWTM, in Federal Way, Washington, to Brown Deer, Wisconsin, in connection with the deposit of personal check for $229,182.00, drawn on the BECU account of F.R., and payable to NWTM |
| 17 | January 28, 2016 | E-mail from BERNARD ROSS HANSEN in Federal Way, Washington, to PASC, in British Columbia, Canada, regarding return of 70,000 ounces of PASC silver |

INDICTMENT/HANSEN, et al. - 18

| 18 | March 3, 2016 | E-mail from NWTM in Federal Way, Washington, to D.N., in Eldersburg, Maryland, regarding delivery of bullion order by May 6, 2016 |
| 19 | March 18, 2016 | E-mail from NWTM in Federal Way, Washington, to B.J., in Sherwood, Arkansas, regarding delivery of bullion order by April 18, 2016 |
| 20 | March 21, 2016 | E-mail from NWTM in Federal Way, Washington, to D.C., in Mountain Crest, South Carolina, regarding delayed delivery of bullion order |

All in violation of United States Code, Sections 1343 and 2.

## FORFEITURE ALLEGATION

54.     The allegations contained in Counts 1-20 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

55.     Upon conviction of any offense charged in Counts 1-20 of this Indictment, the defendants shall each forfeit to the United States, any and all of their right, title and interest in all property, real or personal, constituting proceeds of the offense, and all property traceable to such property, including but not limited to the following:

> a.  A sum of money reflecting the amount of proceeds the defendant obtained as a result of the offenses.

56.     **Substitute Property:** If, as a result of any act or omission of the defendants, any of the property subject to forfeiture, including the above-described property:

> a.     cannot be located upon the exercise of due diligence;
>
> b.     has been transferred or sold to, or deposited with, a third party;
>
> c.     has been placed beyond the jurisdiction of the Court;
>
> d.     has been diminished in value; or,

INDICTMENT/HANSEN, et al. - 19

e.  has been commingled with other property which cannot be divided
without difficulty,

it is the intent of the United States to seek forfeiture, pursuant to Title 21, United States
Code, Section 853(p), of any other property belonging to the defendants up to the value
of the forfeitable property.

A TRUE BILL:

DATED: _12_ April 2018

*(Signature of Foreperson redacted*
*pursuant to the policy of the Judicial*
*Conference of the United States)*

FOREPERSON

ANNETTE L. HAYES
United States Attorney

ANDREW C. FRIEDMAN
Assistant United States Attorney

BRIAN D. WERNER
Assistant United States Attorney

INDICTMENT/HANSEN, et al. - 20

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Exhibit 5

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Eileen Raye Lawrence 951-765-0835

B. E-MAIL CONTACT AT FILER (optional)
essentialer@hotmail.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Eileen Raye Lawrence
P.O. Box 5043
Hemet CA USA 92544

Date of Filing : 03/22/2019
Time of Filing : 01:32:00 PM
File Number   : 2019-081-8931-0
Lapse Date   : NONE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
99-239-0005

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Adj) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR  6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME

OR  7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes: ☑ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

The following property is part of the original filing, as all proceeds, products, accounts and fixtures of the following are accepted for value, exempt from levy, and are the personal property of the Debtor, whereby the Secured Party holds all interest: INDEMNITY BOND for Case No. 18CR-00095-RAJ and UNITED STATES DISTRICT COURT Case No. C18-092-RAJ as co-surety who has bonded said case and now owns said case; all of which are placed in the local chamber for Commercial Registration of the equal exchange. This equal exchange is in accord with Public Policy HJR-192; 12 USC 95a; and UCC

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME

OR  9b. INDIVIDUAL'S SURNAME: Lawrence | FIRST PERSONAL NAME: Eileen Raye | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)   International Association of Commercial Administrators (IACA)
PAGE 1 OF 5   2019-081-8931-0

Continuation of section 8 collateral

8. AMENDMENT (COLLATERAL CHANGE):

1-104.

2019-081-8931-0





MAR 05 2019

U. STATES
CLERK U.S. DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, a corporation | **In Admiralty** |
| Plaintiff, | |
| v. | **Case No. CR18-092-RAJ** |
| DIANE RENEE ERDMANN, a legal fiction, and BERNARD ROSS HANSEN, a legal fiction, | **INDEMNITY BOND** |
| Defendants, | |

Diane Renee Erdmann *in rerum natura*, living Christian Woman on the free soil of the Land, Real Party in Interest Under Injury, beneficiary to the DIANE RENEE ERDMANN *Cestui Que Trust/Estate*, and

Eileen Raye Lawrence, co-surety and co-beneficiary of the DIANE RENEE ERDMANN *Cestui Que Trust/Estate*.

### Specific Indemnity Bond under Subrogation

The Attorney for Plaintiff having brought no bond of record to enter Case No. CR18-092-RAJ and associated account(s), I, Eileen Raye Lawrence, a neutral intervening third party co-surety in this instant case and by Attorney for Plaintiff, undertake as follows:  In consideration thereof that **no lawful money of account exists in circulation**, and in consideration thereof that

INDEMNITY BOND – Case No. CR18-092-RAJ – Page 1

I have a vested interest in the outcome of this case as I am one of the beneficiaries of the DIANE RENEE ERDMANN *Cestui Que Trust/Estate*, and that I have suffered dishonor regarding the matter of Case No. CR18-092-RAJ, by the court having dishonored the discharge of this case pursuant to 12 USC 95a(2), I, Eileen Raye Lawrence, holder in due course of the DIANE RENEE ERDMANN birth certificate estate, underwrite with my private exemption no. 537447091 (see attached Indemnity Bond, Exhibit A) any and all obligations of performance/loss/costs sustained by the UNITED STATES OF AMERICA and the respectful citizens thereof regarding said matter.

As a co-beneficiary of the DIANE RENEE ERDMANN *Cestui Que Trust/Estate*, by the power of appointment, I hereby assign each and every judge that touches this case, as well as the Clerk of Court, as co-trustees to settle and close this case immediately.

Done at Hemet, California, this 27th day of February, 2019.


By: ... *Eileen Raye Lawrence*
... Eileen Raye Lawrence, non-negotiable signature
as co-surety and co-beneficiary of the
DIANE RENEE ERDMANN *Cestui Que Trust/Estate*
c/o P.O. Box 5043
Hemet, California

**INDEMNITY BOND** – Case No. CR18-092-RAJ – Page 2

# INDEMNITY BOND

## ATTACHMENT TO INVOICE NO. 18CR-00095-RAJ

Registered No. RE 813 281 403 US

*KNOW ALL MEN BY THESE PRESENTS* which are intended to constitute an Indemnity Bond in the matter known as United States of American v. Diane Renee Erdmann & Bernard Ross Hansen. Case # 18CR-00095-RAJ:

That I, Eileen Raye Lawrence, ("Indemnitor"), a third party interest intervener, co-surety for and holder of a perfected security interest in legal fiction DIANE RENEE ERDMANN ("Debtor"), a transmitting utility and UNITED STATES vessel (Statement of Interest submitted), does hereby establish this Indemnity Bond in favor OF UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, 700 Stewart Street, Suite 2310, Seattle, Washington 98101 ("Indemnitee"), in a sum of Three Hundred Million ($300,000,000.00) present and future potential risk henceforth from the date of issuance, for the payment of which bond the undersigned hereby binds herself through her credit, Exemption account #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, held in trust with the United States Trustee by special arrangement. This bond is backed by Discharging & Indemnity Bond EERL20081509, registered with U.S. Treasury under #RE375143978US, and Secured Funding & Offset Bond #ERL20081510, registered with U.S. Treasury under #RE375122757US.

Indemnitor hereby indemnifies Indemnitee and agrees, covenants and undertakes to indemnify, defend, and hold Indemnitee harmless from and against any and all claims, losses, liabilities, costs, interests, expenses, legal costs, penalties and fines which have been or may be suffered or incurred by Indemnitee as a result of any and all claims of debts, liabilities or losses made by any and all parties, real or pretended, against Indemnitee for Indemnitee's actions in capacity as Fiduciary Debtor in the above-referenced matter, said indemnification being conditional upon Indemnitee (i) conducting Fiduciary affairs in a manner consistent with the laws of the United States, the State of Washington and public policy; (ii) following expressed and implied principles of good conduct and faith; (iii) protecting the trust corpus against all losses, and (iv) undertaking all reasonable actions to ensure settlement and closure of all accounts past, present and future regarding the above-noted matter.

Indemnitee shall provide timely notice to Indemnitor of any claims which are made pursuant to this Bond. Failure to provide such notice will nullify this Bond.

**THIS BOND SHALL BE IN FULL FORCE AND EFFECT FROM THE DATE OF EXECUTION UNTIL INDEMNITOR TERMINATES THE FIDUCIARY APPOINTMENT.**

Done this twenty-seventh day of February, 2019.

Good as aval *Eileen Raye Lawrence*

Eileen Raye Lawrence, Indemnitor
**Void where prohibited by law.**

**Exhibit 6**





## UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, a corporation | **In Admiralty** |
| Plaintiff, | |
| v. | **Case No. CR18-092-RAJ** |
| DIANE RENEE ERDMANN, a legal fiction, and BERNARD ROSS HANSEN, a legal fiction, | **INDEMNITY BOND** |
| Defendants, | |

Diane Renee Erdmann *in rerum natura*, living Christian Woman on the free soil of the Land, Real Party in Interest Under Injury, beneficiary to the DIANE RENEE ERDMANN *Cestui Que Trust/Estate*, and

Eileen Raye Lawrence, co-surety and co-beneficiary of the DIANE RENEE ERDMANN *Cestui Que Trust/Estate*.

### Specific Indemnity Bond under Subrogation

The Attorney for Plaintiff having brought no bond of record to enter Case No. CR18-092-RAJ and associated account(s), I, Eileen Raye Lawrence, a neutral intervening third party co-surety in this instant case and by Attorney for Plaintiff, undertake as follows: In consideration thereof that **no lawful money of account exists in circulation**, and in consideration thereof that

1   I have a vested interest in the outcome of this case as I am one of the beneficiaries of the DIANE

2   RENEE ERDMANN *Cestui Que Trust/Estate*, and that I have suffered dishonor regarding the

3   matter of Case No. CR18-092-RAJ, by the court having dishonored the discharge of this case

4   pursuant to 12 USC 95a(2), I, Eileen Raye Lawrence, holder in due course of the DIANE

5   RENEE ERDMANN birth certificate estate, underwrite with my private exemption no.

6   537447091 (see attached Indemnity Bond, Exhibit A) any and all obligations of

7

8   performance/loss/costs sustained by the UNITED STATES OF AMERICA and the respectful

9   citizens thereof regarding said matter.

10          As a co-beneficiary of the DIANE RENEE ERDMANN *Cestui Que Trust/Estate*, by the

11

12   power of appointment, I hereby assign each and every judge that touches this case, as well as the

13   Clerk of Court, as co-trustees to settle and close this case immediately.

14          Done at Hemet, California, this 27th day of February, 2019.

15

16

17                          By: ... *Eileen Raye Lawrence*
                            ... Eileen Raye Lawrence, non-negotiable signature
18                          as co-surety and co-beneficiary of the
                            DIANE RENEE ERDMANN *Cestui Que Trust/Estate*
19                          c/o P.O. Box 5043
20                          Hemet, California

21

22

23

24

25

26

27

28

**INDEMNITY BOND** – Case No. CR18-092-RAJ – Page 2

# INDEMNITY BOND

ATTACHMENT TO INVOICE NO. 18CR-00095-RAJ

Registered No. RE 813 281 403 US

*KNOW ALL MEN BY THESE PRESENTS* which are intended to constitute an Indemnity Bond in the matter known as United States of American v. Diane Renee Erdmann & Bernard Ross Hansen. Case # 18CR-00095-RAJ:

That I, Eileen Raye Lawrence, ("Indemnitor"), a third party interest intervener, co-surety for and holder of a perfected security interest in legal fiction DIANE RENEE ERDMANN ("Debtor"), a transmitting utility and UNITED STATES vessel (Statement of Interest submitted), does hereby establish this Indemnity Bond in favor of UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, 700 Stewart Street, Suite 2310, Seattle, Washington 98101 ("Indemnitee"), in a sum of Three Hundred Million ($300,000,000.00) present and future potential risk henceforth from the date of issuance, for the payment of which bond the undersigned hereby binds herself through her credit, Exemption account #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, held in trust with the United States Trustee by special arrangement. This bond is backed by Discharging & Indemnity Bond EERL20081509, registered with U.S. Treasury under #RE375143978US, and Secured Funding & Offset Bond #ERL20081510, registered with U.S. Treasury under #RE375122757US.

Indemnitor hereby indemnifies Indemnitee and agrees, covenants and undertakes to indemnify, defend, and hold Indemnitee harmless from and against any and all claims, losses, liabilities, costs, interests, expenses, legal costs, penalties and fines which have been or may be suffered or incurred by Indemnitee as a result of any and all claims of debts, liabilities or losses made by any and all parties, real or pretended, against Indemnitee for Indemnitee's actions in capacity as Fiduciary Debtor in the above-referenced matter, said indemnification being conditional upon Indemnitee (i) conducting Fiduciary affairs in a manner consistent with the laws of the United States, the State of Washington and public policy; (ii) following expressed and implied principles of good conduct and faith; (iii) protecting the trust corpus against all losses, and (iv) undertaking all reasonable actions to ensure settlement and closure of all accounts past, present and future regarding the above-noted matter.

Indemnitee shall provide timely notice to Indemnitor of any claims which are made pursuant to this Bond. Failure to provide such notice will nullify this Bond.

**THIS BOND SHALL BE IN FULL FORCE AND EFFECT FROM THE DATE OF EXECUTION UNTIL INDEMNITOR TERMINATES THE FIDUCIARY APPOINTMENT.**

Done this twenty-seventh day of February, 2019.


Good as aval  *Eileen Raye Lawrence*

Eileen Raye Lawrence, Indemnitor

**Void where prohibited by law.**

**REGISTERED**
RE 375 122 757 US

Eileen Raye Lawrence
& Company
Hereby Grants this Private Issue

**REGISTERED**
RE 375 122 757 US

**Bond Number**
ERL20081510

Registered in the Public on
UCC No. 2008-185-7971-6,
Washington

**Dollars**
$600,000,000

*ORIGINAL ISSUE DATE*
November 23, 2010

*MATURITY DATE*
November 22, 2020

# Secured Funding and Offset Bond

Pay to the Order of:    United States Trustee, Department of the Treasury
1500 Pennsylvania Ave NW, Washington, D.C. 20220

For Further Credit to:    Department of the Treasury **** fifty percent (50%) of face value ****
Eileen Raye Lawrence **** for up to fifty percent (50%) of face value ****

Indenture:    Security Agreement No. SA-11051946-ERL

Routing Information:    Through Discharging & Indemnity Bond No. ERL20081509, USPS Certified Mail Tracking Number RE
(Securitization Bond)    375 143 978 US; and through Non-Negotiable Private Bond for Setoff No. Z 159 759 878, USPS
Tracking No. 7006 2760 0004 7893 7305; Birth Certificate Registered Security No. 146-1946-022086,
United States Trustee as holder-in-due course; and Private Offset Account No. 537447091; Prepaid
Account No. D74275834.

This Secured Funding and Offset Bond shall be entered as an asset to the Department of the Treasury
under the terms herein in the amount of SIX HUNDRED MILLION and 00/100 ($600,000,000.00) United States Dollars

**KNOW ALL MEN BY THESE PRESENTS,** to facilitate lawful commerce in the absence of substance-backed currency, the United States Trustee, or agents thereof, shall upon receipt of this Secured Funding and Offset Bond post the full face value of the Bond as an asset to the benefit of the Department of the Treasury to be used specifically in the manner described hereunder. This Bond has been authorized and issued pursuant to the full faith and credit of the grantor, Eileen Raye Lawrence.

**SECURITY.** Eileen Raye Lawrence does hereby declare that private issue Discharging and Indemnity Bond No. ERL20081509 (Registration No. RE 375 143 978 US) has been deposited with the Department of the Treasury on or about November 22, 2010 as security for this Secured Funding and Offset Bond.

**SATISFACTION OF LIABILITIES.** That full faith and credit is hereby pledged to this unconditional promise to pay any aggregate amount not to exceed one half (fifty percent) of the full face value of this Bond to satisfy, set-off, pay and discharge, in their entirety dollar for dollar through the said Private Discharging and Indemnity Bond No. ERL20081509 and Account 537447091, specified thereon, any and all debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally "Liabilities") attributed to the grantor's collateral EILEEN RAYE LAWRENCE Social Security Account No. 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 and all alphanumeric derivatives thereof, and/or any other party so indicated by the grantor or the grantor's seal of acceptance noted on the instrument of liability whether such instrument of liability be express, implied, commercial, negotiable or non-negotiable, through the date of maturity above-noted, the remainder of the Bond to inure and accrue to the benefit of the Department of the Treasury until maturity.

**ORDER OF THE BOND.** Upon presentment of any such instrument of liability bearing the grantor's seal of acceptance and/or referencing this Bond (No. ERL20081510), the U.S. Trustee shall ledger the same against this Bond to satisfy, set-off, pay and discharge in their entirety, dollar for dollar, by end of business same day, at the offices of the Department of the Treasury, any and all such Liabilities in an aggregate amount not to exceed one

half (fifty percent) of the full face value of this Bond through the said private issue Discharging and Indemnity Bond No. ERL20081509 and Private Offset Account 537447091, specified thereon.

**DISHONOR OF THE BOND.** The U.S. Trustee shall have thirty (30) days from the date of presentment noted on U.S.P.S. Form 3811 to dishonor the Bond by returning it to the grantor by registered mail at the location noted herein. Failure to so return will stipulate the U.S. Trustee's honorable acceptance of the Bond on behalf of the United States and its cohorts, and the validity of the bond.

**MATURITY.** Upon maturity, the U.S. Trustee shall mark this Bond cancelled and return this Bond bearing the marks of cancellation to the grantor or the grantor's heirs by registered mail, all profits and proceeds accruing since presentment to remain with the U.S. Trustee for the benefit and use of the Department of the Treasury.

Issued by the authority of the undersigned sovereign living woman, and executed on the Soil within the organic, geographic boundaries of the State of Washington, a sovereign state within the perpetual union of sovereign states, on the twenty-third day of the eleventh month, anno domino in the Year of our Lord Two Thousand and Ten. All Rights and Remedies Reserved. Good as Aval.

*Eileen Raye Lawrence*
Eileen Raye Lawrence, Grantor
non-corporate living woman on the free dry soil of Washington
Exemption Account EILEEN RAYE LAWRENCE 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
Prepaid Account No. D74275834
Temporary mail location: c/o U.S.P.S.
Postmaster: 98395
c/o Eileen Raye Lawrence
c/o P.O. Box 577
Wauna, the community
Washington, the landed nation
non-domestic without the United States
Void where prohibited by law



© SSR DCFE 4356
All Rights Reserved

REGISTERED
RE 176 143 970 US

Eileen Raye Lawrence
and Company
Hereby Grants this Private Issue

REGISTERED
RE 176 143 970 US

**Bond Number**
ERLZ0081500

Registered in the Public on
UCC No. 2008-185-7971-6
Washington

**Dollars**

$900,000,000.00



## Discharging and Indemnity Bond

*ORIGINAL ISSUE DATE*
November 22, 2010

*MATURITY DATE*
November 21, 2040

Registered Holder &
Fiduciary:

TIMOTHY F. GEITHNER, and all successors thereto
United States Trustee
U.S. Department of the Treasury
1500 Pennsylvania Ave NW
Washington, D.C. 20220

For Offset By and through:

Eileen Raye Lawrence, Grantor, Private Offset Account No. 537-747091

Indenture:

Security Agreement No. SA-11051946-ERL

Routing Information:

Securitization Bond: Non-Negotiable Private Bond for Setoff No. Z134 159 878
USPS Tracking No. 7006 2760 0004 7893 7305; Eileen Raye Lawrence, Principal
with Certificate Registered Security No.146-1946-022086, United States Trustee,
Holder in Due Course; and Private Offset Account No. 530447091, Prepaid Account
No. D74275834.

This Private Master *Discharging & Indemnity Bond* shall be entered as an
asset to the United States Department of the Treasury in the amount of
**NINE HUNDRED MILLION UNITED STATES DOLLARS**

KNOW ALL MEN BY THESE PRESENTS, to facilitate lawful commerce in the absence of substance backed currency in circulating
the United States Trustee, and agents thereof ("Fiduciary"), upon receipt of this private Discharging and Indemnity Bond No. ERLZ0081500
("Bond") shall post the full face value of the Bond as an asset to the benefit of the United States Department of the Treasury for to area and
applied specifically in the manner described hereunder for the purpose of securing honorable settlement for the account holders and accounts
listed below as the Fiduciary has been entered in the books of the grantor as the registered holder.

SETOFF. This Bond has been authorized and issued pursuant to the full faith and credit of the grantor Eileen Raye Lawrence, who does
hereby sold, bind and obligate itself herself as voluntary surety for all such account holders and accounts, each jointly and severally, including
without limitation Private Surety Account EILEEN RAYE LAWRENCE 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, for any sum up to and including NINE Hundred Million
and 00/100 United States Dollars ($900,000,000.00), insuring, underwriting, indemnifying, discharging, paying and settling each such account
holders and accounts dollar for dollar against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits,
deficiencies, liens, judgments, trusts, bills, obligations of contract or performance, defaults, charges; and any and all other obligations as may
exist or come to exist during the term of this Bond (jointly and severally "Liabilities") until the sum or term of this Bond is exhausted.

AS A CONSEQUENCE THEREOF, the Fiduciary shall satisfy all pre-existing and current Liabilities in ways exist without exception
for against and on behalf of such account holders and accounts dollar for dollar through the above noted Private Offset Accounts up to and
including the full face value of this Bond through maturity.

PRE-PAYMENT. Each of the said account holders and accounts shall be severally insured, underwritten; and indemnified against any
and all future Liabilities as may appear, thereby instantly satisfying all such obligations dollar for dollar without exception through the above
noted Private Offset Accounts up to and including the full face value of this Bond through maturity.

DISHONOR. The Fiduciary shall have thirty (30) days from the date of presentment noted on U.S. P.S. Form 1811 to dishonor this Bond
by returning same to the grantor by registered mail at the location noted herein. Failure to so return will stipulate the validity of the Bond, issued
on your implied knowledge of the law, and the Fiduciary's honorable acceptance of this Bond and all obligations and liabilities hereunder on
behalf of the United States.

MATURITY. Upon maturity at 11:59:59 PM, on the maturity date, the U.S. Trustee shall mark this Bond cancelled and return this Bond
bearing the same identification to the grantor or the grantor's heirs by registered mail, with all profits and proceeds accruing since presentment
to remain with the U.S. Trustee for the benefit and use of the Department of the Treasury.

All communication shall be sent by United States Registered Mail directly to the grantor at the location noted hereunder exactly as shown.
Service to any other location is defective on its face. The grantor accepts post exclusively at the said postal location.

**FOR THE BENEFIT OF ACCOUNT HOLDERS:**
Eileen Raye Lawrence birth certificate number 146-1946-022086
EILEEN RAYE LAWRENCE Social Security number 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

**FOR THE BENEFIT OF ACCOUNTS:**
OMEGA-17/LLC Account No. 1711232
BARLEY HARVEST MINISTRIES, Account No. 39571280

Issued by the authority of the undersigned sovereign living woman, and executed on the Soil within the metes and geographic
boundaries of the state of Washington, a sovereign state within the perpetual union of sovereign states, on the twenty-second day of the
eleventh month Anno Domino in the Year of our Lord Two Thousand and Ten. All Rights and Remedies Reserved. Quod est Avus.

*Eileen Raye Lawrence*
Eileen Raye Lawrence, Grantor
non-corporate living woman on the free dry soil of Washington
Exemption Account No. EILEEN RAYE LAWRENCE 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
Prepaid Account No. D74275834
Temporary mailing location: c/o U.S.P.O. Postmaster 981941
for delivery to: Eileen Raye Lawrence
c/o P.O. Box 577
Wauna, the community
Washington, the landed nation
non-domestic without the United States
Void where prohibited by law.





U.S. POSTAGE PAID
FCM LG ENV
HEMET, CA
FEB 27, 19
AMOUNT
$5.55
R2305K132488-07

1000

98131

RE 813 281 403 US



FEB 27 2019

Eileen Rave, Public Minister
Omega-17, LLC
c/o P.O. Box 5043
on Hemet
on California Republic
non domestic / without the United States

US DISTRICT COURT
700 Stewart Street, Suite 2310
Seattle, WA 98101

FILED
LODGED
RECEIVED
MAR 05 2019
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

MAIL

FEB 27







BOND, PASSPORT

**Exhibit 7**

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CRIMINAL DOCKET FOR CASE #: 2:18-cr-00092-RAJ-2

Case title: USA v. Hansen et al                    Date Filed: 04/12/2018

Assigned to: Judge Richard A. Jones

### Defendant (2)

**Diane Renee Erdmann**          represented by    **Michael G Martin**
*also known as*                                    SIDERIUS LONERGAN &
Diane Renee                                        MARTIN, LLP
                                                   500 UNION STREET, SUITE 847
                                                   SEATTLE, WA 98101
                                                   206-624-2800
                                                   Email: michaelm@sidlon.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: CJA Appointment*

### Pending Counts                                 ### Disposition

Mail Fraud - 18:1341 and 2
(1-10)
Wire Fraud - 18:1343 and 2
(11-20)

### Highest Offense Level (Opening)

Felony

### Terminated Counts                              ### Disposition

None

### Highest Offense Level
### (Terminated)

None

| Complaints | Disposition |
|---|---|
| None | |

**Interested Party**

**Mark Calvert**
*Chapter 11 Trustee*

represented by **David C Neu**
K&L GATES LLP (SEATTLE)
925 FOURTH AVENUE
STE 2900
SEATTLE, WA 98104-1158
206-623-7580
Fax: 206-370-6289
Email: david.neu@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Claimant**

**Eileen Raye Lawrence**
*co-surety and co-beneficiary of the*
*DIANE RENEE ERDMANN Cestui*
*Que Trust/Estate*

represented by **Eileen Raye Lawrence**
C/O PO BOX 5043
HEMET, CA 92544
PRO SE

**Plaintiff**

**USA**

represented by **Brian D Werner**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-2389
Email: brian.werner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Benjamin T. Diggs**
US ATTORNEY'S OFFICE (SEA)

700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-2275
Email: benjamin.diggs@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2018 | 1 | INDICTMENT as to Bernard Ross Hansen (1) counts 1-10, 11-20, Diane Renee Erdmann (2) counts 1-10, 11-20. (Attachments: # 1 Status Sheets (2)) (AQ) (Entered: 04/13/2018) |
| 04/12/2018 | 2 | **SEALED Signature Page** to 1 Indictment as to Bernard Ross Hansen, Diane Renee Erdmann. (AQ) (Entered: 04/13/2018) |
| 04/12/2018 | 5 | ORDER ISSUING BENCH WARRANT as to Diane Renee Erdmann by Hon. Mary Alice Theiler. cc: USMO (IO); (AQ) (Entered: 04/13/2018) |
| 04/16/2018 | | Arrest of Bernard Ross Hansen, Diane Renee Erdmann on 4/16/2018. (EN) (Entered: 04/16/2018) |
| 04/16/2018 | | Case unsealed as to Bernard Ross Hansen, Diane Renee Erdmann (EN) (Entered: 04/16/2018) |
| 04/16/2018 | 15 | CJA 20 Appointment as to Diane Renee Erdmann *(No.pdf image attached)*: Appointment of Attorney Michael G Martin for Diane Renee Erdmann Approved by Hon. Mary Alice Theiler. (EN) (Entered: 04/17/2018) |
| 04/16/2018 | 16 | Minute Entry for proceedings held before Hon. Mary Alice Theiler- CRD: *E. Nero*; AUSA: *Brian Werner*; Def Cnsl: *Michael Martin*; PTS: *Ben Beetham*; Court Reporter: *Digital Recording*; Time of Hearing: *2:00pm*; Courtroom: *12B*; **ARRAIGNMENT AND DETENTION HEARING** as to Diane Renee Erdmann (2) Counts 1 - 10, 11 - 20 held on 4/16/2018. Defendant present in custody. Defendant advised of rights. Financial affidavit reviewed, Counsel appointed. Defendant advised of charges and penalties. Defendant pleads NOT GUILTY to all charges. Defense Counsel requests discovery pursuant to Local Rule. Parties address conditions of release, Court adopts recommendations. Defendant placed on bond with conditions as outlined on the record.<br><br>Motions due by 5/7/2018, Jury Trial is set for 6/25/2018 at 09:00 AM in Courtroom 13106 before Judge Richard A Jones. *Proposed Trial Exhibits Due By: 6/25/2018.* (EN) (Entered: 04/17/2018) |

| 02/22/2019 | | Reset Hearing Date in case as to Bernard Ross Hansen and Diane Renee Erdmann on Defendants' 63 MOTION Asserting Privilege, In Part, and Waiving Privilege In Part: *MOTION HEARING* is continued to 4/17/2019 at 2:00 PM in Courtroom 13106 before Judge Richard A. Jones. (VE) (Entered: 02/22/2019) |
| 03/05/2019 | 72 | Indemnity Bond filed by Eileen Raye Lawrence (TH) (Entered: 03/08/2019) |
| 03/08/2019 | | NOTICE TO PARTIES: Per direction of the Court, 72 Indemnity Bond filed by Eileen Raye Lawrence has been placed on the docket. The Court does not intend to take any action on this document, which has been filed by a non-party in this case. (VE) (Entered: 03/08/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/22/2019 12:12:54 | | | |
| **PACER Login:** | om0691:3560951:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cr-00092-RAJ |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

3/22/2019, 12:22

Eileen Raye Lawrence
c/o 578 Seville Drive, Hemet, California
Zip excepted,
non-domestic/without the United States
not within a federal zone

United States District Court for the District of Columbia
in Article III Jurisdiction

To the Chancellor holding the Chancery Court in the original inherent jurisdiction of exclusive
equity in the United States District Court for the District of Columbia:

At Chambers, In Rem Proceedings, in Exclusive Equity

| | |
|---|---|
| Eileen Raye Lawrence, a woman, co-owner and co-surety for the DIANE RENEE ERDMANN *Cestui Qui Trust/Estate*, <br><br> Plaintiff, <br><br> vs. <br><br> Ricardo Martinez, in his personal capacity, and Richard A. Jones, in his personal capacity, and Brian Werner, in his personal capacity, and Annette L. Hayes, in her personal capacity, and Andrew C. Friedman, in his personal capacity, <br><br> Defendants. | No. 1:19-cv-01630-UNA <br><br> AFFIDAVIT IN SUPPORT OF COMPLAINT <br> in the nature of a <br> BILL IN EQUITY <br> As an ORIGINAL suit |

California, the state    )
                         )
Riverside county         )

The undersigned Affiant, Eileen Raye Lawrence, a living, breathing, flesh and blood woman on California, the landed nation, on Riverside, the county, beneficiary of the constitutions for the State of California and the Constitution for the united States of America, does hereby dispose and state the following, neither conferring nor consenting to any foreign jurisdiction or authority whatsoever.  Let no word, action, or writing be construed to imply the granting of any power of attorney, waiver of Rights, or assignment of title.

Affidavit in Support – Page 1

1.      That I am over the age of 18 and competent to testify to the matters set forth herein upon personal first hand knowledge of the facts herein, as these events happened to me, and I have standing capacity to act as to the lawful matters herein; and further,

2.      That your Affiant holds herself at personal risk for the truthfulness of the statements made herein.

3.      That I am the Plaintiff in the attached Complaint in the Nature of a Bill in Equity.

4.      That I wrote the Complaint and am familiar with the contents, and I do certify that the contents are true, correct and complete.

5.      That Further I did, indeed, discharge Case No. CR18-00092-RAJ through the U.S. Treasury; I did notify the defendants of the discharge, I did serve them with a Mandatory Judicial Notice as attached in the exhibits, and I did demand the case be dismissed.

6.      That to-date, no action has been taken by the court or the defendants to dismiss the case.

7.      That I have exhausted all administrative remedies without success.

8.      That I am the beneficiary of the EILEEN RAYE LAWRENCE *Cestui Que Trust*.

9.      That I am without a trustee to administer said trust, and as such I have no way to enforce the trust or the matters of the trust.

10.     That without a proper trustee, I cannot properly access the discharge provided in 40 Stat 415, as I have no enforcement to back me up.

11.     Further Affiant saith naught.

I certify pursuant to the laws of perjury of the United States of America, without the United States, the above statements are true, correct, complete and not misleading.

Executed this ___10th / 1st___ day of ~~May~~ June 2019, on Hemet, California.


By . . . *Eileen Raye Lawrence*
Eileen Raye Lawrence, non-negotiable autograph
Private American National of Washington;
agent without recourse, heir and beneficiary of
EILEEN RAYE LAWRENCE *Cestui Que Trust*
Co-Surety of the DIANE RENEE ERDMANN *Cestui Que Trust*

Eileen Raye Lawrence, Private American National
Josip Dvornekovic, Private American National
c/o P.O. Box 5043
Hemet, California  Zip excepted
non-domestic without the United States

**Exhibit 9**

March 10, 2019

President Donald Trump
The White House
1600 Pennsylvania Avenue Northwest
Washington, District of Columbia

### Claim for Return of Property / Discharge of Debt

Pursuant to:
TITLE 50 / APPENDIX / TRADING WITH THE ENEMY ACT OF 1917
TRADING WITH THE ENEMY ACT OF 1917
From Title 50—Appendix
ACT OCT. 6, 1917, CH. 106, 40 STAT. 411
**§9. Claims to property transferred to custodian; notice of claim; filing; return of property; suits to recover; sale of claimed property in time of war or during national emergency**
And **40 Stat 415, 12 USC 95a(2)**

Dear President Trump:

We are *de jure* Private American Nationals, free inhabitants on one of the sovereign states of the union, Preamble Citizens as identified in Article IV section 2 of the Constitution for the united States of America; not a U.S. citizen, i.e., not specially created 14th Amendment citizens.  We do not live in Washington D.C.  The "United States" is defined in U.S. Statues, in this case the Trading with the Enemy Act (TWEA), as:  "The words **'United States,'** as used herein, shall be deemed to mean all land and water, continental or insular, in any way within the jurisdiction of the United States or occupied by the military or naval forces thereof."  We have been tricked in the past by government forms that only give one the option of "U.S. citizen," without realizing the definitions, but no more.  We never made an *informed* decision to volunteer to be considered a "U.S. citizen."  We are the only ones who can make that political decision as to our status.

Pursuant to § 9 (a) of TWEA, we make this claim <u>under oath</u>, where it states we can make claim to the President **"and the President, if application is made therefor by the claimant, may order the payment, conveyance, transfer, assignment, or delivery to said claimant of the money or other property so held by the Alien Property Custodian or by the Treasurer of the United States, or of the interest therein to which the President shall determine said claimant is entitled . . ."**

We are having trouble getting U.S. employees to honor the law, and I am requesting your assistance.  I, Eileen, have made claim and assigned the reversionary interest to the Treasury, pursuant to 12 USC 95a(2), in regard to my daughter's court case in USDC, Western District of Washington, Case No. CR18-092-RAJ, UNITED STATES OF AMERICA v. DIANE RENEE ERDMANN & BERNARD ROSS

President Donald J. Trump
Page 2

HANSEN, and asked the Secretary of Treasury to discharge the debt and notify the court of the discharge. He has failed to notify the court, and therefore, he is in insurrection and rebellion to the laws of the United States, but I know you are a man who will uphold the law.

40 Stat 415 / 12 USC 95a(2) states the following:

> 12 USC § 95a - Regulation of transactions in foreign exchange of gold and silver; property transfers; vested interests, enforcement and penalties:
> (2) Any payment, **conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States,** or as otherwise directed, pursuant to this section or any rule, regulation, instruction or direction issued hereunder **shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder.**

I then notified the above court of the discharge of the case, gave the court copies of the discharge, and informed the judge of the laws to which he is subject, and to which he is in insurrection and rebellion if he fails to honor the laws, and the Judge, Richard A. Jones, ignored it, and refuses to dismiss the case, so now he is in insurrection and rebellion to U.S. law. Subsequently, I bonded the case, so I own that case now, but still Judge Jones dishonors the law.

An Article III judge in the United States District Court for the District of Columbia, told my friend, in person, that once a case has been discharged, the court loses all jurisdiction, and must dismiss, but Judge Jones refuses to obey the law. I am asking you to please contact this judge and instruct him to do his job so I do not need to accept his Oath and the bond attached thereto, and put him out of a job, and liquidate my bond, and/or bring a tort action against him, because judges enforcing statutes have no judicial immunity because they are merely acting in a ministerial capacity. When they violate the law, they are in violation of their Oaths. I cannot stand by and allow him to trash the law, while he operates without jurisdiction in an attempt to harm my daughter.

As you know, FDR converted our government to a "temporary" emergency war powers government, removed the constitutionally guaranteed common law from the courts of this nation, both federal and state, and subjected us to statutes which, if you read the definition of "persons" subject to the codes, are only applicable to artificial entities. Then they started bonding the birth certificates and the social security accounts of the people, if they were not already doing so, and made the People the sureties for the state and federal governments. Every court case means an income stream to the court. First they dip into the defendant's *Cestui Que Trust* to pay the debt (so all court cases are pre-paid), and then they sell bonds and create for themselves a monthly income stream. No wonder this nation has more people in prison, per capita, than any other nation. Courts have no integrity when it comes to money.

All U.S. District Courts outside of the District of Columbia are Article I legislative/administrative courts. Only Article III courts have criminal jurisdiction. There are only two criminal jurisdiction in this nation, common law and admiralty, and both criminal jurisdictions must be exercised in an Article III court. Article I courts have no judicial authority to fine or imprison anyone. Article I courts only have jurisdiction over corporations and other artificial entities, and my daughter is not an artificial entity.

President Donald J. Trump
Page 3

They haul the People into their courts to act as a Surety for the artificial NAME they put on their summons and complaint, which is, in fact, an unlawful joinder of a fiction to a living being in order to obtain a jurisdiction the court does not have.

**As Sureties, we have the right to Subrogation and Exoneration,** and all it should take is a motion for subrogation, but the courts are denying the People that Right, and the courts don't have any subject matter jurisdiction, so who are they to deny us our Rights?  In a report by the CIA back in about 1993, they stated that all convictions in this country are VOID because legislative courts do not possess judicial authority to fine or imprison anyone, and they also stated that the judges and prosecutors all know the character of their courts, and they are knowingly, intentionally, and willfully, participating in a fraud upon the People of the nation.  That is why they name an artificial entity in the complaint, because they don't have jurisdiction over the People, so why are they putting the living man in prison?  By what authority?  None, it is all fraud.

The court's only saving grace is if they obey the law and subrogate and exonerate (dismiss) the case, once it is requested, but they won't follow the law on that.  So now the above-named court is knowingly, willingly and intentionally committing fraud against my daughter and her significant other.  They have her so intimidated she is afraid to breathe for fear they will put her in jail, and she won't be able to take care of her boyfriend, who now has Parkinson's.  He won't make it in prison.  He can barely function in his own home.

This is treason against the People, but the government left themselves a way of avoiding charges of treason:  They gave us 12 USC 95a(2) as a remedy, but since the Treasury and the Courts will not enforce the law, then there is no remedy for the People, which puts the government right back in the position of committing treason against the People.  There is absolutely no remedy.  No one is policing the court system.  NO ONE IS UPHOLDING THE RIGHTS OF THE PEOPLE, least of all the courts.

Now, because the U.S. Treasury has failed to inform the court that the debt is discharged, and because the court, upon Mandatory Judicial Notice of the U.S. laws it is violating, has continued to refuse to subrogate and exonerate, i.e., release the Surety/defendant, **we are disgusted with a system that will not honor the law.  Therefore, we are claiming not only my right to discharge the court case, but we are herein claiming our Right to the EILEEN RAYE LAWRENCE** *Cestui Que Trust/Estate* **and the JOSIP DVORNEKOVIC** *Cestui Que Trust/Estate* **pursuant to § 9 above.  We demand a full accounting of the assets within the Trusts, and the assignment of Trustees with whom we can work, and to whom we can send our bills for payment.**

We are tired of rogue government officials, such as the Secretary of Treasury, and rogue judges, who do not obey the law.  It is written in black and white, and they cannot be bothered to obey the law, but they will charge others with man-made victimless crimes at the drop of a hat.  It begs the question, who are the real criminals?  It seems there are two sets of rules in this country, one for the people and one for government officials, who act as if they are above the law.

I could go into a lot of laws, and show you exactly where the courts are violating the Rights of the People, and how this government is operating in treason against the People and insurrection and rebellion against the laws of the United States, but I won't.  What we want now is the administration of our Trusts/Estates.  I understand we need to personally deliver our claims to the United States District Court for the District of Columbia (the only Article III court in the land), but we can't afford to travel to D.C.,

President Donald J. Trump
Page 4

nor are we healthy enough to make that trip, so we are requesting an Article III judge visit us in California, as there should be access to an Article III court in every state, since our remedy lies in the Article III court, and going to D.C. would be a physical and financial hardship.

The law gives you 60 days to grant our request, after which we can then put in a claim with the court in D.C. We believe you to be a just man, and we thank you for your assistance.

BTW, just because we are on California (for the last five years), doesn't mean we agree with the stupid and corrupt politicians here. There must be a lot of voter fraud going on here, otherwise, how did these corrupt people get elected? I hope Pelosi, Waters and Feinstein ~~and are~~ on your list of sealed indictments. Thank you for draining the swamp.

We have read the above statements and we certify under the penalty of perjury that the above statements are true, correct and complete.

Executed this _26th_ day of _March_, 2019.

Signature _Eileen Raye Lawrence_
            Eileen Raye Lawrence, non-negotiable autograph
            Private American National, non-US citizen
            Special and Private in Equity Within a Non-Militarily-Occupied Estate

Signature _Josip Dvornekovic_
            Josip Dvornekovic, non-negotiable autograph
            Private American National, non-US citizen
            Special and Private in Equity Within a Non-Militarily-Occupied Estate

Encl:  Copies of discharge documents
        Letter Rogatory to the Court
        Mandatory Judicial Notice to Court
        Copy of Bond
        Status documents