# Eileen Raye Lawrence

c/o Temporary Mail Location:
578 Seville Drive
on Hemet
on California
on North America
(951) 765-0835

June 10, 2019

Master Clerk in Equity
United States District Court for the District of Columbia
333 Constitution Avenue Northwest
Washington, District of Columbia

Re:     **AMENDED SUIT IN EQUITY (not an appeal)**, not an Article I complaint

Dear Master Clerk:

You are to do the following:

Lodge the enclosed Amended Complaint in the nature of a Bill in Equity, Case No. 1:19-cv-01630-UNA, as nobody has been served as yet.

I received a copy of the docket sheet, and I have noticed the following errors which need to be corrected:

1) Please note this is a case in Equity, and it requires the Article III Court. **This is NOT a statutory Title 42 civil rights suit as you have it listed on the docket sheet. Please correct this.** This is a non-statutory suit in Equity. **I have not invoked any jurisdiction under any statute.**
2) **I am not "represented" by anyone, and I am not pro se. I am minding my own business.**
3) **The plaintiff is "Eileen Raye Lawrence," not "EILEEN RAYE LAWRENCE" as you have it on your docket sheet.** I am not a fiction, and I will not be addressed as a fiction, so **please correct your records.**
4) Your letter to me was addressed to a FICTION, at a FICTIONAL address. This is unacceptable. I am a Private American, my name is styled in proper upper and lowercase letters, and my mail location is "578 Seville Drive, Hemet, California, non-domestic/without the United States, zip excepted." I am not within a Buck Act State. Please treat me as the Private American that I am.

Please see the corrections I have made to the docket sheet, and correct your records so we are on the same page. **If you do not make the necessary corrections, then I consider you are trying to change my status from that of a Private American to a "U.S. citizen,"** which is not within your prerogative to do, and would be an attempt to put me in involuntary servitude. I am the only one who can determine my political status.

**I requested an Article III Court, and I am qualified to receive an Article III Court. If you filed this as an Article I case, wherein the court can only "see" fictions, please remove it to the Article III court which can "see" the living being.**

I am a Private American born on Washington, and pursuant to my right to self-determination, I choose to be Private. I am a private American, non "U.S. citizen," not a fictional entity, not an enemy combatant, not subject to the Trading With the Enemy Act pursuant to the definitions therein, fully entitled

RECEIVED
Mail Room
JUN 1 3 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

to an Article III court of equity pursuant to the Constitution for the united states of America. Any attempt to reclassify me as a "U.S. citizen" enemy combatant, entitled only to emergency powers military process, is a violation of the 13th Amendment to the Constitution.

Do not subject me to filing forms which are applicable to appeals only, or to artificial/corporate entities only. DO NOT treat me as a "U.S. citizen." I choose not to waive my private status by filing forms which are meant for U.S. citizens and enemy combatants.

Since equity is in personam, I would present this Bill in Equity in person, if I were not prevented from doing so by the distance between California and District of Columbia, but I do not believe I should be denied my right to an Article III court because I am disabled in this regard. Also, if there are any hearings I need to appear at, I am requesting that an Article III Magistrate come to California so that I may be able to appear before the Magistrate, because I am physically disabled, cannot travel more than a couple hours away from home, and it would be an impossibility to attend in District of Columbia in person. All the people should have access to a constitutional Article III court in their own home state. Hiding the only Article III constitutional court of common law and equity in one location, and requiring a personal appearance in that court, and that court only, is a hardship on the entire country, except those within close proximity to said court. It would serve the people much better to have at least one Equity Magistrate in every state.

Thank you very much for your consideration.

Sincerely,

*Eileen Raye*

Eileen Raye

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:19-cv-01630-UNA

LAWRENCE v. MARTINEZ et al
Assigned to: Unassigned
Demand: $300,000,000
Cause: ~~42:1983 Civil Rights Act~~ *Trust/Estate/Discharge*

Date Filed: 05/30/2019
Jury Demand: None
Nature of Suit: ~~440 Civil Rights~~: Other
Jurisdiction: Federal Question *Equity*

**Plaintiff** *Eileen Raye Lawrence*

~~EILEEN RAYE LAWRENCE~~
*a woman co-owner and co-surety for the DIANE RENEE ERDMANN Cestui Qui Trust/Estate*

represented by ~~EILEEN RAYE LAWRENCE~~
578 ~~576~~ Seville Drive
Hemet, ~~CA 92543~~ *California*
~~PRO SE~~ *Minding my own business*
*non-domestic/without the united States*
*Zip excepted*

V.

**Defendant**

**RICARDO MARTINEZ**
*in his personal capacity*

**Defendant**

**RICHARD A. JONES**
*in his personal capacity*

**Defendant**

**BRIAN WERNER**
*in his personal capacity*

**Defendant**

**ANNETTE L. HAYES**
*in her personal capacity*

**Defendant**

**ANDREW C. FRIEDMAN**
*in his personal capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2019 | | **Initiating Pleading & IFP Application Received on 05/30/2019.** A copy of the docket sheet has been mailed to the address of record for the pro se party. (zsb) (Entered: 06/06/2019) |